| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Hong Kong |
| São Paulo | Beijing |
| London | Tokyo |

**Davis Polk**

**Edmund Polubinski III**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4695 tel
edmund.polubinski@davispolk.com

February 4, 2020

Re:   *Horowitz v. Sunlands Technology Group et al*, 1:19-cv-03744-FB-SMG

The Hon. Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

We represent Defendant Sunlands Technology Group ("Sunlands") in the referenced matter. We write in connection with the Court's January 29, 2020 docket minute entry directing the parties to submit a briefing schedule in connection with the anticipated motion to dismiss.

Counsel for Sunlands, Defendants Goldman Sachs (Asia) L.L.C., Credit Suisse Securities (USA) LLC, and J.P. Morgan Securities LLC (together with Sunlands, "Defendants"), and Plaintiff have met and conferred and have agreed upon the following briefing schedule: Defendants' joint opening brief will be due March 13, 2020; Plaintiff's opposition brief will be due May 12, 2020; and Defendants' joint reply brief will be due June 11, 2020.

In addition, all counsel respectfully request five additional pages for their respective briefs, such that the page limits for Defendants' joint opening brief and Plaintiff's opposition brief will each be 30 pages and the page limit for Defendants' joint reply brief will be 15 pages. All counsel will endeavor to use fewer pages for each brief if possible.

Respectfully yours,

*/s/ Edmund Polubinski III*
Edmund Polubinski III

cc: All counsel (By ECF)