# Exhibit 1

May 2, 2018 02:30:50   |   The Beijing News

# The Three Enrollment Methods of Sunlands Technology Group

At the end of last year, Beijing Titan Time Education Institution and Fast Training Education, the two educational training institutions in Beijing, were exposed to the news of "boss run-away", which affected more than 1,000 students, and aroused the attention of the public to the confusion of education training institutions, such as false publicity and difficulty of refund. Sunlands Technology Group, another education and training organization, has also been exposed by students in recent days for issues such as false publicity and refunds.

On March 13, the trainers of Sunlands were teaching new recruits how to recommend courses for clients.



On March 13, at the Sunlands training session, trainers were explaining how to transform identity and communicate with clients.

Get started

Phone not pick up? Add him/her on your WeChat! Disagree on WeChat? Let's do in another way!

1. Change common expressions for adding

2. Add in time, exchange time period, add three times (morning, afternoon, evening)

3. Change the avatar (preferably a real one)

4. Change WeChat ID (note: company WeChat ID must be used, it is a good practice to have two IDs, one with a male

avatar and the other with a female avatar, use the male one to add female participants and the female one to add male

participants, as the probability of being added will be higher)

1. Degree promotion/degree planning/degree consultation/degree application/degree exclusive difficulty

2. I'm a teacher from the school administration. What can I do for you?

3. I am the teacher of xx (full name in the remark)

4. My name is XXXXX (full name in the remark)

5. I am a consultant (full name in the remark)

6. I am XXX, responsible for explanation of adult education background ( full name in the remark)

7. I am XXX, responsible for career planning XXX (full name in the remark)

On March 13, at the Sunlands training session, trainers were explaining how to transform identity and communicate with clients.

**Sunlands, an education training institution, was exposed to such enrollment methods as false propaganda, difficulty in refund, and reporters going undercover to reveal multiple identities, false promises, and verbal tricks, etc.**

At the end of last year, Beijing Titan Time Education Institution and Fast Training Education, the two educational training institutions in Beijing, were exposed to the news of "boss run-away", which affected more than 1,000 students, and aroused the attention of the public to the confusion of education training institutions, such as false publicity and difficulty of refund.

Sunlands Technology Group, another education and training organization, has also been exposed by students in recent days for issues such as false publicity and refunds. As a "well-known" institution of academic and vocational education, Sunlands has been exposed for several times in recent years due to problems concerning refund of fees and false advertising. In mid-March, a reporter of Beijing News was recruited into the headquarters of Sunlands Technology Group and received in-house training as a "rookie", gradually revealing various "ways" of attracting new students, such as salesmen having multiple identities, making false promises about the additional recording of academic status, persuading them to transfer their majors, and offering false preferential treatments.

Xiong Bingqi, the vice-president of the 21st Century Education Research Institute, said that in order to change the current status, it is necessary not only to make policy information more public, but also to strengthen government supervision and punishment.

**Break the Promise about Additional Recording of Academic Status**

On April 14 and 15, Zhao Yu was unable to attend the Self-Taught Higher Education Examinations because of no academic status.

"On March 10, Sunlands told me that it was the last day to make the additional recording, otherwise it would have to wait until October to register for examination." Zhao Yu (a pseudonym) said that, when he heard that he could make up for his student status, he paid 7,980 yuan in installments to signed up for the self-examination tutorial class of Sunlands and, as agreed, Sunlands should sign up for him for the additional recording of his student status.

Two days later, Zhao Yu confirmed with the "teacher" of Sunlands Technology Group in the subjects for examination in April, and found that the student status was not recorded additionally.

"They told me that it was the last day to additionally record the student status, and that I would be exempt from taking English exams in cooperation with the RUC, but none of these things was realized!" Zhao Yu thought of all promises made by the teacher of Sunlands Technology Group and felt distressed.

Sunlands Technology Group mentioned by Zhao Yu is a professional institution specializing in academic and vocational education. Public information shows that, this institution covers many aspects, such as vocational qualification certificate, academic education, corporate training and distance education. He chose to consult Sunlands in March, because he was told it was a well-known institution.

Zhao Yu enrolled in the course because the teacher of Sunlands Technology Group promised to make up for the student status, but unexpectedly, the promise about additional recording was broken, and the refund of the tuition fees was also subject to the problems of withholding and default. "I have never attended a class, but the registration and class fees totaling 2,000 yuan would be deducted." Zhao Yu said the time for the refund had also been repeatedly delayed, and it was planned to make a refund in mid-May.

While the reporter visited the branch center of Sunlands, a staff member said that the self-study examination was over in Beijing in the first half of the year,

and that only few places were left for the first half of the year. Additional recording can be made only via the system of Sunlands because it is connected to the system of the Self-taught Examination Office. "If you miss the additional recording, you'll have to go back to the place of domicile and take the exam in the second half of the year."

On April 18, a reporter called the Beijing Municipal Self-taught Examination Office to ask for advice, and the staff said that you should register for self-taught examination in Beijing from March 1 to 9. "There is no additional recording, and the statement of supplementary record is deceptive." The staff of the Education and Training Management Office of RUC also told the reporter of the Beijing News that RUC did not cooperate with any third-party organization outside the school in education and training.

**"Learning Planners Are Salesmen"**

On the official website of Sunlands, there is a brief introduction to adult self-study examination, and any link of "time of application", "conditions for application", "free application grants", "college major", will lead to the dialog box of online customer service.

The reporter clicked the link to contact three online customer service personnel respectively, for consultation about three questions, such as the time of application, major courses of colleges and universities, and how to apply for financial aid. They did not answer directly, but asked the phone number of the inquirer, saying that he would send short message materials and ensure that there would be no telephone harassment.

When the reporter provided the numbers, and had not received any text messages from the Sunlands, but received calls one after another from the persons who claimed to be the teachers and learning planners of Sunlands and recommended training courses to reporters.

In mid-March, Beijing News reporters applied for the position of "learning planner" to enter the Beijing headquarters of Sunlands, a company based in Chaoyang District. The application for a learning planner requires only high school education or above and the experience in telephone sales is preferred.

"This job sounds like a learning planner, but it's actually a telemarketer." An interviewer surnamed Liu told the reporter that the company's sales personnel would use the identity of "teacher", such as academic advancement teachers,

education planning teachers, student status consulting teacher of self-study examination and assistant teachers to deal with students in different situations. On the fourth floor of the Beijing headquarters of the Sunlands Technology Group, the reporter visited the daily work of the "Learning Planner". As the sound rose from the dense cubicle spaces, hundreds of sales personnel on the scene were constantly making calls to different clients, repeating similar pitch as teachers and planners.



1203 Mr. Yuan, Heiguang Edo Building, is now in Shanghai. Now he does not have a diploma. 15960 He wanted to take the senior high school entrance examination for management undergraduate, because the teacher just suggests hope you can catch up with the deadline last visit to your own choice.

The potential customer information displayed in the internal database of Sunlands includes basic information about academic qualifications and intention to register for examination.

**With Multiple Identities, "Cheat" Students to Pay**

After the interview, the reporter was told that new staff in sales positions needed five days of training before starting working, and that if there were no sales results within 18 days, they would be dismissed automatically.

On the ground floor of Sunlands Beijing headquarters, there are several classrooms dedicated to training new staff.

On March 14, in a small classroom packed with about 100 new sales staff, they were taught about company values and sales tactics and skills. Three full-time trainers are teaching the 100 new employees the sales skills.

"When you get on the phone, you have to say to the other person, 'this is XX, and I am the teacher at Sunlands and responsible for the academic qualification exam'." Wang Xue (a pseudonym) who is teaching the freshmen and one of three trainers, said that because many people in society hate sales, the sales identity should not be revealed on the phone, and that some even Sunlands should not be mentioned and just mention "the teacher at an adult education test counseling center", because it is illegal to pretend to be a teacher in an education examination center, but you can get away with it.

If a student had already answered the sales calls several times before, but had not signed up, the salesman would switch the identity to "cheat" students.

The training materials have a detailed description of the transformation of identity, so that the salespersons can communicate with the students by using different identities such as "class director", "teaching director", "principal", "manager", "teacher who organizes the student status".

Each identity has the corresponding conversational skills, such as "I am the teacher in charge of sorting out student status at the Sunlands Technology Group. Because the registration time has ended, now it's the stage of additional recording, and there are only × places left, so I am afraid that you will miss the final opportunity for additional recording, so I would like to ask you about your current plan about the degree.

In addition, the training materials also indicate that WeChat is used for communicating with students who cannot reach on the phone, and that "it is better to set one male and one female identity on Wechat, so you can use the male identity for female students and female identity for male students, with a higher chance of success."

**Touch Students on Their Sore Spots and Transfer the Subject**

In the training, the reporter learned that 78 subjects of Beijing's self-study examinations in 2018 were open for examination, and Sunlands only involves in a dozen of subjects.

"If students ask us the subjects we don't have, you can't say no, or they will leave." Xu Jing, a trainer, said that for the courses that Sunlands did not open, the sales staff first assumed that they had the specialty, and then persuaded the students to change the subject.

Ms. Xue, a student at Sunlands, said she wanted to apply for art education and was "tricked" by its sales personnel into signing up for the major in Chinese language literature. Only after learning, Ms. Xue found that she was far short of the one she wanted to study and wanted to refund her fee.

According to Sunlands' training materials, the change of major requires individual analysis and crackdown based on the reasons.

"It is easy to hit the students if touching them on their sore spots." For example, Wang Xue, a trainer, says, if a student wants to register for mechatronics, you can say to him, "You can apply for this major. But it is very difficult to pass this major, because you have to learn advanced math, English, linear algebra, and calculus, and it will take three or four years even if you can pass it." And then, the sales personnel analyze for the students, and persuade them to apply for easy major, "You have been working so long, and have a lot of work experience, and Learning these basic things is actually useless and very difficult for you, and what you need now is to get the graduation certificate quickly and easily, after all, after all, you have to put the pass first."

In the first communication with the sales staff of Sunlands, the reporter expressed his intention to apply for the mechanical automation major. Mr. Zhou, the salesman who claims to be the teacher of the Sunlands, said that this major was available in Sunlands, but it was very difficult to pass the exam in this major, including advanced math and linear algebra, and thus recommended business administration was recommended to the reporter instead.

As long as it is the major that Sunlands offers, it is the simple and easy-to-test major. A trainee, Xu Jing (a pseudonym), said that after the attack on the student's analysis, the salesman would recommend a major that Sunlands offers. "All major recommendations are made in the same way." Xu jing said that all the features of the major recommended by Sunlands are summarized in three sentences, such as easy to pass and getting certificates quickly, high in value and wide in employment. For the major the student set his/her mind on, the salesman would say this is the most simple to pass among all majors, even

if the student should study hard to take an examination of advanced math, or this major involved in more than a dozen courses, "Do not make the students feel difficult and get entangled in the registration."



On April 25, in the branch of Sunlands Technology Group, several women who want to get their degrees through

self-examination, were consulting the "teachers" in this education institution.

This photo taken by Dalu, the reporter of the Beijing News

**Price increase before making a discount to "intercept" students**

The sales personnel of Sunlands have their own trump card for clients struggling to sign up.

"Firstly, raise the course price by 1,000 yuan, and then tell the students that there is now a 1,000 yuan discount, and will be no discount if you sign up after today." Gao Jing (a pseudonym), the head of a sales department in Sunlands, gave the employees the advice, and actually sold the course at the original price.

Gao Jing's tactic, is just one of verbal tricks of interception in the Sunlands "Interception is the reason for students to pay now," as defined in the Sunlands training PPT.

In the training materials, there is another example: "Hello, this is a teacher at the Beijing Headquarters, mainly responsible for keeping places. The reason why I am calling you is that the student registration quota and 1000 yuan grant reserved by a certain teacher for you in the first half of 2018 will expire on a certain day."

Gao Jing said that the reservation of registration quota and the expiry of a 1,000 yuan grant were all tactics of interception. For example, for a 7,899-yuan

course, the salespeople would first bid it up to 8,899 yuan, and then tell the students that they would get a 1,000-yuan discount if they pay and sign up by 12 p.m. tonight.

Similarly, salespeople also tell students that the registration deadline is 12 o'clock tonight, and if they miss the deadline, they will not be able to sign up. For students who have missed the so-called registration deadline, the sales staff will say that there are several places for additional recording

Li Meng (a pseudonym), the student of Sunlands in Dongguan, Guangdong, has suffered a similar "hoax". In early March 2017, Li Meng received a phone call from Sunlands saying that "for the school's anniversary, students can enjoy the reduction in tuition fees if registering within three days." Li Meng did not sign up, and a few days later again received a call from Sunlands, it is still the same statement for sign-up. Li Meng asked the other party, "Didn't you say just only three days? It is already long gone." The other party said that Guangdong Branch has applied for several more places. But on the next day, Li Meng received another phone call, saying there is a special discount on the last day.

Training materials show that in addition to the examination time and quota interception, there is a policy interception. "Policy is what we guess, and add the word "possible" to the statement, without any influence." Wang Xue said that if the students are registered as native residents, they should tell them that they must apply for the examination now, and the local examination next year may become more difficult. If the student is registered as a foreign resident, he will be told it is possible to register for examination in their hometown next year.

In addition, Gao Jing told the salesperson that making a discount during the celebration period, and the deadline for class ceremony was also common interceptions.

At a training session for sales recruits, a new salesman said that "he/she cannot feel free to pretend to be the persons with given identities, and even cannot say a word about interception tactics". The trainer encouraged him to say confidently and calmly.

**Students Not Yet Enrolled Become the Practice Objects of Salesmen**

The training materials show that Sunlands also has a database called "Gonghai", which is a database of students who have not signed up or not contacted for various reasons.

"The data of students that senior salesmen don't want fell into Gonghai, and the new sales people start with this database. You can practice your skills with them." Wang Xue said in the training of new employees.

The reporter operated the dial system and found that any salesperson could fetch data and make calls from "Gonghai" of the department, each of which contained the participant's phone number and basic information, and the first call for mass of data was 2016 or 2017.

During the operation, the telemarketer can receive 30 data at a time. Notes show that among these phone numbers picked up by the reporter, are dialed as few as two or three times and as many as 10 times. Three of the data were dialed for 60, 69, and 88 times over a period of 7 months, 4 months, and 8 months.

"Sunlands called me two or three times a day until I answered the phone to wake my child." Li Yun (a pseudonym), a nursing mother who is usually busy with her children, has received calls from dozens of calls from Sunlands since she consulted about self-study exams at the end of March.

"I make it clear that I don't need it, and the other side is still pestering me, asking me why I don't need it, and even accusing me of not being motivated. I said on the phone that the call woke the child who was crying, and the other party was still entangled." Li Yun said.

Besides Li Yun, there are many people who report the phone harassment of Sunlands. Online users said Sunlands had been harassing him for three consecutive years.

In the database, even if some student data were noted with "being harassed" and "no more calls", his data remained in "Gonghai" and was repeatedly called by new recruits of Sunlands to practice "the tactics".

**Educational training institutions frequently engaged in false propaganda**

The problems reported by the students, such as alleged false propaganda by Sunlands, are not unique to any one education and training institution.

In December 2017, Beijing Titan Time Education Institution and Fast Training Education, the two educational training institutions in Beijing, were exposed to the news of "boss run-away".

Some of the trainees in these two training institutions believed the false promises that they did not need to take the exam and can pass it, and paid the pass fee ranging from several thousands to 10,000 yuan. However, after the exam, there was no way to check the results on CHSI or contact the teachers in the training institutions.

Indeed, in recent years, Titan Time Education Institution and Fast Training Education have been accused of "bad deeds" because of propaganda about pass exams without a need to take exams and difficulty in getting refunds. For Fast Training Education, the education department has canceled its admission qualification for running schools in violation of rules and regulations and disordered education management. Another online educational institution, Chaosheng Education, has also been exposed as having misleading propaganda about the partnerships with prestigious universities, charging students 9,500 yuan and 12,500 yuan for college and undergraduate tuition fees, and using fake student status on the fake website of CHSI to fool students.

"Many institutions in the academic continuing education industry have false publicity problems." Xiong Bingqi, the vice president of the 21st Century Education Research Institute, said that some institutions have promoted continuing education where students can obtain the same degree as full-time education and are suspected of false propaganda. Another type of training organization deliberately confused policy and claimed to have special channels and means to pass the examination.

Xiong Bingqi said that to change this situation, the government departments need to i make relevant policy information more public, and also require candidates to understand various self-study examination policies, identify false propaganda of training institutions. Government departments should strengthen supervision and strengthen penalties for false propaganda.

Zhang Xinnian, a lawyer at Beijing JINGSH Law Firm, said in an interview that the sharp increase in disputes over education and training in recent years is fundamentally caused by a number of private training institutions registered in the form of enterprises, and that they are engaged in propaganda and teaching and training without obtaining the qualifications to run schools, leading to malfeasance. Zhang Xinnian said that he hoped that this phenomenon would attract great attention from relevant departments such as education, industry

and commerce departments, special inspection and rectification should be implemented, and those who run schools in violation of the law shall be resolutely investigated and punished, and be investigated for administrative responsibility. Those who are suspected of committing crimes shall be transferred to the public security organs according to law, and be investigated for criminal responsibility, so as to ensure the orderly and healthy development of the private education industry.

Investigative Reporter for Beijing News

Edited by Ai Zheng

# TRANSLATION CERTIFICATION

Date: September 25, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese

To:

- English

The documents are designated as:

- Website article about Sunlands: http://www.bjnews.com.cn/inside/2018/05/02/485402.html

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


_____
Signature of Eugene Li

**Global Solutions. Local Expertise.**