# Exhibit 2

Case 1:19-cv-03744-RML    Document 36-3    Filed 06/11/20    Page 2 of 4 PageID #: 641

| Home | Mail | News | Finance | Sports | Entertainment | Search | Mobile | More... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Yahoo! finance**

Sign in                    Mail

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News        Premium - Try it free

COVID-19 Confirmed Cases:   1,333,741 (+8,757) US  |  4,092,427 Global                                         U.S. markets closed

| S&P Futures | Dow Futures | Nasdaq Futures |
| --- | --- | --- |
| 2,900.00 | 23,931.00 | 9,240.50 |
| -22.75 (-0.78%) | -193.00 (-0.80%) | -38.50 (-0.41%) |

## Sunlands Technology Group (STG)
NYSE - NYSE Delayed Price. Currency in USD

Add to watchlist        2W  10W  9M

**2.3800**  -0.0300 (-1.24%)     **2.3900**  +0.01 (0.42%)
At close: 4:00PM EDT                After hours: 7:18PM EDT

| Summary | Company Outlook | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Time Period: Mar 22, 2018 - Jun 27, 2018     Show: Historical Prices     Frequency:

Apply

Currency in USD                                                                    Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Jun 27, 2018 | 9.1000 | 9.3200 | 9.0700 | 9.0900 | 9.0900 | 83,700 |
| Jun 26, 2018 | 9.0800 | 9.2600 | 8.9600 | 9.1300 | 9.1300 | 256,400 |
| Jun 25, 2018 | 9.0900 | 9.2300 | 8.8200 | 9.1500 | 9.1500 | 132,300 |
| Jun 22, 2018 | 9.2700 | 9.2700 | 9.0000 | 9.1000 | 9.1000 | 58,300 |
| Jun 21, 2018 | 9.1300 | 9.1300 | 8.8800 | 8.9100 | 8.9100 | 140,500 |
| Jun 20, 2018 | 9.0100 | 9.3000 | 9.0100 | 9.0900 | 9.0900 | 28,500 |
| Jun 19, 2018 | 8.9100 | 9.8700 | 8.8600 | 9.0500 | 9.0500 | 310,900 |
| Jun 18, 2018 | 9.1000 | 9.1000 | 8.8800 | 9.0000 | 9.0000 | 171,000 |
| Jun 15, 2018 | 9.0500 | 9.3000 | 8.9100 | 8.9400 | 8.9400 | 123,300 |
| Jun 14, 2018 | 9.4310 | 9.7400 | 9.1400 | 9.1400 | 9.1400 | 217,500 |
| Jun 13, 2018 | 9.9200 | 9.9340 | 9.2800 | 9.3600 | 9.3600 | 117,400 |
| Jun 12, 2018 | 10.0890 | 10.0900 | 9.8100 | 9.8600 | 9.8600 | 80,700 |


**Yahoo! finance**   THE BEST OF **BUFFETT**   Watch now

**People Also Watch**

| Symbol | Last Price | Change | % Change |
| --- | --- | --- | --- |
| REDU | 3.8200 | -0.1800 | -4.50% |
| RISE Education Cayman Ltd | | | |
| FEDU | 1.3000 | -0.0600 | -4.41% |
| Four Seasons Education (Cayman) | | | |
| BEDU | 7.12 | +0.19 | +2.74% |
| Bright Scholar Education Holdin | | | |
| JT | 0.9522 | +0.0222 | +2.39% |
| Jianpu Technology Inc. | | | |
| GHG | 12.81 | -0.19 | -1.46% |
| GreenTree Hospitality Group Ltd | | | |

Case 1:19-cv-03744-RML   Document 36-3   Filed 06/11/20   Page 3 of 4 PageID #: 642

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jun 11, 2018 | 10.1700 | 10.5000 | 9.6000 | 9.9900 | 9.9900 | 194,600 |
| Jun 08, 2018 | 10.1900 | 10.3500 | 9.9200 | 10.0000 | 10.0000 | 41,500 |
| Jun 07, 2018 | 10.1500 | 10.5000 | 10.0400 | 10.2500 | 10.2500 | 104,000 |
| Jun 06, 2018 | 9.9100 | 10.3800 | 9.8700 | 10.2100 | 10.2100 | 97,400 |
| Jun 05, 2018 | 10.1000 | 10.1600 | 9.8500 | 10.0000 | 10.0000 | 63,100 |
| Jun 04, 2018 | 10.5000 | 10.5000 | 10.0800 | 10.1700 | 10.1700 | 35,300 |
| Jun 01, 2018 | 9.6200 | 10.5000 | 9.4800 | 10.4800 | 10.4800 | 313,700 |
| May 31, 2018 | 9.3900 | 9.6400 | 9.3200 | 9.5300 | 9.5300 | 101,500 |
| May 30, 2018 | 9.4800 | 9.6000 | 9.2730 | 9.4500 | 9.4500 | 469,800 |
| May 29, 2018 | 9.7100 | 9.7100 | 9.4000 | 9.4100 | 9.4100 | 381,000 |
| May 25, 2018 | 9.7200 | 9.7800 | 9.6100 | 9.6900 | 9.6900 | 116,800 |
| May 24, 2018 | 10.2700 | 10.2700 | 9.6150 | 9.7400 | 9.7400 | 205,600 |
| May 23, 2018 | 10.4600 | 10.4600 | 9.9200 | 10.0100 | 10.0100 | 191,100 |
| May 22, 2018 | 9.9900 | 10.6000 | 9.7000 | 10.5500 | 10.5500 | 455,300 |
| May 21, 2018 | 9.9100 | 10.0800 | 9.1470 | 9.9900 | 9.9900 | 122,500 |
| May 18, 2018 | 10.3800 | 10.3800 | 10.0100 | 10.0900 | 10.0900 | 104,600 |
| May 17, 2018 | 10.2100 | 10.4200 | 9.9300 | 10.3000 | 10.3000 | 227,200 |
| May 16, 2018 | 10.4800 | 10.6000 | 10.0000 | 10.2800 | 10.2800 | 235,900 |
| May 15, 2018 | 10.0100 | 10.4000 | 9.9000 | 10.4000 | 10.4000 | 68,600 |
| May 14, 2018 | 11.1100 | 11.1100 | 9.9000 | 9.9600 | 9.9600 | 258,700 |
| May 11, 2018 | 10.7700 | 11.4000 | 9.8010 | 11.0100 | 11.0100 | 173,700 |
| May 10, 2018 | 10.4600 | 11.3300 | 10.4600 | 10.8800 | 10.8800 | 405,800 |
| May 09, 2018 | 9.9300 | 10.5200 | 9.7500 | 10.5200 | 10.5200 | 291,600 |
| May 08, 2018 | 9.9800 | 10.1700 | 9.6100 | 9.9900 | 9.9900 | 203,400 |
| May 07, 2018 | 9.6000 | 9.9800 | 9.4000 | 9.9800 | 9.9800 | 255,200 |
| May 04, 2018 | 8.9700 | 9.1700 | 8.6700 | 9.1500 | 9.1500 | 435,100 |
| May 03, 2018 | 9.2500 | 9.3300 | 8.5000 | 8.9900 | 8.9900 | 364,100 |
| May 02, 2018 | 9.5900 | 9.6600 | 8.8000 | 9.2100 | 9.2100 | 612,500 |
| May 01, 2018 | 9.0000 | 9.8000 | 9.0000 | 9.8000 | 9.8000 | 509,200 |
| Apr 30, 2018 | 8.2700 | 8.9600 | 8.2260 | 8.9200 | 8.9200 | 427,700 |
| Apr 27, 2018 | 7.9800 | 8.1540 | 7.9640 | 8.1300 | 8.1300 | 35,500 |
| Apr 26, 2018 | 7.9000 | 8.1000 | 7.8500 | 8.0000 | 8.0000 | 222,800 |
| Apr 25, 2018 | 7.7300 | 8.0900 | 7.7300 | 7.8900 | 7.8900 | 625,400 |
| Apr 24, 2018 | 7.9300 | 8.0800 | 7.8000 | 7.8100 | 7.8100 | 271,500 |
| Apr 23, 2018 | 8.0700 | 8.0700 | 7.7000 | 7.8500 | 7.8500 | 176,100 |
| Apr 20, 2018 | 7.7500 | 8.2900 | 7.7500 | 8.0100 | 8.0100 | 335,800 |

Advertise With Us

Data Disclaimer  Help  Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.

Case 1:19-cv-03744-RML     Document 36-3     Filed 06/11/20     Page 4 of 4 PageID #: 643

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 19, 2018 | 7.8800 | 7.8900 | 7.5000 | 7.7800 | 7.7800 | 367,200 |
| Apr 18, 2018 | 7.8200 | 8.0000 | 7.5000 | 8.0000 | 8.0000 | 761,500 |
| Apr 17, 2018 | 7.2000 | 7.6600 | 7.0700 | 7.5400 | 7.5400 | 519,700 |
| Apr 16, 2018 | 7.3400 | 7.4400 | 6.8000 | 7.1400 | 7.1400 | 379,900 |
| Apr 13, 2018 | 7.2100 | 7.6900 | 7.1900 | 7.3300 | 7.3300 | 311,500 |
| Apr 12, 2018 | 7.7500 | 7.8600 | 7.3300 | 7.3900 | 7.3900 | 324,900 |
| Apr 11, 2018 | 7.8600 | 8.0300 | 7.7800 | 7.8200 | 7.8200 | 749,000 |
| Apr 10, 2018 | 7.9900 | 8.2000 | 7.9100 | 7.9100 | 7.9100 | 499,000 |
| Apr 09, 2018 | 8.0000 | 8.4000 | 7.8100 | 8.0000 | 8.0000 | 420,600 |
| Apr 06, 2018 | 8.0800 | 8.1780 | 7.9000 | 8.0000 | 8.0000 | 136,000 |
| Apr 05, 2018 | 8.2300 | 8.4700 | 8.0000 | 8.1100 | 8.1100 | 374,900 |
| Apr 04, 2018 | 8.4700 | 8.4700 | 7.8800 | 8.2100 | 8.2100 | 791,700 |
| Apr 03, 2018 | 8.3200 | 8.3900 | 7.5200 | 8.3600 | 8.3600 | 2,026,100 |
| Apr 02, 2018 | 8.5100 | 8.7000 | 7.1120 | 7.3500 | 7.3500 | 2,304,100 |
| Mar 29, 2018 | 9.5400 | 9.5600 | 8.2500 | 8.3000 | 8.3000 | 1,151,700 |
| Mar 28, 2018 | 10.6200 | 10.6200 | 9.5600 | 9.5700 | 9.5700 | 2,818,200 |
| Mar 27, 2018 | 11.1500 | 11.2500 | 10.5500 | 10.6900 | 10.6900 | 428,300 |
| Mar 26, 2018 | 11.3100 | 12.1500 | 10.9000 | 11.0000 | 11.0000 | 1,854,000 |
| Mar 23, 2018 | 13.1000 | 14.0800 | 10.0200 | 11.1000 | 11.1000 | 6,915,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.