# Exhibit F

 Google

尚德机构

🔍 All    📰 News    🖼 Images    📍 Maps    ▶ Videos    ⋮ More            Settings    Tools

Sign in

About 1,740,000 results (0.59 seconds)

yi.sunlands.com ▾ **Translate this page**
### Log in to Suntech Personal Center
The system detects that there is an exception in your account. To ensure the safety of your use, please send a verification code to verify your identity. Current account:. Get verification code. Get verification code. Can't receive SMS? Use voice verification code to send immediately.

www.sunlands.com ▾ **Translate this page**
### [Suntech Institute] Self-examination, MBA, Certified Public Accountant, Teacher Qualification Certificate, Human Resources...
Suntech institution , an Internet education company focusing on academic education and vocational education. Including self-examination undergraduate, self-examination specialty, high self-examination, college promotion, accounting, certified public accountant (CPA), certified management accountant (CMA), MBA, manpower...
Suntech · Self undergraduate | Self specialist | Undergraduate · PubMed road together, I want to class leader · how to Suntech

baike.baidu.com ›item› Suntech Institute ▾ **Translate this page**
### Suntech institutions-Knowledge Library
Suntech Institute is a vocational education institution in China, established in March 2003, dedicated to improving the competitiveness of students in the workplace. The training courses and services of Suntech institutions range from vocational qualification certification and skill training to occupation-related employment...
Development · Products and Services · teaching research and development · Brand LOGO

www.zhihu.com ›question ▾ **Translate this page**
### What about Suntech? - Know almost
Dec 31, 2015- Starting from the end, Suntech 's three major admissions routines-in-depth-Beijing News www.bjnews.com.cn icon. If you want to join the job, please see link 1, which refers to sales (learning planners, courses Consultant). Invading and deleting.Suntech institutions sued for false ...

**Is Suntech** education good?                                     Aug 12, 2017
How about **Suntech institution** ! Want to take an undergraduate certificate! Has anyone learned there?    Jan 24, 2016
What about **Suntech** training?                                  Jun 2, 2017
What about **Suntech** ? Is it reliable? How to refund?           Dec 22, 2017
More results from www.zhihu.com

www.bjnews.com.cn ›2018/05/02 ▾ **Translate this page**
### Three Admissions Routines of Suntech Institutions at the Bottom-Depth-Beijing News
May 2, 2018- At the end of last year, two education and training institutions in Beijing, Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School, were successively exposed to the news of "Boss Run", spreading to thousands of students and triggering the society to...

www.linkedin.com ›company› Shang... - Translate the this Page
### Suntech Institute | LinkedIn
Suntech institutions have a wide range of training courses and services, from vocational qualification certification, skills training, and career-related employment services; Suntech is committed to improving the competitiveness of students in the workplace, and customers have been trained in many large and medium-sized cities in China...

www.xinhuanet.com ›fortune ▾ **Translate this page**
### CCTV exposes Suntech institutions: Overlord agreement still exists to make loans for students privately-Xinhuanet
Apr 10, 2019- CCTV exposes Suntech institutions : Overlord agreement still keeps loans for students privately --- Suntech institutions staff told Qiao Yang that the agreement was signed 24 hours later, if you want to withdraw from school, you must deduct 25%. ..

www.xinhuanet.com ›finance ▾ **Translate this page**
### Educational training organization Suntech was exposed to false propaganda: three basic routines-Xinhua



## Sunlands Technology (Beijing Suntech Online Education Technology Co., Ltd.)
Company

🌐    sunlands.com

**Stock price :** STG (NYSE) $1.39 -0.09 (-6.08%) Jun 9, 1:18 Pt
**Headquarters :** China
**Founded :** 2003
**Subsidiaries :** Wuhan Studyvip Online Education Technology Co., Ltd , MORE

*Disclaimer*

### People also search for
TAL Educatio...    Xiaomi    JD.com    Baidu

Feedback

Claim this knowledge panel

May 2, 2018- Information about potential customers displayed in Suntech's internal database, including basic academic qualifications, willingness to apply, etc. On April 25th, the Suntech Department of International Trade, several ladies who wanted to pass the self-examination to obtain a degree, ...

apps.apple.com ›app› Suntech Institute    ▾ Translate this page

## Suntech institution on the App Store-Apple

Suntech's main business involves three major education fields: academic education, vocational qualification training, and IT training. Among them, academic education includes self-examination, successful examination, and MBA training. Vocational qualification training involves accounting, human resources, and  ...

Rating: 4.7-34,469 reviews-Free-iOS

mall.jd.com ›index-736985    ▾ Translate this page

## Suntech's official flagship store-JD.com

59 goods - Suntech official flagship store, providing Suntech official flagship store genuine offer all kinds of merchandise, promotions, reviews, shopping guide, pictures and other information, you are welcome to visit again Suntech official flagship store.

## Searches related to Suntech institutions

**Suntech App**                          Suntech **shangde**

**Suntech Institutional Listing**         **Suntech International**

**Suntech Agency Recruitment**            **Suntech Energy**

**Suntech logo**                          **Sunlands**

**Since the end of** Suntech **three admissions routines**

**Suntech Center**

1  2  3  4  5  6  7  8  9  10        Next

**Manhattan, New York, NY** - the From your Internet address -Use precise location - Learn more

Help        Send feedback        Privacy        Terms