**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID HOROWITZ, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

SUNLANDS TECHNOLOGY GROUP,
ET AL.,

      Defendants.

No. 1:19-cv-03744-FB-SMG

**NOTICE OF JOINDER OF TONGBO LIU, YIPENG LI,**
**PENG OU, LU LU, MICHAEL MINHONG YU, AND YANG WANG IN**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Tongbo Liu, Yipeng Li, Peng Ou,[1] Lu Lu, Michael

Minhong Yu, and Yang Wang, Defendants in the above-captioned action, having been served

with the Amended Complaint (Dkt. No. 25) on June 5, 2020, by and through their undersigned

counsel, hereby join in Defendants' Motion to Dismiss dated March 13, 2020, and filed on June

11, 2020 (Dkt. No. 35), together with the supporting memoranda of law (Dkt. Nos. 35-1 and 37)

and all other papers and pleadings in support thereof (Dkt. Nos. 35-2–35-7; 37-1–37-2), and

incorporate by reference the arguments made in support of that motion.

---

[1] Mr. Ou is also identified in the Amended Complaint as Jianhong Yin.

Dated:  June 26, 2020
        New York, NY

Respectfully Submitted,

*/s/ Edmund Polubinski III*
Edmund Polubinski III
Nikolaus Williams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4695
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
nikolaus.williams@davispolk.com

Jonathan Chang
DAVIS POLK & WARDWELL LLP
18/F, The Hong Kong Club Building
3A Chater Road, Hong Kong SAR
Tel: +852-2533-1028
Fax: +852-2533-4358
jonathan.chang@davispolk.com

*Counsel for Defendants Sunlands Technology Group, Tongbo Liu, Yipeng Li, Peng Ou, Lu Lu, Michael Minhong Yu, and Yang Wang*