**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
Brian B. Alexander
Jing Chen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
balexander@rosenlegal.com
jchen@rosenlegal.com

*Counsel for Plaintiff and the Class*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,<br><br>        Defendants. | No. 1:19-CV-03744-FB-SMG |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
### GAONENG JI, SAM HANHUI SUN, AND XIAOCHUAN WANG
### <u>WITHOUT PREJUDICE</u>

WHEREAS, Defendants Gaoneng Ji, Sam Hanhui Sun, and Xiaochuan Wang (collectively the "Additional Directors"), in the above-captioned action, *Horowitz v. Sunlands Technology Group et al.*, Case No. 1:19-CV-03744-FB-SMG, brought before the United States District Court for the Eastern District of New York, have not served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Horowitz, hereby voluntarily dismisses the claims in the above-captioned action, without prejudice, as to the Additional Directors.

June 29, 2020                                     **THE ROSEN LAW FIRM, P.A.**

                                                  */s/ Philip Kim*

                                                  Phillip Kim
                                                  Laurence M. Rosen
                                                  Brian B. Alexander
                                                  Jing Chen
                                                  275 Madison Avenue, 40th Floor
                                                  New York, New York 10016
                                                  Telephone: (212) 686-1060
                                                  Fax: (212) 202-3827
                                                  Email: pkim@rosenlegal.com
                                                           lrosen@rosenlegal.com
                                                           balexander@rosenlegal.com
                                                           jchen@rosenlegal.com

                                                  *Counsel for Plaintiff and the Class*