UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID HOROWITZ, | * | Case No. 19-CV-3744(LDH) |
| | * | |
| Plaintiff, | * | Brooklyn, New York |
| | * | June 17, 2021 |
| v. | * | |
| | * | |
| SUNLANDS TECHNOLOGY GROUP, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE CONFERENCE
BEFORE THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                BRIAN BURKONS ALEXANDER, ESQ.
                                  The Rosen Law Firm
                                  275 Madison Avenue
                                  New York, NY  10016


For the Defendant,               EDMUND POLUBINSKI, ESQ.
 Sunlands Technology             CRAIG BERGMAN, ESQ.
  Group:                         NICHOLAS WILLIAMS, ESQ.
                                  Davis, Polk and Wardwell
                                  450 Lexington Avenue
                                  New York, NY  10017


For the Defendant,               DOUGLAS H. FLAUM, ESQ.
 Goldman Sachs, et al.:          Goodwin Procter, LLP
                                  620 Eighth Avenue
                                  New York, NY  10018


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

2

(Proceedings commenced at 3:00 p.m.)

THE COURT:  This is docket no. 19-CV-3744, Horowitz vs. Sunlands Technology Group, et al.  Will counsel please state their appearances, starting with the plaintiff.

MR. ALEXANDER:  Brian Alexander, Phil Kim and Jing Chen from the Rosen Law Firm for the plaintiffs, Your Honor.

THE COURT:  Thank you.

MR. POLUBINSKI: Your Honor, this is Ted Polubinski from Davis Polk. I here with my colleagues, Craig Bergman and Nick Williams, and we are here for the Sunlands defendants.

MR. FLAUM:  And good afternoon, Your Honor.

This is Douglas Flaum from the Goodwin Law Firm on behalf of the underwriter defendants and my colleague, Allison Eisenman may be joining.

THE COURT:  Thank you.

All right.  So would plaintiff's counsel like to start off?

MR. ALEXANDER:  Well, what defense counsel was alluding to before is that we have actually agreed that the case is stayed because -- the case is going to be stayed when they file their 12(c) motion stayed under the mandatory PSRA state provision.

THE COURT:  Okay.

MR. POLUBINSKI:  Yes, Your Honor.  This is Ted Polubinski at Davis Polk.

3

That is what I was alluding to.  That motion will be served next week on a schedule that was ordered by Judge D'Arcy Hall.

And as Mr. Alexander said I think the law on it is fairly clear that the pendency of the motion will automatically trigger the PSRA's mandatory stay of discovery.

THE COURT:  Okay.

MR. POLUBINSKI:  And so in light of that it does raise the question, I guess, of what we ought to do about the material that we had provided to the court and the schedule that we had negotiated and proposed in the 26(f) report that we submitted on June 9th.

And I think having spoken about this with Mr. Alexander earlier today, I think the parties are in agreement that it is probably most efficient not to enter a schedule now in light of the stay and instead to revisit it to the extent necessary after a decision on the 12(c) motion.

And at that point in time we assume it will be -- you know, if the schedule is necessary at that time that it will be relatively straight forward given that we've already worked through the issues around scheduling.  We've made some progress on the protective order and electronic discovery protocol and the like.

But at this point in light of the timing uncertainty our suggestion is that we perhaps hold off on a broader

4

schedule pending a resolution of the motion.

THE COURT:  Are all the parties in agreement?

MR. FLAUM:  The underwriter defendants are, Your Honor.

MR. ALEXANDER:  Yes, this is Brian Alexander again for plaintiff.  We're also in agreement, Your Honor.

THE COURT:  All right.  That sounds like the right thing to do.

So I will defer entering any scheduling order until after the 12(c) motion's been decided.

Is there anything else?

MR. POLUBINSKI:  Not from the Sunlands defendants, Your Honor.

MR. FLAUM:  Not (indiscernible), Your Honor.

MR. ALEXANDER:  And the plaintiffs don't have anything else either, Your Honor.

THE COURT:  Okay.  Thank you.

All right. So I'll speak to you after the motion is decided.  Have a nice evening.

MR. POLUBINSKI:  Very good.  Thanks, Your Honor. You too.

MR. ALEXANDER:  Thanks.

(Proceedings concluded at 3:04 p.m.)

5

I, CHRISTINE FIORE, court-approved transcriber and certified electronic reporter and transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Christine Fiore*

June 22, 2021

Christine Fiore, CERT

Transcriber