**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID HOROWITZ, Individually and On
Behalf of All Others Similarly Situated,

     Plaintiff,

     v.

SUNLANDS TECHNOLOGY GROUP,
TONGBO LIU, YIPENG LI, JIANHONG YIN
A/K/A PENG OU, LU LU, MICHAEL
MINHONG YU, YANG WANG, GOLDMAN
SACHS (ASIA) L.L.C., CREDIT SUISSE
SECURITIES (USA) LLC, AND J.P.
MORGAN SECURITIES LLC,

     Defendants.

No. 1:19-cv-03744-LDH-RML

**ORAL ARGUMENT**
**REQUESTED**

**NOTICE OF DEFENDANTS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Edmund Polubinski III
Craig J. Bergman
Nikolaus Williams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4695
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
craig.bergman@davispolk.com
nikolaus.williams@davispolk.com

Jonathan Chang
DAVIS POLK & WARDWELL LLP
18/F, The Hong Kong Club Building
3A Chater Road, Hong Kong SAR
Tel: +852-2533-1028
Fax: +852-2533-4358
jonathan.chang@davispolk.com

  *Counsel for the Sunlands Defendants*

Douglas H. Flaum
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
dflaum@goodwinlaw.com

*Counsel for the Underwriter*
*Defendants*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Edmund Polubinski III, and the exhibits attached thereto, Defendants Sunlands Technology Group, Tongbo Liu, Yipeng Li, Jianhong Yin, Lu Lu, Michael Minhong Yu, and Yang Wang (collectively, the "Sunlands Defendants"), and Goldman Sachs (Asia) L.L.C., Credit Suisse Securities (USA) LLC, and J.P. Morgan Securities LLC (collectively, the "Underwriter Defendants", and together with the Sunlands Defendants, the "Defendants") will move this Court for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

In accordance with the schedule set by the Court, Plaintiff's answering papers shall be served on or before July 15, 2021, and Defendants' reply papers shall be served on or before July 23, 2021.  Once the motion is fully briefed, all motion papers, including answering papers and reply papers, will be filed with the Court.

Dated:  June 24, 2021
       New York, NY

Respectfully Submitted,

*/s/ Edmund Polubinski III*
Edmund Polubinski III
Craig J. Bergman
Nikolaus Williams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4695
Fax: (212) 701-5800
edmund.polubinski@davispolk.com
craig.bergman@davispolk.com
nikolaus.williams@davispolk.com

Jonathan Chang
DAVIS POLK & WARDWELL LLP
18/F, The Hong Kong Club Building
3A Chater Road, Hong Kong SAR
Tel: +852-2533-1028
Fax: +852-2533-4358
jonathan.chang@davispolk.com

*Counsel for the Sunlands Defendants*

2

/s/ Douglas H. Flaum
Douglas H. Flaum
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
dflaum@goodwinlaw.com

*Counsel for the Underwriter Defendants*

3