**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,

Defendants.

No. 1:19-cv-03744-LDH-RML

**ORAL ARGUMENT REQUESTED**

**DECLARATION OF EDMUND POLUBINSKI III IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Edmund Polubinski III, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Defendants Sunlands Technology Group, Tongbo Liu, Yipeng Li, Jianhong Yin, Lu Lu, Michael Minhong Yu, and Yang Wang (collectively, the "Sunlands Defendants").  I submit this declaration in support of the motion for judgment on the pleadings brought pursuant to Federal Rule of Civil Procedure 12(c) by the Sunlands Defendants, Goldman Sachs (Asia) L.L.C., Credit Suisse Securities (USA) LLC, and J.P. Morgan Securities LLC's (collectively, the "Defendants").

2.      Attached as Exhibit A is a true and correct copy of a certified English-language translation of a May 2, 2018 *Beijing News* Article titled "Expose Three Major Recruitment Tricks of Sunlands."  The Amended Complaint extensively references and quotes this document, including at paragraphs 6-7, 9, 40-49.  This document is publicly available at http://www.bjnews

.com.cn/inside/2018/05/02/485402.html, and the certified translation was provided by TransPerfect.  This document was also attached as Exhibit A to the Sunlands' Defendants' Answer to the Amended Complaint (Dkt. No. 46) (the "Sunlands Defendants' Answer").

3.　　　Attached as Exhibit B is a true and correct copy of a certified English-language translation of a July 4, 2018 administrative penalty decision issued by the Beijing Administration for Industry and Commerce, Shijingshan Branch.  The Amended Complaint extensively references and quotes this document, including at paragraphs 52, 53, 55.  This document is publicly available on the Beijing government's website, and the certified translation was provided by TransPerfect.  This document was also attached as Exhibit B to the Sunlands' Defendants' Answer.

4.　　　Attached as Exhibit C is a true and correct copy of the transcript of Sunlands' Earnings Call held on August 24, 2018, and posted to Sunlands' English website.  This document is publicly available at http://www.sunlands.com/investorroom/webcasts-and-presentations.  This document was also attached as Exhibit C to the Sunlands' Defendants' Answer.

5.　　　Attached as Exhibit D is a true and correct copy of an August 27, 2018 J.P. Morgan Analyst Report titled "Sunlands Online Education: New PT US$10.5 – Tougher to add new students."  This document was also attached as Exhibit D to the Sunlands' Defendants' Answer.

6.　　　Attached as Exhibit E is a true and correct copy of Sunlands' Amendment No. 2 to its Form F-1 Registration Statement, as filed publicly with the Securities and Exchange Commission on March 14, 2018.  The Amended Complaint extensively references and quotes this document, including at paragraphs 4, 11, 35, 37, 38, 96-103, 105-108, 110, 112, 114-118.

This document is publicly available at https://www.sec.gov/Archives/edgar/data/1723935/

000119312518082489/d494072df1a.htm.

      7.      Attached as Exhibit F is a true and correct copy of The Rosen Law Firm's "Our

Unique Experience" webpage as visited on March 11, 2020.  This document is publicly available

at https://www.rosenlegal.com/about-unique.html.

      I declare under penalty of perjury the foregoing is true and correct.

Dated:  June 24, 2021
     New York, NY

                                 */s/ Edmund Polubinski III*
                                   Edmund Polubinski III