# Exhibit A

The original Chinese news:
http://www.bjnews.com.cn/inside/2018/05/02/485402_2.html

May 2, 2018, 02:30:50, published on BJnews.com

**Expose Three Major Recruitment Tricks of Sunlands**

At the end of last year, two education and training institutions in Beijing, Beijing Titan Time Group and Fast Training Education, were successively exposed with the news of "boss scarpers with money", which affected thousands of students, causing social attention to the issues of education and training institutions, such as false publicity and difficulty in refunding fees. Sunlands, another education and training institution, has also been exposed recently by students to have problems like false publicity and refund.



On March 13, Sunlands trainer was teaching new employees how to recommend courses to customers.



On March 13, the trainer was explaining how to convert identity and communicate with customers at a Sunlands training meeting for new employees.

**Sunlands was exposed to be involved in false publicity and refund difficulties. Journalists undercover exposed Sunlands staffs' recruitment methods of multiple identities, false promises, verbal skills, etc.**

At the end of last year, two education and training institutions in Beijing, Beijing Titan Time Group and Fast Training Education, were successively exposed with the news of "boss scarpers with money", which affected thousands of students, causing social attention to the issues of education and training institutions, such as false publicity and difficulties in refunding fees.

Sunlands, another education and training institution, has also been exposed recently by students to have problems like false publicity and refund difficulty. As a "well-known" academic and professional education institution, the reporter found that Sunlands had been exposed for many times in recent years due to refund, false publicity and other issues. In the middle of March, the reporter of Beijing News applied to the headquarters of Sunlands, and received an internal training as a "rookie", gradually uncovering various tricks of Sunlands's salepeople use, such as playing multiple identities, falsely promising to supplementary enrollment, persuading students to transfer major, and offering fake discounts, to attract new students.

Regarding these chaos, Xiong Bingqi, vice president of the 21st Century Education Research Institute, said that in order to change the current situation, it was necessary not only to increase the publicity of policy, but also necessary to require the government to strengthen supervision and punishment.

### Empty Promises of Supplementary Enrollment And Failure To Join The Tests

April 14 and 15 were the dates of Self-Taught Higher Education Examinations, but Zhao Yu was unable to take the exam because he had "no student status".

"On March 10, Sunlands told me that it was the last day for supplementary enrollment, otherwise I would have to wait until October to apply for the exam." Zhao Yu (pseudonym) said that when he heard that Sunlands could help him make up for the student status, he paid 7,980 yuan to sign up for a Sunlands' self-taught higher education tutoring course. According to the agreement, Sunlands will sign up for him and made up his student status.

Two days later, Zhao Yu confirmed with the "teacher" of Sunlands' about the registered subjects of the exam in April, and found that his student status was not supplemented at all.

"They told me about the last day's supplementary enrollment, and cooperation with the Renmin University, which could exempt you from the English exam, but none of these was true!" Zhao Yu thought of all the promises the teacher had made when he signed up, "I am very upset".

Sunlands in Zhao Yu's experience is a professional in the degree and certificate training industry. According to the public information, its business covers professional

qualification certification, degree training, enterprise internal training, distance learning and other aspects. In March, he chose to consult Sunlands because he heard that the organization was famous.

Zhao Yucai signed up because the teacher of Sunlands promised to make supplementary enrollment for him. Unexpectedly, he not only failed to make up for the enrollment, but also encountered the problem of deduction and delay in refunding fees. "I haven't heard the class, but I have to be deducted the registration fee and class fee for about 2,000 yuan." Zhao Yu said. In addition, the refund time has been delayed again and again, it is said that the refund can only be made in the middle of May.

When the reporter visited the international trade center of Sunlands, a staff member said that the registration of Self-Taught Higher Education Examinations in Beijing for the first half year was already over, and there were still a few places where opens supplementary enrollments for registration. "You can only make supplementary enrollment through Sunlands system, which connects to the Self-Taught Higher Education Examinations system. If you miss the supplementary enrollment, you will have to go back to your place of residence in the second half of the year to register."

On April 18, the reporter called Beijing Self Taught Higher Education Examination office for consultation. The staff said that the first registration phase of written examination for Beijing self-taught examination was from March 1st to 9th, "there is no supplementary enrollment, which is deceitful." The staff of Education and Training Management Office of Renmin University also told the Beijing News reporter that Renmin University did not cooperate with any third-party institutions outside the University.

**"Learning planners are sales"**

On the official website of Sunlands, there is a brief introduction to the adult on self-taught exam, "application time", "application conditions", "free application for bursary" and "college major". No matter which link you click, an online customer service chatting window will pop up.

The reporter successively clicked on three online customer services to inquire about the registration time, college major and how to apply for bursary. None of them answered directly, but asked for the mobile phone number of the consultant, saying that they would send SMS information and ensure that they would not make disruptive phone calls.

When the reporter provided the number, he did not receive any SMS from Sunlands. Instead, he received phone calls from people who claimed to be Sunlands teachers and learning planners, and they recommended training courses to the reporter.

In the middle of March, the reporter of Beijing News applied for a position of "learning planner" and entered Sunlands Beijing headquarters in Laiguangying, Chaoyang. Only high school degree or above is required for the application of learning planner, and telephone sales experience is preferred.

"This position is called learning planner, in fact, telesales." An interviewer surnamed Liu told reporter that the company's salespeople will use the identity of "teacher", such

as education promotion teacher, education planning teacher, self-taught student status consultant teacher, student aid teacher, etc., to deal with different situations of students.

On the 4th floor of the Beijing headquarters office building of Sunlands, the reporter visited the working condition of "learning planners": there were many voices coming out of the dense lattice, and hundreds of salespeople kept calling different customers on the spot, repeating the similar marketing tricks by pretending to be teachers and planners.



The information of potential customers displayed in the internal database of Sunlands including the basic education background, application intention and other information.

## Multi identity "fooling" students to pay

After the interview, the reporter was told that the new salespeople needed to receive 5 days of training before going on duty for probation. If they did not produce sales performance within 18 days, they would be eliminated automatically.

On the underground floor of Sunlands' Beijing headquarters, many classrooms were used for training new employees.

On March 14, in a small room, up to 100 new employees of sales posts were stuffed there and the trained with contents including the company's values, sales techniques

and skills. Three full-time trainers gave lectures to the 100 new employees and taught them sales tactics.

"As soon as the phone gets through, you have to say to the other party, I'm XX teacher of Sunlands who is responsible for the academic qualification examination. "Wang Xue (pseudonym), one of the three trainers who was lecturing for the newcomer, said that because many people in the society dislike sales, they should not expose their sales identity on the phone, even not to mention Sunlands, only told them "we are teachers of the adult education examination center", because pretending to be teachers there is an official identity violation, but they can play a sidekick.

If a potential costumer has answered the sales call of Sunlands several times before, but has not signed up, the salesperson will change from one identity to another to "cheat" the customer.

In the training materials, there is a detailed description of the identity change, a salesperson can use different identities such as "head teacher", "Dean", "principal", "manager", "teacher who arranges the student status" to communicate with the customer.

There are corresponding scripts for each identity, such as "I am a teacher in charge of sorting out student status in Sunlands. Since the registration time has ended, now it is the supplementary enrollment stage, and there are only X places where you can make supplementary enrollment. I'm afraid that you might miss the opportunity of the final supplementary enrollment opportunity, so I want to ask you about your current plan."

In addition, the training materials also indicated that they should try to add wechat of the potential customers who can't be contacted by phone, "it's better to set up a male and a female wechat for the wechat accounts, use male wechat when seeing female trainees, and use female wechat when seeing male trainees, the probability of contacting students will be higher.".

**"Strike Pain Point" and Transfer Major**

During the training, the reporter learnt that in 2018, there were 78 majors open in Beijing self-taught exam center, and Sunlands only provided trainings for a dozen of them.

"If the students ask about the major we don't have, you can't say no, otherwise the students will leave." Xu Jing, the trainer, said that for the majors that Sunlands has not set up training courses, the sales staff should first pretend to have this major, and then persuaded the trainees to change their majors.

Ms. Xue, a student of Sunlands, said that she wanted to apply for training courses for Art Education STE Bachelor exams, and was "fooled" by the sales staff of Sunlands to end up signing up for the one for Chinese Language and Literature. After having learnt for a while, Ms. Xue found that there was a big gap between the major she was learning and the major she wanted to learn, and therefore requested for a refund.

According to the training materials of Sunlands, it is necessary to analyze and attack on personal conditions to persuade students to change majors.

"It's easy to hit the trainee by grasping the pain point." Trainer Wang Xue said, for example, if a trainee wants to take an examination of mechatronics, you can say to him, "you can apply for this major, but it's very difficult as you have to take an examination of Advanced Mathematics, English, Linear Algebra and Calculus, even if you can pass these tests, it will take three to four years in total for you to pass all the exams and get the degree." Then, the salesperson analyzes for the students and advises they should apply for the major whose exams are simple and easy. "You have worked for so long, and your work experience is very rich. It's useless for you to learn these basic things, and it's very difficult to pass them all at once. What you need now is to get the graduation certificate quickly, after all, you should consider passing exams as your top priority."

When the reporter first communicated with the sales staff of Sunlands, he expressed his intention to apply for training course for Mechanical Automation STE Bachelor exams. The salesperson who claimed to be Mr. Zhou from Sunlands said that they do have training course for this major, but it is too difficult to pass the exams among the all required to get the degree, including Advanced Mathematics and Linear Algebra. Then he recommended the training course for Business Administration STE Bachelor exams to reporters.

As long as it is a major provided by Sunlands, it must be the simple and easy one to pass the tests. Trainer Xu Jing (pseudonym) said that after analyzing and de-valuing the potential customer, the salesperson would recommend the major that was provided by Sunlands. "All professional recommendations are made in one mold." Xu Jing said that all majors recommended by Sunlands are characterized by three sentences: simple and easy to pass tests, quick to obtain certificates, high-quality content and wide employment. As for the major that the students have identified, the salesperson will say that although they have the one requested but the one recommended now is the simplest and best one among all majors. Even if in the end they turn out to sign up for the major that requires for passing the difficult Advanced Mathematics test, or involves a dozen subjects, "you mustn't make the students feel they might stuck or struggle."



On April 25, the International Trade Department of Sunlands, several women who wanted to obtain degrees through self-taught examinations were consulting "teachers" from educational institutions.

**Make the Price High Then Offer Discounts to "Take Down" Students**

For customers who are struggling whether to sign up, Sunlands' salespeople have their own trumps.

"First raise the price of a course by 1,000 yuan, and then tell the students that there is a 1,000 yuan discount now but no discount after today." Gao Jing (pseudonym), the head of sales department in Sunlands, offered advice to the employees, but actually the course price sold was just the original price.

Gao Jingzhi's move is just one of many kinds of intercepting methods of Sunlands. "Deadline is the reason why students should pay now," as defined in the Sunlandsal training PPT.

In the training materials, there is also an example: "Hello, I'm a teacher in charge of the places reserving projects in Beijing headquarters. The reason why I call you is that the student registration place reserved for you in the first half of 2018 and the 1,000yuan financial aid will expire in XX date."

Gao Jing said that the number of pre-registered places and the expiration of the 1,000yuan financial aid are all techniques of intercepting people. For example, for the course with the original price of 7,899 yuan, the sales staff will first raise the price to 8,899 yuan, and then tell the students that they can get 1,000 yuan discount by paying for the total tuition fee before 12 o'clock tonight.

Similarly, the sales staff will also tell the students that the registration deadline is 12 o'clock tonight. If the deadline is missed, the students will not be able to register. For students who have passed the so-called registration deadline, the sales staff will say that there are several additional places left or reserved for them.

Li Meng (pseudonym), a Sunlands student in Dongguan, Guangdong Province, encountered a similar "fooling" trick. In the first ten days of March 2017, Li Meng

received a phone call from Sunlands, saying that "To celebrate the school day, tuition fees can be discounted if students can sign up within three days." At that time, Li Meng didn't sign up. A few days later, he received a call from Sunlands again and during the call the sales make the same speech. Li Meng asked, "isn't it just three days? It's already passed the deadline." Then the other side said Guangdong had applied for several more places. However, one day later, Li Meng received another call from them, saying that it was the last day of discount.

According to the training materials, in addition to get the students by the time and number, there is also a policy-oriented approach. "Policy is our guess. When we say it, we should not mention about possibility. It doesn't matter if we us policy as a supporting information" Wang Xue said that if the student has a local residency, told him that he should apply now because it might be more difficult for non-locals to sign up for the local examination next year; if the student does not have a local residency, told him that he would have to return to his hometown to sign up next year but not for this year.

In addition, Gao Jing told the salespeople, "the discount during the school day and the closing time of the opening ceremony are also commonly used words."

At a training meeting for new salespeople, a new salesperson said, "I can't pretend to be an identity I am not, and I can't say anything to threaten people". The trainer encouraged him to be "firm and calm".

## Those Who Are Not Registered Become Sales' Practice Objects

According to the training materials, Sunlands also has a database called "common ocean", which is full of students who have not signed up or contacted for various reasons.

The data of the students left by the previous sales and were saved in the common ocean. The new comer should first try on the customers from this database. If you have any problems or you can't talk about something, you can use these people as a way to practice. "Wang Xue said in the new employee training.

According to the reporter's operation of dial-up system, any sales who can get data from common ocean. Each data contains the telephone number and basic information of the customers. The first time to dial a large number of people saved in 2016 or 2017 database.

In the process of operation, the telemarketer can get 30 pieces of data at a time. The remarks showed that among the phone numbers received by the reporter, they were dialed at least two to three times, or even more than 10 times. Some of the data were dialed 60, 69 and 88 times, with a time span of 7 months, 4 months and 8 months, respectively.

"Sunlands called me two or three times a day until I answered the phone and woke the children up." Li Yun (pseudonym) is a breastfeeding mother. She is very busy with her child but ever since she consulted Sunlands with questions of STE exams at the end of March, she had received dozens of phone calls.

"I made it very clear that I don't need it, the other side is still pestering, asking why I don't need it, and even accuse me of not being motivated. In the phone, I said that I

woke up the child and the child was crying. The other side still wouldn't let go." Li Yun said.

In addition to Li Yun, there are also many people who have reported the phone harassment of Sunlands. Some people said that Sunlands had called him for three consecutive years.

In the database, even though some students' data noted "harassed" and "don't call again", their data still existed in the "common ocean" and were repeatedly called by the successors of Sunlands to practice "script".

**Education and Training Institutions Frequently Involve In False Publicity**

The issues reported by the students that Sunlands were suspected of false publicity and other problems, were not unique to one education and training institution.

In December 2017, two education and training institutions in Beijing, Beijing Titan Time Group and Fast Training Education, were successively exposed with the news of "boss scarpering with money ",

Some students signed up with these two training institutions and believed in the false promise of not having to take the test and guaranteeing passing, and paid thousand yuan of passing guarantee fee. However, after the test, they could not find the results from the Xuexin website, nor could they get in touch with the teachers of the training institutions.

In fact, in recent years, Titan Time Group and Fast Training Education have been referred to as "bad marks" due to problems such as the promotion of "no exam, pass guaranteed" and the difficulty in refunding. Fast Training Education was even disqualified by the education department because of illegal school running and chaotic teaching management. Another online education institution, called Chaoshen Education, has also been exposed to have false publicity about cooperation with famous universities. After charging students 9,500 yuan and 12,500 yuan for college and undergraduate tuition fees, they used fake student status on fake Xuexin website to fool students.

"Many institutions in the continuing education industry have false publicity problems." Xiong Bingqi, vice president of the 21st Century Education Research Institute, said that some institutions publicized continuing education as the same diploma as full-time education, which were suspected of false publicity; another kind of training institution deliberately confused policies, claiming that there were special channels and means to pass the exam.

Xiong Bingqi said that to change this situation, the government departments need to increase the information publicity of relevant policies, and also require candidates to understand various self-taught examination policies, identify false publicity of training institutions, and the government departments need to strengthen supervision and punishment.

Zhang Xinian, a lawyer from Beijing Jingshi law firm, said in an interview happened in the recent years, there had been a sharp increase in disputes over education and

training institutions. Basically, many private training institutions are registered in the form of enterprises, and they publicize and engage in the teaching and training business without obtaining the qualification for running a school, leading to this chaotic situation. Zhang said that he hoped that this phenomenon would attract the attention of Education Ministry, Industry and Commerce and other relevant departments, and that special inspections and rectifications would be carried out. Those who run school illegally or with low ethics should be investigated and dealt with resolutely. Those who are suspected of violating rules or making crimes should be investigated by the public security organization according to law, and be given criminal sanctions, so as to ensure the orderly and healthy development of the education industry.

Investigative reporter of Beijing News



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document **"May 2, 2018, Expose Three Major Recruitment Tricks of Sunlands"** is to the best of my knowledge and belief, a true and accurate translation from Chinese (Simplified) into English.

_____

Alyssa Mullally

Sworn to before me this
January 9, 2020

_____

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE