# Exhibit B

## Administrative penalty information

Administrative penalty decision No.: Beijing Industry and Commerce Office Shijingshan [2018] No. 1960

Basis of punishment: In accordance with the provisions of Article 20, paragraph 1, of the Anti-Unfair Competition Law of the People's Republic of China

Date of Penalty Decision: July 4, 2018

Remarks:——

Cause of punishment: False or misleading business propaganda by the operators of their products, or helping other operators to conduct false or misleading business propaganda by organizing false transactions, etc.

Penalty Result: A Fine of 900,000 yuan

Punishment Agency: Beijing Municipal Administration for Industry and Commerce Shijingshan Branch

## Administrative Penalty Decision

Shijingshan Branch of Beijing Municipal Administration for Industry and Commerce

Administrative penalty decision

Beijing Industry and Commerce Office Shijingshan [2018] No. 1960

Party: Beijing Shangde Online Education Technology Co., Ltd.

Address: Room A-0193, 2/F, Building 3, No. 30 Shixing Street, Shijingshan District, Beijing

Registration number: 110107016332819

Legal representative: Liu Tongbo

Investigation: In the process of providing self-study examination consulting services, the party claims that "after missing the Self-Taught Higher Education Exam registration time in the first half of 2018, the student can be re-enrolled as an old student; register early allows student not to take math and English tests; and register later adds more tested subjects and more difficulties" and other false and misleading terms. This behavior was secretly visited by reporters of the Beijing News and reported publicly through newspapers and the Internet.

On June 14, 2018, the Bureau served the parties with the "Notice of Administrative Penalty Hearing Notice" (Jinggong Shishi Inspection and Hearing Notice (2018) No. 8), to inform the parties of the facts, reasons, grounds, contents and the right of the parties to make decisions on administrative punishment, and the right to make a hearing in accordance with the law. The parties have not made statements or arguments within the statutory time limit, nor have they applied for a hearing.

The above-mentioned acts of the parties are in violation of the provisions of Article 8, paragraph 1, of the Anti-Unfair Competition Law of the People's Republic of China, and belong to the business operators who make false and misleading goods to deceive and mislead consumers. In accordance with Article 20, paragraph 1, of the "Anti-Unfair Competition Law of the People's Republic of China," the parties were ordered to stop the illegal acts and made administrative penalty decisions as follows: a fine of 900,000 yuan.

Within 15 days from the date of receipt of this penalty decision, the party concerned shall hand over the penalty money to the nearest bank. If the fine is not paid within the time limit, the Bureau will, in accordance with the provisions of Article 51 (1) and (3) of the Administrative Punishment Law of the People's Republic of China, impose a daily fine of 3% of the amount of the fine and apply to the people's court for enforcement.

If you do not accept the decision on punishment for the above-mentioned acts, you may apply to the Beijing Municipal Administration for Industry and Commerce or the Shijingshan People's Government for the resumption of the decision on administrative punishment within 60 days from the date of receipt of the decision on administrative punishment, may also bring a suit with the Shijingshan People's Court within six months from the date of receipt of the decision on administrative punishment.

Beijing Municipal Administration for Industry and Commerce Shijingshan Branch
July 4, 2018



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Alyssa Mullally, hereby certify that the document **"July 4, 2018, Beijing AIC"** is to the best of my knowledge and belief, a true and accurate translation from Chinese (Simplified) into English.

Alyssa Mullally

Sworn to before me this
January 9, 2020

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE