# Exhibit F



中文

JOIN A CLASS ACTION    BUYOUT CASES    OUR SUCCESSES    INSTITUTIONAL INVESTORS    ABOUT    ATTORNEYS    NEWS    CONTACT

## About Us

Why Choose Us?

Our Unique Experience

Class Actions FAQ

*Violators of securities laws DO NOT want to be on the wrong side of the "vs." when shareholders retain The Rosen Law Firm.*

Click here for recent successes.

## Our Unique Experience

The Rosen Law Firm is a leader in securities litigation and a pioneer in going after fraudulent Chinese companies. When these companies and directors violate federal securities laws, The Rosen Law Firm makes them *pay* for their wrongdoings.

Search    |    Languages    |    Privacy Policy    |    © 2020 The Rosen Law Firm P.A., A Professional Services Corporation.    |    Site by Firmseek