**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>     v. <br><br> SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC, <br><br>     Defendants. | No. 1:19-CV-03744-LDH-RML |

**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF PLAINTIFF'S**
**OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Brian B. Alexander, pursuant to 28 U.S.C. § 1746, hereby declares:

1.  I am admitted to practice before this Court, and am an attorney at The Rosen Law Firm, P.A., counsel in the above-captioned matter for Lead Plaintiff David Horowitz and the Class ("Plaintiff"). I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings.

2.  Attached as **Exhibit 1** is a true and correct copy of the document that Plaintiff attached as Exhibit 1 (Dkt No. 36-2)  to the Declaration of Brian B. Alexander in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint, dated May 12, 2020 (Dkt. No. 36-1) (the "Alexander Rule 12(b)(6) Opposition Declaration"), which

was filed concurrently with Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint (Dkt No. 36). The Alexander Rule 12(b)(6) Opposition Declaration described this exhibit as "a true and correct  translation of an article published on *The Beijing News*' Chinese Language website, http://www.bjnews.com.cn, as well as a signed certification from Morningside Translations indicating the document constitutes 'a true, full and accurate translation.' 'The Three Enrollment Methods of Sunlands Technology Group' is the translated name of the article. The article was published on the *Beijing News'* website at 2:30:50 AM May 2, 2018 in Beijing, China, which was, 2:30:50 PM on May 1, 2018 Eastern Standard Time. The article is referred to as the 'Beijing News Article' in the Amended Complaint."

3.  Attached as **Exhibit 2** is a true and correct copy of the document that Plaintiff attached as Exhibit 2 (Dkt No. 36-3) to the Alexander Rule 12(b)(6) Opposition Declaration. The Alexander Rule 12(b)(6) Opposition Declaration described this exhibit as "a true and correct copy of Yahoo Finance's historical price record of Sunlands Technology Groups' ADS from March 23, 2018 to June 27, 2018. This document is publicly available at https://finance.yahoo.com/quote/STG/history?period1=1521763200&period2=1530144000&interval=1d&filter=history&frequency=1d."

4.  Attached as **Exhibit 3** is a true and correct copy of the document that Plaintiff attached as Exhibit 3 (Dkt No. 36-4) to the Alexander Rule 12(b)(6) Opposition Declaration. The Alexander Rule 12(b)(6) Opposition Declaration described this exhibit as a "true and correct copy of a J.P. Morgan analyst report issued on May 29, 2018 and entitled 'Sunlands Online Education – 1Q18 shows some reduction in losses from 4Q.'"

5.  Attached as **Exhibit 4** is a true and correct copy of the document that Defendants attached as Exhibit B (Dkt. No. 35-4) to the Declaration of Edmund Polubinski III in Support of

Defendants' Motion to Dismiss the Amended Complaint, dated March 13, 2020 (Dkt. No. 35-2) (the "Polubinski Rule 12(b)(6) Support Declaration"), which was filed concurrently with Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 35). The Polubinski Rule 12(b)(6) Support Declaration described this exhibit as "a true and correct copy of a free Google translation of a May 2, 2018 Beijing News Article titled 'Starting from the three admissions routines of Suntech institutions,' and the original of the same. The Amended Complaint extensively references and quotes this document, including at paragraphs 6-7, 9, 40-49. This document is publicly available at http://www.bjnews.com.cn/inside/2018/05/02/485402.html, and the Google translation is available by using Google Translate. The Google translation was prepared by visiting the Beijing News website on the Google Chrome web browser, right-clicking on the webpage, and then selecting 'Translate to English.'"

6.     Attached as **Exhibit 5** is a true and correct copy of the document that Defendants attached as Exhibit C (Dkt. No. 35-5) to the Polubinski Rule 12(b)(6) Support Declaration. The Polubinski Rule 12(b)(6) Support Declaration described this exhibit as "a true and correct copy of the transcript of Sunlands Earnings Call held on August 24, 2018, and posted to Sunlands' English website. This document is publicly available at http://www.sunlands.com/investorroom/webcasts-and-presentations."  This exhibit is identical Exhibit C to the Declaration of Edmund Polubinski III in Support of Defendants' Motion for Judgment on the Pleadings, dated June 24, 2021 ("Polubinski Rule 12(c) Support Declaration").

7.     Attached as **Exhibit 6** is a true and correct copy of the document that Defendants attached as Exhibit D (Dkt. No. 35-6) to the Polubinski Rule 12(b)(6) Support Declaration. The Polubinski Rule 12(b)(6) Support Declaration described this exhibit as "a true and correct copy

Case 1:19-cv-03744-RML    Document 55-1    Filed 07/23/21    Page 4 of 4 PageID #: 1217

of an August 27, 2018 J.P. Morgan Analyst Report titled 'Sunlands Online Education: New PT

US$10.5 – Tougher to add new students.'" This exhibit is identical to Exhibit D to the Polubinski

Rule 12(c) Support Declaration.

I declare under penalty of perjury the foregoing is true and correct.

Dated: July 15, 2021
New York, NY

*/s/ Brian B. Alexander*

Brian B. Alexander

4