# Exhibit 4

Case 1:19-cv-03744-B-SMG Document 55-4 Filed 06/13/20 Page 1 of 20 PageID #: 1253

# Exhibit B

Case 1:19-cv-03744-B-SMG Document 55-4 Filed 06/13/20 Page 1 of 20 PageID #: 1253



© 2018-05-02 02:30:50 | Beijing News

Original copyright prohibits author commercial reprint »

# Starting from the three admissions routines of Suntech institutions

At the end of last year, two education training institutions in Beijing-Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School were successively exposed as "boss running", which affected thousands of students, triggering false publicity and refunds of education and training institutions It's hard to wait for chaos. Another educational and training institution, Suntech, has recently been exposed by trainees to issues such as false publicity and refunds.



On March 13th, Suntech Institutional Trainer is teaching a new employee to explain how to recommend courses for clients.



On March 13, at the Suntech Newcomer Training Conference, the trainer was explaining to the newcomers how to change their identity and communicate with customers.

**Education and training institution Suntech was exposed to false publicity and difficulty in refunding fees. Reporters undercover revealed multiple identities, false promises, and tactical killings.**

At the end of last year, two education training institutions in Beijing-Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School were successively exposed as "boss running", which affected thousands of students, triggering false publicity and refunds of education and training institutions It's hard to wait for chaos.

Another educational and training institution, Suntech, has recently been exposed by trainees to issues such as false publicity and refunds. As a "well-known" academic and vocational education institution, the reporter found that Suntech institutions have been repeatedly exposed in recent years due to issues such as refunds and false publicity. In mid-March, reporters from the Beijing News applied to enter Suntech's headquarters and received internal training as a "rookie", gradually opening up Suntech's salespersons to play multiple identities, make false promises to re-enroll students, encourage professionalism, and offer false discounts to recruit new students Of various "routines".

Concerning the chaos in education and training institutions that are frequently exposed, Xiong Bingqi, deputy dean of the 21st Century Education Research Institute, said that to

change the status quo, we must not only increase the disclosure of policy information, but also strengthen government supervision and increase penalties.

**Unable to refer to the failure to make up for the enrollment**

April 14th and 15th are the days of self-study exams for higher education, but Zhao Yu was unable to enter the exams because of "no student status".

"On March 10th, the Suntech Institute told me that it was the last day to re-enroll students. Otherwise, we can only wait for October to register." Zhao Yu (pseudonym) said that when he heard that he could re-enroll students, he paid the tuition fee of 7,980 yuan in installments. Suntech's self-study tutoring class will be registered and supplemented by Suntech institutions according to the agreement.

Two days later, when Zhao Yu confirmed to the "teachers" of the Suntech Institute in April the subjects for the examination, he found that the student registration was not added at all.

"What did you say on the last day to make up for your student registration and say that cooperation with the National People's Congress is exempt from English? These are not realized!" Zhao Yu remembered the promises of the "teacher" who signed up for the fashion moral institution, and "he was panicked."

The Suntech organization in Zhao Yu's mouth is a professional institution specializing in academic education and vocational education. According to public information, its business covers vocational qualification certification, academic education, enterprise internal training, and distance education. In March, he chose to consult Suntech because he heard that this institution is more famous.

Because the teacher of Suntech Institution promised to make up for the student registration, Zhao Yu signed up. However, he did not expect that the "refilling" would fail, and the refunds also encountered deductions and arrears. "I haven't attended the class, but I have to deduct the registration fee and class time fee of about 2,000 yuan." Zhao Yu said, in addition to the delay in the refund time, said that the fee can be refunded in mid-May.

When a reporter visited the International Trade Branch of the Suntech Institute, a staff member said that the first half of Beijing 's self-study examination was over, and there are still a few places in the first half of the year. System. If you miss the supplementary record, you will only be able to return to your hometown exam in the second half of the year. "

On April 18th, the reporter called the Beijing Self-Test Examination Office for consultation. The staff said that the first half of the Beijing Self-Test Exam was registered from March 1st to 9th. "The staff of the Education and Training Management Office of Renmin University also told the Beijing News that Renmin University did not conduct educational training cooperation with any third-party institutions outside the university.

**"Learning planner is sales"**

On Suntech's official website, there is a brief introduction to adult self-study on the page, "enrollment time", "application conditions", "free application for financial aid", "college majors", no matter which link is clicked, an online customer service dialogue will pop up frame.

The reporter clicked on three online customer services to inquire about registration time, college specialty, and how to apply for bursary. The other party did not answer directly, but asked for the consultant's mobile phone number, saying that they will send text messages to ensure they will not call Harassment.

When the reporter provided the number, I never received the text message from Suntech, but instead called the teachers and study planners of Suntech to recommend training courses to reporters.

In mid-March, the reporter from the Beijing News applied for the position of "Learning Planner" and entered the Suntech Beijing headquarters in Laiguangying, Chaoyang District. The application requirements of a learning planner only require a high school degree or above, and telephone sales experience is preferred.

"This post sounds like a learning planner, but it's actually telemarketing." An interviewer with the surname Liu told reporters that the company's sales staff would use the "teacher" status, such as a teacher to improve education, a planner, and a consultant for self-study exam Teachers, teaching assistants, etc., to deal with students in different situations.

On the 4th floor of Suntech's Beijing headquarters office, the reporter visited the working situation of the "learning planners": dense voices were heard one after another. Hundreds of salespeople on the scene kept calling different customers, including teachers and planners. Identity, repeated similar sales pitches.



The potential customer information displayed in Suntech's internal database includes basic education, willingness to apply, and other information.

**Multi-identity "Foo" students pay**

After passing the interview, the reporter was told that the newcomers to the sales position need to receive 5 days of training before they can try it on the job. If no sales results occur within 18 days, they will automatically be eliminated.

There are several classrooms dedicated to training new employees on the ground floor of Suntech Beijing headquarters.

On March 14th, in a small classroom, about one hundred new employees in sales positions were crowded, training content on company values and sales speech and skills. Three full-time trainers gave lectures to the 100 new employees to teach sales skills.

"As soon as the call is connected, you need to show the other party that I am the teacher who is in charge of applying for academic qualifications at Suntech." Wang Xue (pseudonym), who is teaching a newcomer, is one of the three trainers. She said that because of society Many people are disgusted with sales, so do n't reveal your sales identity on the phone. Some do n't even mention Suntech. They just say that they are "teachers of the Adult Education Examination Counseling Center" because they are posing as teachers of the Education Examination Institute. Official status is illegal, but you can play sideball.

If a student has previously answered the sales calls of Suntech's organization many times, but did not register, the salesperson will change the status to "Foo" student.

The training materials have detailed descriptions of changing identities, allowing salespeople to communicate with students using different identities such as "class teacher", "teaching director", "principal", "manager", and "teaching teacher".

Each status has its own words. For example, "I am the teacher responsible for organizing student status at Suntech. As the registration time has ended, it is now the re-enrollment stage. There are only x enrollment places. I am afraid that you will miss the opportunity to enroll the final student. So I would like to ask what you intend to do now? "

In addition, the training materials also indicate that for students who cannot get through the phone, add WeChat, "It is best to set up a male and a female for WeChat, and add a male WeChat for female students, and a female WeChat for male students. higher".

**"Combating Pain Points" Reporting Major**

During the training, the reporter learned that there were 78 majors for the self-study in Beijing in the 2018 self-study exam, and Suntech institutions only provided training for a dozen of them.

"If a student asks about a major we don't have, we can't say no, otherwise the trainee will leave." Trainer Xu Jing said that for a major that Suntech does not have a training course, the salesperson pretends to have the major, and then persuade the student to switch profession.

Ms. Xue, a student of Suntech, said that she wanted to apply for a major in art education. She was enrolled in a Chinese language and literature major by a salesperson from Suntech. After actually studying, Ms. Xue found that there was a big gap with her major, and she wanted to retire. fee.

Case 1:19-cv-03744-FB-SMG Document 55-1 Filed 06/13/20 Page 9 of 20 PageID #: 548

According to the training materials of the Suntech organization, the transfer of specialties needs to be analyzed and cracked according to the reasons.

"Grasping the student's pain point is very easy to hit him." Trainer Wang Xue said, for example, if the student wants to test mechatronics, you say to him, "You can apply for this major, but this major requires high math, English, linear algebra. Calculus is very difficult. Even if you can pass the test, it will take three or four years. "Then, the sales staff will analyze for the trainees and should apply for a major that is simple and good." You have worked for so long, and the work experience can be said to be very It's rich. It's useless to learn the basics for you, and it's very difficult. What you need now is to get a graduation certificate quickly and easily. After all, you must put the pass first. "

When the reporter first communicated with the sales staff of Suntech, he expressed his wish to apply for a major in mechanical automation. The sales staff who claimed to be Mr. Zhou, a Suntech organization, said that Suntech had this major, but it was very difficult to test for high numbers and linear algebra in this major, and it turned to recommending the business management major to reporters.

As long as Suntech offers a major, it is easy to test. Trainer Xu Jing (pseudonym) said that after analyzing the impact on the trainees, the salesperson would recommend a specialty provided by Suntech. "All professional recommendation methods are carved in a mold." Xu Jing said that all the professional characteristics recommended by Suntech are three sentences, simple and easy to get a certificate, high gold content, and wide employment. Regarding the majors accepted by the trainees, the salesperson will say that this is the easiest test in all majors, even if the major is difficult to pass, or involves more than a dozen courses, "cannot make trainees feel difficult and tangled No registration. "

Case 1:19-cv-03744-B-SMG Document 55-4 Filed 06/11/20 Page 9 of 20 PageID #: 1261



On April 25th, the Ministry of International Trade and Economics of Suntech, a few women who wanted to obtain a degree through self-study, were consulting the "teachers" of educational institutions. Photos of this group / Beijing News

**Raise the price first and then discount the "kill" students**

For customers who are struggling to report not registering, Suntech sales also have their own killer.

"First raise the price of the course by 1,000 yuan, and then tell the trainees that there is a 1,000 yuan discount. After today, there will be no registration." The course was sold at its original price.

Gao Jingzhi's move is just one of the various killing tactics of Suntech. "Intercept is the reason why students pay the bill now," as defined in Suntech's training PPT.

In the training materials, there is also a model sentence: "Hello, here is a teacher in charge of the project manager in Beijing who is responsible for retaining places. The reason why I called you was that I saw a teacher give me The registration for the first half of 18 years and your 1,000 yuan scholarship will expire someday someday. "

Gao Jing said that reserved student registrations and the expiration of 1,000 yuan in scholarships are all killing words. For example, the original price of 7899 yuan, the sales staff will first raise the price to 8899 yuan, and then tell the trainees to pay for registration before 12 tonight, you can get 1,000 yuan discount.

Similarly, the sales staff will also tell the trainees that the registration deadline is tonight at 12 o'clock. If the deadline is missed, the trainees cannot register. For those students who

have passed the so-called registration deadline, the sales staff will change their mouths and claim that there are several supplementary places.

Li Meng (pseudonym), a student of Suntech in Dongguan, Guangdong, suffered a similar "flicker". In early March 2017, Li Meng received a call from the Suntech organization saying, "School celebration, registration within three days, tuition fees can be discounted." At that time Li Meng did not sign up, but received a call from the Suntech organization again a few days later, still the school registration Talk. Li Meng asked the other party, "Isn't it three days? It's been a long time ago." The other party said that Guangdong had applied for a few more places. But one day after that, Li Meng received another call from the other party, saying that the last day was a discount.

Training materials show that, in addition to time killing and quota killing, there is also a policy killing. "The policy is speculated by us. It may be added when speaking, but it has no effect." Wang Xue said, if the student is a local resident, tell him that he must register for the test now, and the local test may be more difficult next year; if the student is If you are from a foreign resident registration, tell him that he may return to his hometown next year.

In addition, Gao Jing told his salesmen, "Concessions during school holidays and deadlines for opening ceremonies are also common killing tactics."

During a training session for new salespeople, a newly hired salesperson said, "I can't pretend to be in a good sense of identity, and I can't explain it by interception." The trainer encouraged him to "steer and calm."

**Unregistered people are targeted for sales practice**

The training materials show that Suntech also has a database called the "high seas", which is a database of students who have not registered or contacted for various reasons.

"(Old people) the data of the students who don't want to fall into the high seas, the newcomers first hit this database. If you don't understand any problems, and you can't talk anymore, you can use them to practice." Wang Xue said in the new employee training.

The reporter operated the dialing system and found that any salesperson can dial data from his department's "high seas". Each piece of data contains the student's phone number and basic information. The first time of dialing a large amount of data is 2016 or 2017.

During the operation, the telemarketer can collect 30 pieces of data at a time. Remarks show that among these telephone numbers received by reporters, at least they were dialed

two or three times, and more than 10 times. Three of them were dialed 60, 69, and 88 times, with time spans of 7 months, 4 months, and 8 months, respectively.

"Suntech calls me two or three times a day, and wakes up the child until the call is answered." Li Yun (pseudonym) is a breastfeeding mother who usually takes the child very busy. Since the end of March, she has consulted Suntech Questions concerning the self-study have already received calls from dozens of Suntech organizations.

"I made it clear that I didn't need it, the other party was still entangled, asked me why I didn't need it, and even accused me of not being motivated. I said on the phone that I woke up the child and was crying, the other party was still entangled." Li Yun said.

In addition to Li Yun, many people also reported the problem of telephone harassment by Suntech agencies. Some netizens said that Suntech had harassed him for three consecutive years.

In the database, even if some of the student's data are annotated "harassed" and "don't call anymore", his data still exists in the "high seas" and was repeatedly dialed by the latecomers of the Suntech organization to practice "speaking" ".

**Education and training institutions frequently engage in false publicity**

The suspected false propaganda and other issues of the Suntech institutions reflected by the trainees are not unique to an educational training institution.

In December 2017, two educational training institutions in Beijing-Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School were successively exposed as "boss running".

Some trainees enrolled in these two training institutions and trusted the false promise of not having to pass the exam. They paid a fee ranging from thousands to tens of thousands of yuan. However, after the exam, they were unable to check the results online from the letter, and they could not contact the training institution Get in touch with your teacher.

In fact, in recent years, the era of giants and new ideas have been accused of "bad spots" due to issues such as "no overwriting" for exams and difficulty in refunding. The new thinking was because of illegal school running and disorderly teaching management, and the enrollment qualification was cancelled by the education department. Another online education institution named Chaosheng Education was also exposed to false publicity to cooperate with well-known colleges and universities. After charging students 9,500 yuan and

Case 1:19-cv-03744-FB-SMG   Document 55-4   Filed 06/11/20   Page 12 of 20 PageID #: 552

12,500 yuan to apply for college and undergraduate tuition fees, they also used fake academic books on the copycat online to fool the students.

"Many institutions in the academic continuing education industry have problems with false publicity." Xiong Bingqi, deputy dean of the 21st Century Education Research Institute, said that some institutions have promoted continuous education to obtain the same diploma as full-time education, which is suspected of false publicity; another type of training Institutions deliberately obfuscate the policy, claiming that there are special channels and means to pass the exam.

Xiong Bingqi said that to change this situation, government departments need to increase the disclosure of relevant policies, and also require candidates to understand various self-study policies, identify false propaganda by training institutions, and government departments must strengthen supervision and punish penalties for false propaganda.

Attorney Zhang Xinxin of Beijing Jingshi Law Firm stated in an interview that in recent years, the number of disputes in education and training has increased sharply. Fundamentally, many private training institutions are registered as enterprises. Propaganda and engaging in teaching and training business have led to chaos. Zhang Xinxin expressed the hope that this phenomenon will cause the education, industry, commerce and other relevant departments to attach great importance to it and conduct special inspections and rectifications, which constitute illegal school running, and resolutely investigate and deal with administrative responsibilities. Those suspected of crimes shall be transferred to public security organs and criminal responsibilities To ensure the orderly and healthy development of the private education industry.

Beijing News investigative reporter

Case 1:19-cv-03744-FB-SMG   Document 55-1   Filed 06/11/20   Page 13 of 20 PageID #: 1265

快讯 直播 评论 深度 财经 更多

2018-05-02 02:30:50 新京报

原创版权禁止商业转载 授权

# 起底尚德机构三大招生套路

去年底，北京两家教育培训机构——北京巨人时代教育咨询有限公司和新思路培训学校相继被曝出"老板跑路"消息，波及上千名学员，引发社会对教育培训机构虚假宣传、退费难等乱象的关注。另一家教育培训机构尚德机构，近日也被学员曝光虚假宣传和退费等问题。



3月13日，尚德机构培训师正在为新入职员工授课，讲解如何为客户推荐课程。



3 月 13 日，尚德机构新人培训会上，培训师正为新人讲解如何转变身份与客户沟通。

**教育培训机构尚德被曝涉虚假宣传、退费难，记者卧底揭多重身份、虚假承诺、话术截杀等招生手段**

去年底，北京两家教育培训机构——北京巨人时代教育咨询有限公司和新思路培训学校相继被曝出"老板跑路"消息，波及上千名学员，引发社会对教育培训机构虚假宣传、退费难等乱象的关注。

另一家教育培训机构尚德机构，近日也被学员曝光虚假宣传和退费等问题。作为一所"知名"的学历及职业教育机构，记者查询发现，尚德机构在最近几年因退费、虚假宣传等问题被多次曝光。3 月中旬，新京报记者应聘进入尚德机构总部，并作为"菜鸟"接受内部培训，逐步揭开尚德机构销售员饰演多重身份、虚假承诺补录学籍、劝转专业、虚假优惠等招揽新学员的各种"套路"。

对频频曝出的教育培训机构乱象，21 世纪教育研究院副院长熊丙奇表示，要改变现状，不仅要加大政策信息公开力度，更需要政府部门加强监管，加大处罚力度。

**承诺补录学籍落空无法参考**

4 月 14 日、15 日为高等教育自学考试的日子，但赵宇却因"无学籍"而无法入场考试。

"3 月 10 日，尚德机构跟我说是最后一天补录学籍，不然只能等到十月份才能报考。"赵宇(化名)说，听到能补录学籍，就分期支付 7980 元学费报名了尚德的自考辅导班，按照约定，由尚德机构为其报名并补录学籍。

两天后，赵宇向尚德机构的"老师"确认 4 月份的报考科目时，发现学籍根本没补录上。

"说什么最后一天补录学籍，说跟人大合作可免考英语，这些一条都没实现！"赵宇想起当初报名时尚德机构"老师"的种种承诺，"心里堵得慌"。

Case 1:19-cv-03744-FB-SMG Document 55-4 Filed 06/14/20 Page 15 of 20 PageID #: 555

赵宇口中的尚德机构，是一家专门从事学历教育和职业教育的机构，公开资料显示，该机构业务涵盖职业资格认证、学历教育、企业内训、远程教育等多个方面。3 月份他选择咨询尚德，也是因听别人说这家机构比较有名气。

因为尚德机构的老师承诺补录学籍，赵宇才报名，没想到"补录"不成，退费还遇到了克扣和拖欠问题。"我没听过课，却要扣 2000 元左右的注册费和课时费。"赵宇说，此外退费时间也一再拖延，称 5 月中旬才能退费。

当记者在尚德机构国贸分中心探访时，一名工作人员表示北京上半年自考结束了，目前还剩余少数上半年学籍补录名额，"只能通过尚德机构的系统补录，尚德机构连接自考办系统。如果你错过补录，下半年就只能回户籍地考试了。"

4 月 18 日，记者拨打北京市自考办咨询电话，工作人员表示，北京自考笔试上半年的报考时间是 3 月 1 日至 9 日，"不存在补录，补录的说法是骗人的。"而人民大学教育培训管理办公室工作人员也告诉新京报记者，人民大学没有和校外任何第三方机构开展教育培训合作。

**"学习规划师就是销售"**

在尚德机构官网，页面上有对成人自考的简单介绍，"报名时间"、"报考条件"、"免费申请助学金"、"院校专业"，无论点击哪一个链接，都会弹出一个在线客服的对话框。

记者先后点击三个在线客服，分别咨询报名时间、院校专业、如何申请助学金三个问题，对方均不直接作答，而是索要咨询者的手机号码，称将发送短信资料，保证不会打电话骚扰。

当记者提供号码后，一直未收到尚德机构的短信资料，反而是自称尚德机构老师、学习规划师相继打来的电话，向记者推荐培训课程。

3 月中旬，新京报记者通过应聘"学习规划师"岗位，进入位于朝阳区来广营的尚德机构北京总部。学习规划师的应聘要求只需要高中及以上学历，有电话销售经验的优先。

"这个岗位说得好听叫学习规划师，其实就是电话销售。"一名刘姓面试官告诉记者，该公司的销售人员都会使用"老师"身份，如学历提升老师、学历规划老师、自考学籍顾问老师、助学办老师等，用以应对不同情况的学员。

在尚德机构北京总部办公楼 4 层，记者参观了"学习规划师"的工作状况：密集的格子间传出此起彼伏的声音，现场上百名销售人员不停地拨打不同客户电话，以老师、规划师的身份，重复着相似的课程推销说辞。

# 起底尚德机构三大招生套路

去年底，北京两家教育培训机构——北京巨人时代教育咨询有限公司和新思路培训学校相继被曝出"老板跑路"消息，波及上千名学员，引发社会对教育培训机构虚假宣传、退费难等乱象的关注。另一家教育培训机构尚德机构，近日也被学员曝光虚假宣传和退费等问题。



尚德机构内部数据库所显示的潜在客户信息，包含基本的学历情况、报考意愿等信息。

**多重身份"忽悠"学员掏钱**

通过面试后，记者被告知销售岗位的新人需要先接受 5 天培训，再上岗试用，如果 18 天之内没有产生销售业绩，就会自动淘汰。

尚德机构北京总部的地下一层，有多间专门培训新员工的教室。

3 月 14 日，一间不大的教室中，拥挤地坐着约一百名销售岗位新员工，培训内容为公司价值观及销售话术和技巧。三名专职培训师给这一百名新员工讲课，传授销售技巧。

"一接通电话，就要向对方表明'我是尚德机构负责学历报考的某某老师'。"正为新人讲课的王雪（化名），是三名培训师之一，她说，因为社会上很多人反感销售，所以在电话中不要暴露自己的销

Case 1:19-cv-03744-BSMG   Document 55-4   Filed 06/14/20   Page 17 of 20 PageID #: 557

售身份，有的甚至连尚德都不要提，只说自己是"成人教育考试辅导中心的老师"就行，因为冒充类似教育考试院老师这种官方身份违规，但可以打打擦边球。

如果一名学员此前已经多次接听了尚德机构的销售电话，但是没有报名，销售员便会转换身份"忽悠"学员。

培训资料中对于转换身份有着详细的描述，让销售员使用"班主任"、"教务主任"、"校长"、"经理"、"整理学籍的老师"等不同身份与学员沟通。

每个身份都有对应的话术，比如"我是尚德机构负责整理学籍的老师，由于报名时间已结束，现在是补录阶段，补录名额只有×个，怕您错过最后补录学籍的机会，所以想问下您现在关于学历的打算？"

此外，培训材料还注明，对于电话打不通的学员就加微信，"微信号最好设置一男一女，看见女学员就用男微信号加，看见男学员就用女微信号加，几率会更高"。

### "打击痛点"转报专业

在培训中，记者了解到 2018 年北京自考有 78 个开考专业，尚德机构只做其中十几个专业的培训。

"如果学员问了我们没有的专业，不能说没有，否则学员就走了。"培训师徐静说，对于尚德机构未开设培训班的专业，销售人员先假称有这个专业，再劝说学员转换专业。

尚德学员薛女士表示，她本想报考美术教育专业，被尚德机构的销售人员"忽悠"报名了汉语言文学专业，实际学习后薛女士才发现与自己想学的专业差距较大，想要退费。

尚德机构的培训资料称，转专业需要根据原因进行个况分析、打击。

"抓住学员痛点，很容易打击他。"培训师王雪说，比如学员要考机电一体化，你就对他说"您报这个专业也可以，但是这个专业要考高数、英语、线性代数、微积分，非常难，就算能考过也要三四年时间。"接着，销售人员再替学员分析，应该报考简单好考的专业，"您已经工作这么久了，工作经验可以说是很丰富了，再学这些基础的东西对您来讲说实话已经没用了，而且非常困难，您现在需要的是简单好考快速地拿到毕业证，毕竟要把通过放在第一位。"

而记者首次与尚德机构销售员沟通时，曾表示希望报考机械自动化专业。自称是尚德机构周老师的销售人员称，尚德有这个专业，但是这个专业要考高数、线性代数等，难度非常大，转而向记者推荐了工商管理专业。

只要是尚德提供的专业，都是简单好考的。培训师徐静（化名）说，对学员分析打击之后，销售员就会推荐一个尚德提供的专业。"所有专业推荐方式都是一个模子里刻出来的。"徐静说，所有尚德推荐的专业特点都是三句话，简单好考拿证快、含金量高、就业面广。对于学员认准的报考专业，销售员就要说这个是所有专业里最简单好考的，即使该专业要考难考的高数，或者涉及十几门课程，"不能让学员觉得难而纠结报不报名。"

# 起底尚德机构三大招生套路

去年底，北京两家教育培训机构——北京巨人时代教育咨询有限公司和新思路培训学校相继被曝出"老板跑路"消息，波及上千名学员，引发社会对教育培训机构虚假宣传、退费难等乱象的关注。另一家教育培训机构尚德机构，近日也被学员曝光虚假宣传和退费等问题。



4 月 25 日，尚德机构国贸部，数名想通过自考获得学位的女士，正在咨询教育机构的"老师"们。本组图片摄影/新京报记者 大路

### 先提价再优惠"截杀"学员

对于正纠结于报不报名的客户，尚德的销售们也有自己的杀手锏。

"先把课程价格提价 1000 元，再告诉学员现在有 1000 元优惠，过了今天再报名就没有了。"尚德某销售部门的主管高晶（化名）给手下员工支招，实际上仍以原价把课程卖出去了。

高晶支的招，只是尚德机构多种截杀话术之一。"截杀就是学员现在买单的理由"，尚德机构培训 PPT 中如此定义。

在培训资料里，还有这样一句示范语："您好，我这边是北京总部负责保留名额的项目主管某老师，之所以给您打电话呢，是看到之前某老师在我这边给您预留的 18 年上半年学籍注册名额和 1000 元助学金某月某日就要过期了。"

高晶说，预留学籍注册名额、1000 元助学金到期，这些都是截杀话术。比如原价 7899 元的课程，销售人员会先抬价至 8899 元，然后告诉学员，在今晚 12 点之前付款报名，可以获得 1000 元优惠。

相似的，销售人员也会告诉学员，今晚 12 点报名截止，如果错过截止时间，学员就无法报名。对于过了所谓报名截止时间的学员，销售人员又会改口称有几个补录名额。

广东东莞的尚德学员李萌（化名）就遭遇了相似的"忽悠"。2017 年 3 月上旬，李萌接到尚德机构电话称"学校校庆，三天内报名，学费可以打折优惠。"当时李萌没有报名，几天后再次接到尚德机构的电话，依然是校庆报名的说辞。李萌反问对方，"不是说三天时间吗？早就过了啊。"对方称广东又申请了几个名额。可事隔一天，李萌再次接到对方电话，称最后一天优惠。

培训资料显示，除了报考时间截杀、名额截杀，还有一种政策截杀。"政策是我们猜测的，说的时候加个可能，说了没影响。"王雪说，如果学员是本地户籍的，就告诉他一定要现在报考，明年本地考试难度可能加大；如果学员是外地户籍，就告诉他明年可能要回原籍报考了。

另外，高晶告诉手下的销售员，"校庆期间优惠、开班典礼截止时间，也是常用的截杀话术。"

在一场销售新人的培训会上，一名新入职的销售员说"没法心安理得地冒充身份，截杀话术说不出口"。而培训师则鼓励他"语气要坚定、淡定"。

**未报名者成销售练习对象**

培训材料显示，尚德还存在一个被称为"公海"的数据库，这里全是因为种种原因没报名或没联系上的学员的数据库。

"（老人）不要的学员数据掉进公海，新人先打这个数据库。什么问题不明白，哪里聊不下去，你们就拿他们练手。"王雪在新员工培训中说道。

记者操作拨号系统发现，任何销售员都可以从本部门的"公海"中捞取数据拨打，每条数据都包含学员的电话号码和基本情况，大量数据的首次拨打时间是 2016 年或 2017 年。

在操作过程中，电话销售员一次可以领取 30 条数据。备注显示在记者领取的这些电话号码中，少则被拨打两三次，多则超过了 10 次。其中三条数据被拨打了 60、69 和 88 次，时间跨度分别为 7 个月、4 个月和 8 个月。

"尚德机构每天给我打两三个电话，打到接电话为止，吵醒孩子。"李芸（化名）是一名哺乳期的妈妈，平时带孩子很忙，自从 3 月底咨询了尚德机构的自考相关问题，已经接到几十个尚德机构的电话。

"明确说明不需要，对方还在纠缠，问我为什么不需要，甚至指责我没有上进心。电话中我都说了吵醒了孩子，在哭，对方还是纠缠不放。"李芸说。

除了李芸，还有多人反映尚德机构电话骚扰的问题。有网友称，尚德机构曾连续三年给他打骚扰电话。

数据库中，即便有的学员数据备注了"受到骚扰"、"不要再打电话了"，但是他的数据依然存在"公海"中，被尚德机构的后来者们反复拨打，以此练习"话术"。

**教育培训机构频涉虚假宣传**

学员们反映的尚德机构涉嫌虚假宣传等问题，并非某家教育培训机构独有。

2017 年 12 月，北京两家教育培训机构——北京巨人时代教育咨询有限公司和新思路培训学校相继被曝出"老板跑路"消息。

一部分学员在这两家培训机构报名轻信了不用考试包过的虚假承诺，缴纳数千至上万元不等的包过费，然而考试过后却无法从学信网上查到成绩，也无法和培训机构的老师取得联系。

其实，近年来，巨人时代和新思路曾因宣传不考试"包过"、退款难等问题被指"劣迹斑斑"。新思路更是因违规办学、教学管理混乱，被教育部门取消招生资格。另一家名为超圣教育的网络教育机构，也被曝虚假宣传与知名高校存在合作关系，收取学员 9500 元、12500 元报考专科和本科的学费后，还用山寨学信网上的假学籍糊弄学员。

"学历继续教育行业很多机构存在虚假宣传问题。" 21 世纪教育研究院副院长熊丙奇表示，有的机构把继续教育宣传为可以拿与全日制教育同等的文凭，涉嫌虚假宣传；另一类培训机构故意混淆政策，宣称有特殊渠道和手段通过考试。

熊丙奇称，要改变这种现状，需要政府部门加大相关政策的信息公开力度，也要求考生了解各种自考政策，识别培训机构的虚假宣传，政府部门更要加强监管，对虚假宣传加强处罚。

北京市京师律师事务所张新年律师在接受采访时称，近年来教育培训类纠纷激增，从根本上看是因不少民办培训机构是以企业形式登记注册，在未取得办学资格的情况下就宣传和从事教学培训业务，导致乱象丛生。张新年表示，希望这种现象能引起教育、工商等有关部门的高度重视，予以专项检查整治，构成违法办学的，坚决予以查处，追究行政责任，涉嫌犯罪的，依法移送公安机关，追究刑事责任，确保民办教育行业有序健康发展。

新京报调查记者

编辑：艾峥