# Exhibit 6

# Exhibit D

**J.P.Morgan**

# Sunlands Online Education

## New PT US$10.5 - Tougher to add new students

Sunlands Online Education (Sunlands) is one of the leaders in China's online post-secondary and professional education through extensive courses and educational content offerings. Due to negative publicity regarding the high proportion of students using loans to finance tutorial classes and the company's restrictive returns policy, STG has seen a tougher environment for adding new students for the past few months and, we believe, in the near term future. We set a new Jun 19 PT of $10.5 (Prev. $12.5).

- **More difficult to attract new students.** Gross billings grew by 54% y/y compared to 125% growth y/y in 1H18. The gross billings was 21% lower than our expectations. Sales of Rmb482m were up 134% y/y and were in line with our expectations. GPM dropped 5.4% to 81.6% which is 5.4% lower than our expectations. SGA was around Rmb85m higher than our expectations and reflect the higher cost of marketing as well as higher than expected GA costs.

- **We lower sales and set a new PT of $10.5.** We now expect 50% growth in gross billings for FY18 to reflect the deceleration in growth rate seen in 2QFY18. We lower sales by 10% for FY18 and 21% for FY19 to reflect the slower billings growth. We also increase SGA in 3QFY18 and 4QFY18 by around Rmb100m each in order to factor in more marketing costs related to the tougher operating environment. We set a new Jun 19 PT of US$10.5 to reflect the earnings changes.

- **Price, valuation, risks.** This company trades at CY20 P/E of 9.3x. We believe market participants have factored in significant concerns over the growth potential of the online STE tutorial market and more evidence of continued enrollment growth could be required for Sunlands' shares to re-rate. Key risks include higher-than-expected marketing cost for new students, lower-than-expected tuition hikes and competitive pressures from other online service providers.

## Overweight

**STG, STG US**

Price: $5.41

▼ **Price Target: $10.50**
Previous: $12.50

**China**

**Education Service**

**Leon Chik, CFA** AC

(852) 2800-8590

leon.hk.chik@jpmorgan.com

**Bloomberg** JPMA CHIK <GO>

**Christine Wang**

(852) 2800-8528

christine.wang@jpmchase.com

**Alex Tso, CFA**

(852) 2800-0496

alex.tso@jpmorgan.com

J.P. Morgan Securities (Asia Pacific) Limited

**Price Performance**



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -53.0% | -24.2% | -44.5% | -53.0% |
| Rel | -45.1% | -22.4% | -33.2% | -50.5% |

**Sunlands Online Education Group (Reuters: STG, Bloomberg: STG US)**

| Rmb in mn, year-end Dec | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Revenue (Rmb mn) | 419 | 970 | 2,154 | 3,593 | 5,074 |
| Net Profit (Rmb mn) | (254) | (918) | (810) | (104) | 688 |
| EPS (Rmb) | (1.54) | (5.57) | (4.56) | (0.57) | 3.80 |
| DPS (Rmb) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revenue growth (%) | 163.4% | 131.6% | 122.1% | 66.8% | 41.2% |
| EPS growth (%) | (20.3%) | 262.2% | (16.9%) | (87.4%) | (761.2%) |
| ROCE | 59.2% | 164.7% | 158.8% | 45.7% | (230.8%) |
| ROE | 57.9% | 111.8% | 147.6% | 19.6% | (286.6%) |
| P/E (x) | NM | NM | NM | NM | 9.3 |
| P/BV (x) | NM | NM | NM | NM | 61.4 |
| EV/EBITDA (x) | NM | NM | NM | 14.2 | NM |
| Dividend Yield | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

| Company Data | |
|---|---|
| Shares O/S (mn) | 127 |
| Market Cap (Rmb mn) | 4,689 |
| Market Cap ($ mn) | 688 |
| Price ($) | 5.41 |
| Date Of Price | 24 Aug 18 |
| Free Float(%) | - |
| 3M - Avg daily vol (mn) | 0.15 |
| 3M - Avg daily val ($ mn) | 1.22 |
| 3M - Avg daily val ($ mn) | 1.2 |
| HSCEI | 1,0779.71 |
| Exchange Rate | 1.00 |
| Price Target End Date | 30-Jun-19 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**See page 10 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

**Asia Pacific Equity Research**
27 August 2018

**J.P.Morgan**

| Key catalysts for the stock price: | Upside risks to our view: | Downside risks to our view: |
|---|---|---|
| • Plans to add new schools accelerate<br>• Enrollment and utilization growth exceeds expectations<br>• Greater-than-expected scale benefits in terms of lowering SGA costs as a proportion of sales | • M&A-related growth<br>• Higher tuition increases<br>• Faster improvement in utilization as demand improves with the economy | • Regulation risk<br>• Intense competition in the sector leads to tuition increase and expansion lower than expectations<br>• Risk of Country Garden and other property developers' inability to execute projects on time |

| Key financial metrics | FY17 | FY18E | FY19E | FY20E |
|---|---|---|---|---|
| Revenues (LC) | 970 | 2,154 | 3,593 | 5,074 |
| Revenue growth (%) | 131.6% | 122.1% | 66.8% | 41.2% |
| EBITDA (LC) | (924) | (844) | (124) | 792 |
| EBITDA margin (%) | -95.2% | -39.2% | -3.5% | 15.6% |
| Tax rate (%) | 0.0% | 0.0% | 10.0% | 13.0% |
| Net profit (LC) | (919) | (810) | (104) | 688 |
| EPS (LC) | (5.57) | (4.56) | (0.57) | 3.80 |
| EPS growth (%) | 262% | -18% | -87% | -761% |
| DPS (LC) | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| BVPS (LC) | (3.86) | (2.78) | (3.38) | 0.60 |
| Op. cash flow (LC mn) | 820 | 540 | 2,792 | 1,996 |
| Free cash flow (LC mn) | 204 | (509) | 2,325 | 1,489 |
| Interest cover (X) | na | na | na | na |
| Net margin (%) | -94.7% | -37.2% | -2.7% | 13.7% |
| Sales/assets (X) | 0.49 | 0.58 | 0.67 | 0.65 |
| Debt/equity (%) | -419.2% | -873.4% | -1018.5% | 7402.1% |
| Net debt/equity (%) | na | na | 569% | NC |
| ROE (%) | na | na | 20% | -287% |

| Key model assumptions | | FY18E | FY19E | FY20E |
|---|---|---|---|---|
| New students enrollments | | 570,409 | 812,468 | 1,049,505 |
| Gross billings per enrollment (Rmb/student/year) | | 6,263 | 6,376 | 6,491 |
| Gross billings (non-GAAP) | | 3,573 | 5,180 | 6,812 |

| | EBITDA | | EPS | |
|---|---|---|---|---|
| Sensitivity analysis | FY18E | FY19E | FFY18E | FY19E |
| Sensitivity to | | | | |
| 1% chg in ASP | 2.8% | -41.2% | 2.7% | -34.5% |
| 1% chg in utilization | 2.4% | -35.0% | 2.3% | -29.3% |
| 1% inc in wage costs | 1.9% | -21.3% | 1.9% | -17.9% |

Source: J.P. Morgan estimates.

**Valuation and price target basis**

Our price target is based upon DCF methodology. The nature of the industry and the high market share of Sunlands lead us to apply a terminal growth of 2.0%.

**Sales growth**



Source: Company, J.P. Morgan estimates.

**JPMe vs. consensus, change in estimates**

| Adj.EPS (LC)- Non-GAAP | FY18E | FY19E |
|---|---|---|
| JPMe old | -2.77 | 4.72 |
| JPMe new | -4.56 | -0.57 |
| *% chg* | na | na |
| Consensus | -2.83 | 3.56 |

Source: Bloomberg, J.P. Morgan estimates.

**Peer comparison – Educational companies**

| Company Name | Code | Local ccy | US$MM | Vol US$mn | 1W Chg | 3M Chg | CY18 P/E (x) | CY19 PE(x) | EV/ EBITDA | ROE (%) | P/B (x) | Yld (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAL ED (OW)* | TAL US | 29.8 | 16,882 | 178.0 | (4.4) | (30.7) | 42.3 | 23.6 | 19.0 | 16.2 | 10.1 | 0.0 |
| NEW ORIENTAL (OW)* | EDU US | 75.2 | 11,894 | 147.3 | (9.8) | (25.3) | 28.6 | 22.2 | 15.8 | 16.2 | 7.3 | 0.3 |
| CHINA EDUCATION (OW)* | 839 HK | 10.0 | 2,590 | 14.3 | 11.1 | (26.1) | 29.4 | 18.4 | 11.4 | 10.6 | 2.8 | 0.0 |
| BRIGHT SCHOLAR (OW)* | BEDU US | 12.4 | 1,575 | 3.6 | 2.9 | (33.7) | 31.8 | 24.3 | 13.6 | 12.5 | 3.9 | 0.0 |
| VIRSCEND EDUCATI (NC) | 1565 HK | 4.8 | 1,873 | 0.3 | 6.5 | (12.8) | 30.2 | 24.3 | 15.2 | 14.3 | 4.3 | 1.3 |
| CH MAPLE LEAF (OW)* | 1317 HK | 4.5 | 1,707 | 18.3 | 14.6 | (37.2) | 18.1 | 13.6 | 9.2 | 16.0 | 8.7 | 1.7 |
| CHINA YUHUA (OW)* | 6169 HK | 4.0 | 1,658 | 12.6 | 14.5 | (29.0) | 18.9 | 14.7 | 11.9 | 17.5 | 4.6 | 0.0 |
| WISDOM EDUCATION (NC) | 6068 HK | 4.6 | 1,189 | 6.0 | 10.7 | (34.1) | 19.5 | 17.7 | 11.2 | 16.2 | 4.5 | 1.7 |
| **SUNLANDS ONLINE (OW)*** | **STG US** | **5.4** | **935** | **1.0** | **5.5** | **(44.2)** | **na** | **(66.0)** | **na** | **na** | **na** | **0.0** |
| MINSHENG EDUCATI (NC) | 1569 HK | 1.6 | 819 | 2.4 | 37.9 | (24.9) | 20.2 | 7.0 | 6.5 | 10.3 | 1.8 | 0.6 |
| CHINA NEW HIGHER (NC) | 2001 HK | 6.0 | 1,106 | 8.6 | 19.9 | (16.1) | 30.8 | 18.2 | na | 16.4 | 4.3 | 1.3 |
| **Average** | | | | **35.7** | **9.9** | **(28.6)** | **27.0** | **10.7** | **12.6** | **14.6** | **5.3** | **0.6** |

Source: Company data, Bloomberg for NC companies, J.P. Morgan estimates (*). Share prices are close price of 27 Aug, 2018

2

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

**Asia Pacific Equity Research**
27 August 2018

J.P.Morgan

## Highlights from analyst briefing

**Changes are made after the negative news occurred in May.** Management mentioned that after the negative news in May, the company has launched many initiatives to address the problems and now is compliant with government regulation.

**Still adding students to gross billings.** While the environment is more difficult, the strategy of the company remains unchanged. STG intends to use technology to take market share from live tutorial STE classes. Even though gross billings decelerated in 2QFY18 compared to 1QFY18, the growth is still 54% y/y.

**Continue to make investments on marketing.** The company will continue to spend heavily in these 3 aspects. The company launched free trial classes to offer students the first-hand learning experience. Management commented the initial results from the new marketing approach were impressive, with the sales conversion rate at almost double compared with the conversion rate of students who didn't take the trial classes, and less time-consuming. However in the short-term, because they directed more traffic to free-trial classes, the overall student conversion rate may drop and it may continue for a few quarters.

**Introduce new courses package and adjust pricing.** Management mentioned that the company will add more courses including this new AI-powered product, which can effectively enhance student's leaning results. In addition, in the next few quarters the company is seek to adjust the price for higher value-added classes.

## 2Q18 results disappoints

Due to negative publicity regarding the high proportion of students using loans to finance tutorial classes and the company's restrictive returns policy, STG has seen a tougher environment for adding new students. Accordingly, gross billings grew by 54% y/y compared to 125% growth y/y in 1H18. The gross billings were 21% lower than our expectations. Sales of Rmb482m were up 134% y/y and were in line with our expectations. GPM dropped 5.4% to 81.6% which is 5.4% lower than our expectations. SGA was around Rmb85m higher than our expectations and reflect the higher cost of marketing as well as higher than expected GA costs.

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

**J.P.Morgan**

**Table 1: 2QFY18 results review**

| Quarterly results | 2Q17A | 2Q18A | Y/Y | 2Q18E | Var. |
|---|---|---|---|---|---|
| Gross Billings | 500 | 769 | 54% | 975 | -21% |
| **Turnover** | 206 | 482 | 134% | 479 | 1% |
| Gross profit | 179 | 393 | 120% | 417 | -6% |
| Gross margins | 87.0% | 81.6% | | 87.0% | |
| EBIT | (136) | (295) | na | (190) | na |
| EBIT margins | na | na | | na | |
| Net profit adj. | (232) | (271) | na | (178) | na |
| Net margins | na | na | | na | |

Source: Company data, J.P. Morgan estimates.

## We lowered sales and set a new PT of $10.5

We now expect 50% growth in gross billings for FY18 to reflect the deceleration in growth rate seen in 2QFY18.  We lowered sales by 10% for FY18 and 21% for FY19 to reflect the slower billings growth.  We also increased SGA in 3QFY18  and 4QFY18 by around Rmb100m each in order to factor in more marketing costs related to the tougher operating environment.  We set a new Jun 19 PT of US$10.5 to reflect the earnings changes.

**Table 2: Earnings estimate change**

| Year to Dec (Rmb m) | -------------- New ---------------- | | -------------- Old ---------------- | | -------------- Chg ---------------- | |
|---|---|---|---|---|---|---|
| | FY18E | FY19E | FY18E | FY19E | FY18E | FY19E |
| Turnover | 2,154 | 3,593 | 2,387 | 4,574 | -9.7% | -21.4% |
| Gross profit | 1,767 | 3,019 | 2,076 | 4,048 | -14.9% | -25.4% |
| EBIT | (871) | (221) | (495) | 841 | 76.0% | na |
| Net profit (adj) | (808) | (101) | (492) | 855 | 64.2% | na |
| EPS | (4.55) | (0.56) | (2.77) | 4.72 | 64.2% | na |
| **Assumptions** | | | | | | |
| Gross margin | 82.0% | 84.0% | 87.0% | 88.5% | -5.0% | -4.5% |

Source:  J.P. Morgan estimates.

4

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

**J.P.Morgan**

# Valuation analysis

Our Jun-19 price target is based on a DCF valuation that assumes a market risk premium of 6.0% and a risk free rate of 4.2% (Yield on 10 year government notes in China). We have assumed a beta of 1.5 due to the volatility and uncertainty of the cash flows of a high growth company that is currently loss making.  Accordingly, WACC is assumed at 13.2%.  We have estimated free cash flow for Sunlands until 2025 and assume a terminal growth rate of 2.0%.  The terminal growth is based on the annual growth rate expected in 2025 (the final year of the estimate period).

We also analyzed the DCF price sensitivity to WACC, and the terminal multiple.

**Table 3: Sunlands Edu - Base-case DCF analysis**

Rmb m

|  | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | terminal |
|---|---|---|---|---|---|---|---|---|---|
| **Cash flow estimates** | | | | | | | | | |
| Sales | 970 | 2,154 | 3,593 | 5,074 | 6,451 | 7,303 | 7,600 | 7,667 | 7,667 |
| EBIT | (928) | (871) | (221) | 637 | 1,221 | 1,682 | 1,841 | 1,839 | 1,789 |
| NOPAT | (928) | (871) | (221) | 573 | 1,063 | 1,455 | 1,584 | 1,572 | 1,521 |
| Capex, net | (616) | (500) | (467) | (507) | (518) | (497) | (355) | (250) | (225) |
| Depreciation | 4 | 27 | 97 | 155 | 209 | 255 | 286 | 293 | 284 |
| Change in working capital | (372) | (135) | (79) | (42) | (20) | (7) | (4) | (4) | (4) |
| **Free CF (excl. non-core))** | **(1,909)** | **(1,477)** | **(666)** | **184** | **738** | **1,212** | **1,518** | **1,620** | **1,585** |

| DCF Parameters | | Assumptions | |
|---|---|---|---|
| Liabilities as a % of EV | 0% | Terminal growth | 2.0% |
| WACC | 13.2% | Risk-free rate | 4.2% |
| | | Market risk | 6.0% |
| **Enterprise NPV (10E-16E)** | | Beta | |
| | **10,097** | | 1.50 |
| + Net cash (debt), current | 1,944 | Cost of debt | 4.0% |
| - Minorities (Market value) | 0 | | |
| +/- Other items | 365 | Implied exit P/E multiple (x) | 7x |
| = Equity value | 12,406 | | |
|  / Number of shares | 173 | | |
| **= Equity value per share (HK$)** | **10.5** | | |

Source J.P. Morgan estimates, Company data.

**Table 4: Sunlands- Sensitivity analysis based on WACC and perpetual terminal growth rate**

| | | Terminal growth rate | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0.5% | 1% | 1.5% | 2.0% | 2.5% | 3.0% | 3.5% |
| **WACC** | 11.7% | 11.1 | 11.4 | 11.7 | 12.1 | 12.5 | 12.9 | 13.4 |
| | 12.2% | 10.7 | 10.9 | 11.2 | 11.5 | 11.9 | 12.2 | 12.7 |
| | 12.7% | 10.2 | 10.5 | 10.7 | 11.0 | 11.3 | 11.6 | 12.0 |
| | 13.2% | 9.9 | 10.1 | 10.3 | 10.5 | 10.8 | 11.1 | 11.4 |
| | 13.7% | 9.5 | 9.7 | 9.9 | 10.1 | 10.3 | 10.6 | 10.9 |
| | 14.2% | 9.2 | 9.3 | 9.5 | 9.7 | 9.9 | 10.1 | 10.4 |
| | 14.7% | 8.9 | 9.0 | 9.2 | 9.3 | 9.5 | 9.7 | 10.0 |

Source: J.P. Morgan estimates, Company data.

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

J.P.Morgan

# Financial Analysis

### Table 5: STG – P&L statement

| Year to Dec (CNY million) | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| **Gross Billings** | **313** | **741** | **2382** | **3573** | **5180** | **6812** |
| **Net revenues** | **159** | **419** | **970** | **2,154** | **3,593** | **5,074** |
| YoY change (%) | na | 163.4% | 131.6% | 122.1% | 66.8% | 41.2% |
| Cost of revenues | (62) | (71) | (170) | (388) | (575) | (786) |
| YoY change (%) | na | 15.0% | 139.8% | 127.8% | 48.3% | 36.8% |
| Gross Profit | 97 | 348 | 800 | 1,767 | 3,019 | 4,287 |
| YoY change (%) | na | 257.6% | 129.9% | 120.8% | 70.9% | 42.0% |
| Gross Margin | 61.2% | 83.1% | 82.5% | 82.0% | 84.0% | 84.5% |
| Sales & marketing expenses | (333) | (504) | (1,352) | (2,210) | (2,676) | (2,938) |
| Product development expenses | (5) | (14) | (33) | (51) | (61) | (73) |
| General & admin expenses | (76) | (89) | (343) | (377) | (503) | (639) |
| Operating profit | (317) | (259) | (928) | (871) | (221) | 637 |
| | | | | | | |
| **EBITDA** | **(313)** | **(254)** | **(924)** | **(844)** | **(124)** | **792** |
| EBITDA margin | -197.1% | -60.5% | -95.2% | -39.2% | -3.5% | 15.6% |
| Depreciation & Amortization | (4) | (5) | (4) | (27) | (97) | (155) |
| YoY change (%) | #DIV/0! | 45.8% | -28.1% | 583.4% | 261.4% | 59.3% |
| **EBIT** | **(317)** | **(259)** | **(928)** | **(871)** | **(221)** | **637** |
| EBIT margin | -199.5% | -61.8% | -95.6% | -40.4% | -6.2% | 12.6% |
| Interest income | 1 | 3 | 10 | 54 | 114 | 162 |
| Other income | 1 | 2 | 4 | 15 | - | - |
| Net Income Before Taxes | (318) | (254) | (918) | (810) | (116) | 791 |
| YoY change (%) | na | -20.3% | 262.2% | -11.8% | -85.7% | -784.0% |
| Income tex expenses | 0 | 0 | 0 | 0 | 12 | (103) |
| Effective Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 10.0% | 13.0% |
| Loss from equity method investments | 0 | 0 | (5) | (8) | (8) | (8) |
| **Net Income / (loss)** | **(318)** | **(254)** | **(919)** | **(810)** | **(104)** | **688** |
| YoY change (%) | na | -20.3% | 262.3% | -11.8% | -87.2% | -761.2% |
| Net margin | -200.2% | -60.5% | -94.7% | -37.2% | -2.7% | 13.7% |

Source: Company data, J.P. Morgan estimates.

6

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

**J.P.Morgan**

### Table 6: STG – Balance sheet

| Year to Dec (CNY million) | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 4 | 23 | 559 | 997 | 3,322 | 4,811 |
| Inventories | 8 | 10 | 22 | 49 | 82 | 116 |
| Accounts receivable | 16 | 16 | 49 | 108 | 178 | 249 |
| Other Current Assets | 64 | 171 | 636 | 1,795 | 647 | 1,130 |
| Total Current Assets | 92 | 220 | 1,267 | 2,949 | 4,229 | 6,305 |
| | | | | | | |
| Property and Equipment | 4 | 16 | 525 | 524 | 895 | 1,248 |
| Other Assets | 3 | 8 | 176 | 236 | 236 | 236 |
| Non-Current assets | 8 | 25 | 703 | 763 | 1,136 | 1,492 |
| **Total Assets** | **100** | **245** | **1,970** | **3,713** | **5,365** | **7,798** |
| | | | | | | |
| Trade payables, accruals & other payables | 58 | 71 | 476 | 670 | 819 | 932 |
| Deferred Revenue | 248 | 516 | 1,326 | 777 | 3,545 | 4,453 |
| Current income tax payable | 0 | 0 | 0 | 0 | (12) | 103 |
| Bank and other loans | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 306 | 587 | 1,802 | 1,447 | 4,364 | 5,385 |
| | | | | | | |
| Long-term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Revenue | 166 | 212 | 784 | 2,746 | 1,585 | 2,309 |
| Noncurrent liabilities | 166 | 212 | 784 | 2,746 | 1,585 | 2,309 |
| | | | | | | |
| Total Liabilities | 472 | 799 | 2,587 | 4,193 | 5,950 | 7,694 |
| | | | | | | |
| Owner's funds(incl. mezzanine equity) | 0 | 366 | 1,306 | 2,253 | 2,253 | 2,253 |
| Retained earnings | (373) | (920) | (1,923) | (2,733) | (2,837) | (2,149) |
| Total Shareholders' Equity | (372) | (554) | (617) | (480) | (584) | 104 |
| Minority Interest | 6 | 45 | 0 | 0 | 0 | 0 |
| Total Shareholders' Equity | (366) | (509) | (617) | (480) | (584) | 104 |
| **Total Liabilities and Equity** | **100** | **245** | **1,970** | **3,713** | **5,365** | **7,798** |

Source: Company data, J.P. Morgan estimates.

### Table 7: STG – Cash flow statement

| Year to Dec (CNY million) | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| EBIT | (317) | (259) | (928) | (871) | (221) | 637 |
| Depreciation and Amortization | 4 | 5 | 4 | 27 | 97 | 155 |
| Working Capital Changes | 317 | 340 | 1,733 | 1,330 | 2,803 | 1,031 |
| Net Interest | 1 | 3 | 10 | 54 | 114 | 162 |
| Tax Paid | (4) | 0 | 0 | 0 | 0 | 12 |
| Cash Flow From Operations | 0 | 89 | 820 | 540 | 2,792 | 1,996 |
| | | | | | | |
| Capital expenditures | (6) | (16) | (398) | (500) | (467) | (507) |
| Investments and others | (21) | (102) | (218) | (549) | 0 | 0 |
| Cash Flow from Investing | (27) | (118) | (616) | (1,049) | (467) | (507) |
| | | | | | | |
| **Free Cash Flow** | **(26)** | **(28)** | **204** | **(509)** | **2,325** | **1,489** |
| | | | | | | |
| Payment of Cash Dividends | 0 | 0 | (43) | 0 | 0 | 0 |
| Increase in Common Equity | 0 | 365 | 377 | 947 | 0 | 0 |
| Issuance of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Financing Charges, Net | 22 | (318) | 8 | 0 | 0 | 0 |
| Cash Flow from financing | 22 | 47 | 341 | 947 | 0 | 0 |
| | | | | | | |
| Change in cash | (4) | 19 | 545 | 437 | 2,325 | 1,489 |
| | | | | | | |
| Cash beginning | 9 | 4 | 23 | 559 | 997 | 3,322 |
| Foreign exchange changes | 0 | 0 | (9) | 0 | 0 | 0 |
| **Cash at end** | **4** | **23** | **559** | **997** | **3,322** | **4,811** |

Source: Company data, J.P. Morgan estimates

7

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

**Asia Pacific Equity Research**
27 August 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Sunlands Online Education *(Overweight; Price Target: $10.50)*

**Investment Thesis**

Sunlands Online Education (Sunlands) is a leader in China's online post-secondary and professional education through extensive courses and educational content offerings. We estimate sales to rise by 7.8x from 2017 to 2020 due to the growth of the online STE tutorial market without the need to take market share.

**Valuation**

Our DCF-based Jun-19 price target assumes a WACC of 13.2% and a terminal growth rate of 2%, a market risk premium of 6.0% and a risk free rate of 4.2% (yield on 10 year government notes in China). We have assumed a beta of 1.5 due to the volatility and uncertainty of the cash flows of a high growth company that is currently loss making. Accordingly, WACC is assumed at 13.2%. We have estimated free cash flow for Sunlands until 2025 and assume a terminal growth rate of 2.0%. The terminal growth is based on the annual growth rate expected in 2025 (the final year of the estimate period).

We believe that market participants have factored in significant concerns over growth potential of the online STE tutorial market and more evidence of continued enrollment growth is required for Sunland's shares to re-rate.

**Risks to Rating and Price Target**

Risks to our rating and price target include: 1) a lack of profitability during the start-up stage; 2) large dependence on STE; 3) competition from established online service providers; 4) risk that proprietary platforms cannot keep up with user growth; 5) high growth strategy entails operational risk, and 6) highly regulated industry.

8

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

**Asia Pacific Equity Research**
27 August 2018

**J.P.Morgan**

# Sunlands Online Education: Summary of Financials

| Income Statement | FY16A | FY17A | FY18E | FY19E | FY20E | Cash Flow Statement | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 419 | 970 | 2,154 | 3,593 | 5,074 | Cash flow from operating activities | 89 | 820 | 540 | 2,792 | 1,996 |
| COGS | (71) | (170) | (388) | (575) | (786) | o/w Depreciation & amortization | 5 | 4 | 27 | 97 | 155 |
| Gross profit | 348 | 800 | 1,767 | 3,019 | 4,287 | o/w Changes in working capital | 340 | 1,733 | 1,330 | 2,803 | 1,031 |
| SG&A | (593) | (1,695) | (2,587) | (3,179) | (3,577) | | | | | | |
| Adj. EBITDA | (254) | (923) | (844) | (123) | 793 | Cash flow from investing activities | (118) | (616) | (1,049) | (467) | (507) |
| D&A | (5) | (4) | (27) | (98) | (156) | o/w Capital expenditure | (16) | (398) | (500) | (467) | (507) |
| Adj. EBIT | (259) | (928) | (871) | (221) | 637 | as % of sales | 3.8% | 41.0% | 23.2% | 13.0% | 10.0% |
| Net Interest | 3 | 10 | 69 | 114 | 162 | | | | | | |
| Adj. PBT | (254) | (918) | (810) | (116) | 791 | Cash flow from financing activities | 47 | 341 | 947 | 0 | 0 |
| Tax | 0 | 0 | 0 | 12 | (103) | o/w Dividends paid | 0 | (43) | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | o/w Shares issued/(repurchased) | 365 | 377 | 947 | 0 | 0 |
| Adj. Net Income | (254) | (630) | (810) | (104) | 688 | o/w Net debt issued/(repaid) | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Reported EPS | (1.54) | (5.57) | (4.56) | (0.57) | 3.80 | Net change in cash | 19 | 545 | 437 | 2,325 | 1,489 |
| Adj. EPS | (1.54) | (3.82) | (4.56) | (0.57) | 3.80 | | | | | | |
| | | | | | | Adj. Free cash flow to firm | 73 | 412 | 40 | 2,325 | 1,489 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | y/y Growth | (1506.7%) | 460.6% | (90.4%) | 5785.9% | (36.0%) |
| Payout ratio | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | | |
| Shares outstanding | 160 | 160 | 173 | 173 | 173 | | | | | | |

| Balance Sheet | FY16A | FY17A | FY18E | FY19E | FY20E | Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 23 | 559 | 997 | 3,322 | 4,811 | Gross margin | 83.1% | 82.5% | 82.0% | 84.0% | 84.5% |
| Accounts receivable | 16 | 49 | 108 | 178 | 249 | EBITDA margin | (60.5%) | (95.2%) | (39.2%) | (3.4%) | 15.6% |
| Inventories | 10 | 22 | 49 | 82 | 116 | EBIT margin | (61.8%) | (95.6%) | (40.4%) | (6.2%) | 12.6% |
| Other current assets | 171 | 636 | 1,795 | 647 | 1,130 | Net profit margin | (60.5%) | (64.9%) | (37.6%) | (2.9%) | 13.6% |
| Current assets | 220 | 1,267 | 2,949 | 4,229 | 6,305 | | | | | | |
| PP&E | 16 | 525 | 524 | 895 | 1,248 | ROE | 57.9% | 111.8% | 147.6% | 19.6% | (286.6%) |
| LT investments | 1 | 2 | 3 | 6 | 8 | ROA | (147.0%) | (56.9%) | (28.5%) | (2.3%) | 10.5% |
| Other non current assets | 8 | 176 | 236 | 236 | 236 | ROCE | 59.2% | 164.7% | 158.8% | 45.7% | (230.8%) |
| Total assets | 245 | 1,970 | 3,713 | 5,365 | 7,798 | SG&A/Sales | 141.6% | 174.7% | 120.1% | 88.5% | 70.5% |
| | | | | | | Net debt/Equity | 4.2% | 90.7% | 207.7% | 568.8% | (4625.8%) |
| Short term borrowings | 0 | 0 | 0 | 0 | 0 | Net debt/EBITDA | 9.1% | 60.6% | 118.1% | 2697.6% | (606.6%) |
| Payables | 71 | 476 | 670 | 819 | 932 | | | | | | |
| Other short term liabilities | 516 | 1,326 | 777 | 3,545 | 4,453 | Sales/Assets (x) | 2.4 | 0.9 | 0.8 | 0.8 | 0.8 |
| Current liabilities | 587 | 1,802 | 1,447 | 4,364 | 5,385 | Assets/Equity (x) | NM | NM | NM | NM | NM |
| Long-term debt | 0 | 0 | 0 | 0 | 0 | Interest cover (x) | - | 93.9 | - | - | - |
| Other long term liabilities | 212 | 784 | 2,746 | 1,585 | 2,309 | Operating leverage | (11.2%) | 196.1% | (5.0%) | (111.7%) | (941.4%) |
| Total liabilities | 799 | 2,587 | 4,193 | 5,950 | 7,694 | Tax rate | 0.0% | 0.0% | 0.0% | (10.0%) | 13.0% |
| | | | | | | | | | | | |
| Shareholders' equity | (509) | (617) | (480) | (584) | 104 | Revenue y/y Growth | 163.4% | 131.6% | 122.1% | 66.8% | 41.2% |
| Minority interests | (45) | 0 | 0 | 0 | 0 | EBITDA y/y Growth | (19.1%) | 264.1% | (8.6%) | (85.4%) | (744.0%) |
| Total liabilities & equity | 245 | 1,970 | 3,713 | 5,366 | 7,798 | EPS y/y Growth | (20.3%) | 148.3% | 19.4% | (87.4%) | (761.2%) |
| | | | | | | | | | | | |
| BVPS | (3.46) | (3.86) | (2.78) | (3.38) | 0.60 | Valuation | FY16A | FY17A | FY18E | FY19E | FY20E |
| y/y Growth | 49.0% | 11.4% | (28.0%) | 21.7% | (117.8%) | P/E (x) | NM | NM | NM | NM | 9.7 |
| | | | | | | P/BV (x) | NM | NM | NM | NM | 61.4 |
| Net debt/(cash) | (23) | (559) | (997) | (3,322) | (4,811) | EV/EBITDA (x) | NM | NM | NM | 14.2 | NM |
| | | | | | | Dividend Yield | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: Company reports and J.P. Morgan estimates.
Note: Rmb in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

9

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

**Asia Pacific Equity Research**
27 August 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Sunlands Online Education.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Sunlands Online Education within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Sunlands Online Education.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Sunlands Online Education.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Sunlands Online Education.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Sunlands Online Education.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Sunlands Online Education.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Sunlands Online Education (STG, STG US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 18-Apr-18 | OW | 7.14 | 12.50 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Apr 17, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

J.P.Morgan

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Chik, Leon**: 3SBio (1530.HK), Athenex, Inc. (ATNX), Bright Scholar Education (BEDU), CAR Inc. (0699.HK), CSPC Pharmaceutical Group (1093.HK), Celltrion, Inc. (068270.KS), China Education Group (0839.HK), China Lesso (2128.HK), China Maple Leaf Educational Systems Limited (1317.HK), China Medical System (0867.HK), China State Construction (3311.HK), China Travel International Investments HK Ltd (0308.HK), China Yuhua Education Corp (6169.HK), Fu Shou Yuan International (1448.HK), Fufeng Group (0546.HK), Genscript Biotech Corporation (1548.HK), Haitian International Holdings (1882.HK), Huazhu Group Ltd (HTHT), Johnson Electric Holdings (0179.HK), Kingboard Holdings Ltd (0148.HK), Kingboard Laminates (1888.HK), Lee & Man Paper Manufacturing (2314.HK), New Oriental Education (EDU), Nine Dragons Paper Holdings Ltd (2689.HK), Ping An Healthcare and Technology (1833.HK), Samsung Biologics (207940.KS), Shanghai Fosun Pharmaceutical Group - A (600196.SS), Shanghai Fosun Pharmaceutical Group - H (2196.HK), Sino Biopharm (1177.HK), Skyworth Digital Holdings (0751.HK), Sunlands Online Education (STG), TAL Education Group (TAL), Techtronic Industries (0669.HK), VTech Holdings (0303.HK), Wuxi Biologics (2269.HK), Xinyi Glass (0868.HK), Xinyi Solar (0968.HK), eHi Car Services Ltd (EHIC)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

11

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

J.P.Morgan

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors,

12

Leon Chik, CFA
(852) 2800-8590
leon.hk.chik@jpmorgan.com

Asia Pacific Equity Research
27 August 2018

**J.P.Morgan**

as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised August 18, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

13