**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID HOROWITZ, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

SUNLANDS TECHNOLOGY GROUP,
TONGBO LIU, YIPENG LI, JIANHONG YIN
A/K/A PENG OU, LU LU, MICHAEL
MINHONG YU, YANG WANG, GOLDMAN
SACHS (ASIA) L.L.C., CREDIT SUISSE
SECURITIES (USA) LLC, AND J.P.
MORGAN SECURITIES LLC,

      Defendants.

No. 1:19-cv-03744-LDH-RML

**ORAL ARGUMENT**
**REQUESTED**

**REPLY DECLARATION OF EDMUND POLUBINSKI III IN FURTHER SUPPORT OF**
**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Edmund Polubinski III, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Defendants Sunlands Technology Group, Tongbo Liu, Yipeng Li, Jianhong Yin, Lu Lu, Michael Minhong Yu, and Yang Wang (collectively, the "Sunlands Defendants").  I submit this declaration in further support of the motion for judgment on the pleadings brought pursuant to Federal Rule of Civil Procedure 12(c) by the Sunlands Defendants, Goldman Sachs (Asia) L.L.C., Credit Suisse Securities (USA) LLC, and J.P. Morgan Securities LLC (collectively, the "Defendants").

2.      Attached as Exhibit G is a true and correct copy of a version of the *Beijing News* Article re-posted to the website for Xinhua News, as translated into English by Google Translate. This document is publicly available at http://www.xinhuanet.com/finance/2018-05/02/c_129863194.htm.

2

3.      Attached as Exhibit H is a true and correct copy of Google search results from June 2020 for Sunlands' name in Chinese, which is reflected on the cover page of Sunlands' Form F-1 Registration Statement (attached as Exhibit E to the Declaration of Edmund Polubinski III in Support of Defendants' Motion for Judgment on the Pleadings).  The results have been translated into English by Google Translate.

I declare under penalty of perjury the foregoing is true and correct.

Dated:  July 23, 2021
         New York, NY

*/s/ Edmund Polubinski III*
Edmund Polubinski III

2