# Exhibit G

Case 1:19-cv-03744-RML Document 56-2 Filed 07/23/21 Page 2 of 13 PageID #: 1316

es" International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi | Client | search for | **Next**
Order demand weake

Channel

Xinhuanet > Securities > text





# Education and training institution Suntech was exposed false propaganda: the three main routines from the beginning

2018-05-02 11:08:01    Source: Beijing News

Education and training institution Suntech was exposed to false propaganda, difficulties in refunding fees, reporters undercover revealing multiple identities, false promises, and verbal interception



On March 13, Suntech trainers are teaching new recruits, explaining how to recommend courses for customers.



On March 13th, at Suntech's newcomer training meeting, the trainer was explaining to the newcomers how to change their identities and communicate with customers.

Case 1:19-cv-03744-RMI　Document 56-2　Filed 07/23/21　Page 3 of 13 PageID #: 1317

Channel



The potential customer information displayed in Suntech's internal database includes information such as basic academic qualifications and willingness to apply for exams.



On April 25, in the Ministry of International Trade of Suntech, several women who wanted to pass the self-examination to obtain a degree were consulting the "teachers" of educational institutions. A12-A13 edition photography/Beijing News reporter Dalu

At the end of last year, two education and training institutions in Beijing-Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School were exposed to the news of "boss running off the road", affecting thousands of students, triggering false publicity and refunds of education and training institutions It is difficult to wait for the attention of chaos.

Another education and training institution, Suntech, has recently been exposed to false propaganda and refunds by trainees. As a "well-known" academic and vocational education institution, reporters found out that Suntech had been exposed many times in recent years due to issues such as refunds and false propaganda. In mid-March,

es"　　International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi　　|　　Client　　|　　search for　　Next
Order demand weake
Channel

received internal training as a "rookie", gradually revealing that Suntech's salespersons play multiple identities, false promises to re-enroll students, persuasion to transfer to majors, false discounts, etc. to recruit new students Various "routines."

In response to the frequently exposed chaos in education and training institutions, Xiong Bingqi, vice president of the 21st Century Education Research Institute, said that to change the status quo, it is necessary not only to increase policy information disclosure, but also to strengthen supervision and punishment by government departments.

### Commitment to re-enrollment failed to be referenced

April 14th and 15th were the days for higher education self-study exams, but Zhao Yu was unable to enter the exam due to "no student status".

"On March 10, Suntech told me that it was the last day to make up the registration. Otherwise, you can only wait until October to register." Zhao Yu (pseudonym) said, hearing that he could make up the registration, he paid 7980 yuan in installments to sign up. In accordance with the agreement, Suntech's self-examination tutoring class will be registered and registered by the Suntech institution.

Two days later, when Zhao Yu confirmed to the "teacher" of the Suntech Institution about the subjects he applied for in April, he found that the student status was not registered at all.

"What about making up the registration on the last day, saying that the cooperation with the National People's Congress can be exempted from the English test, these items have not been realized!" Zhao Yu remembered the promises of the "teacher" who signed up for the fashion and moral institution, "He was panicked."

The Suntech organization mentioned by Zhao Yu is an organization specializing in academic education and vocational education. Public information shows that the agency's business covers vocational qualification certification, academic education, corporate internal training, and distance education. In March, he chose to consult Suntech because he heard that this institution is more famous.

Zhao Yu only signed up because the teacher of Suntech Institution promised to make up the enrollment. He didn't expect that the "make up enrollment" would not be successful, and the refund would encounter problems of deduction and arrears. "I haven't attended the class, but I have to deduct a registration fee of about 2,000 yuan and class hours." Zhao Yu said, and the refund time has been delayed repeatedly, saying that the refund can only be done in mid-May.

When a reporter visited the International Trade Center of Suntech, a staff member said that Beijing's self-examination in the first half of the year was over, and there are

7/22/2021    Education and training institution Suntech has been exposed to false propaganda: three ways to start Xinhuanet

1319

es"    International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi     Client     search for     Next
Order demand weake

Channel

re-enrollment, you will have to go back to the residence place for the exam in the second half of the year.

On April 18, the reporter called the consultation phone of the Beijing Self-Examination Office. The staff stated that the application time for the Beijing Self-Examination Written Examination in the first half of the year was March 1-9. "There is no supplementary recording, and the statement of supplementary recording is deceptive. "The staff of the Education and Training Management Office of Renmin University also told the Beijing News that Renmin University has not cooperated with any third-party institutions outside the school in education and training.

**"Learning as a planner is sales"**

On the official website of Suntech, there is a brief introduction to the adult self-examination, such as "registration time", "application requirements", "free application for bursary", and "academic major". No matter which link is clicked, an online customer service dialogue will pop up. frame.

The reporter clicked on the three online customer service and asked about the registration time, the major of the institution, and how to apply for bursary. The other party did not answer directly, but asked for the mobile phone number of the enquirer, saying that they would send text messages and guarantee that they would not call Harassment.

When the reporter provided the number, he never received any text messages from Suntech. Instead, he called from teachers and learning planners from Suntech to recommend training courses to reporters.

In mid-March, a reporter from the Beijing News entered the Beijing headquarters of Suntech in Laiguangying, Chaoyang District, by applying for the position of "learning planner". The application requirements for learning planners only require a high school degree or above, and telemarketing experience is preferred.

"This job is called a learning planner, but it's actually telemarketing." An interviewer surnamed Liu told reporters that the company's sales staff will use the identity of "teacher", such as academic improvement teacher, academic planning teacher, self-examination student consultant Teachers, school assistant teachers, etc., to deal with students in different situations.

On the 4th floor of the office building of the Beijing headquarters of Suntech, the reporter visited the working conditions of the "learning planners": the dense grids came out one after another, and hundreds of salespeople on the spot kept calling different customer calls to teachers and planners. The identity, repeating similar course sales rhetoric.

Case 1:19-cv-03744-RML Document 56-2 Filed 07/23/21 Page 6 of 13 PageID #: 1320

es"      International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi | Client | search for | Next
Order demand weake

After passing the interview, the reporter was told that new ｜e      its in sales positions need to receive 5 days of training before being on the job trial. If there is no sales performance within 18 days, they will be automatically eliminated.

On the basement floor of Suntech's Beijing headquarters, there are several classrooms dedicated to training new employees.

On March 14, in a small classroom, about a hundred new employees in sales positions were crowded. The training content was about company values and sales words and skills. Three full-time trainers gave lectures to the 100 new employees and taught sales skills.

"As soon as you get on the phone, you have to indicate to the other party,'I am the teacher of Suntech's academic qualification registration.'" Wang Xue (pseudonym), who is teaching for newcomers, is one of the three trainers. She said, because of society Many people on the Internet are disgusted with sales, so don't reveal your sales identity on the phone. Some don't even mention Suntech, and just say that you are a "teacher at the Adult Education Examination Counseling Center" because you pretend to be a teacher at the Education Examination Institute. The official status is illegal, but he can play sideballs.

If a student has already answered Suntech's sales calls many times before, but has not signed up, the salesperson will change his status to "flick" the student.

The training materials have detailed descriptions of changing identities, allowing salesmen to communicate with students using different identities such as "class teacher", "dean of academic affairs", "principal", "manager", and "teacher sorting out school status".

Each identity has corresponding words, such as "I am the teacher in charge of sorting out the student status of Suntech Institution. Since the registration time has ended, it is now in the supplementary registration stage. There are only × places for supplementary registration. I am afraid that you will miss the opportunity to make up the student registration. So I want to ask about your current plans regarding your academic qualifications?"

In addition, the training materials also indicate that for students who can't get through on the phone, add WeChat. "It's best to set up a WeChat account for one male and one female. If you see a female student, you can use a male WeChat account. If you see a male student, you can use a female WeChat account. higher".

**"Fighting Pain Points" Reporting to Professionals**

7/22/2021 Case 1:19-cv-03744-RML Document 56-2 Filed 07/23/21 Page 7 of 13 PageID #: 1321

Education and training institution Suntech has been exposed to false propaganda three ways to start Xinhuanet.

es"                    International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi          Client          search for          Next
                                                                                                                                             Order demand weake

Channel

self-examination in Beijing, and Suntech only provided training for more than a dozen of them.

"If a student asks about a major we don't have, we can't say there is no, otherwise the student will leave." Xu Jing, the trainer, said that for the majors that Suntech did not offer training courses, the sales staff first falsely claimed that they have this major, and then persuaded the students to change. profession.

Ms. Xue, a student from Suntech, said that she originally wanted to apply for the art education major, but was "flicked" by the sales staff of the Suntech agency to sign up for the Chinese language and literature major. After the actual study, Ms. Xue realized that there was a big gap with the major she wanted to study and wanted to retire. fee.

The training materials of Suntech Institute stated that it is necessary to carry out a situation analysis and crack down on the reasons for transferring to a major.

"Grasp the pain points of a student, it is easy to hit him." The trainer Wang Xue said, for example, if a student wants to take a mechatronics test, you can tell him, "You can apply for this major, but this major needs to test advanced mathematics, English, and linear algebra. , Calculus, it's very difficult. Even if you can pass the exam, it will take three or four years." Then, the sales staff will analyze for the students and should apply for a simple and easy professional exam. "You have been working for so long, and the work experience can be said to be very good. If you are rich, learning these basic things is no longer useful for you to tell the truth, and it is very difficult. What you need now is to get a diploma quickly and easily through the exam. After all, pass the first place."

When the reporter communicated with the salesperson of Suntech for the first time, he expressed his hope to apply for the mechanical automation major. The sales staff who claimed to be Teacher Zhou from Suntech said that Suntech has this major, but it is very difficult to take high mathematics and linear algebra exams for this major, so he recommended the major of business administration to reporters.

As long as it is a profession provided by Suntech, it is easy and easy to take. The trainer Xu Jing (pseudonym) said that after analyzing and attacking the trainees, the salesperson would recommend a profession provided by Suntech. "All professional recommendation methods are engraved in a mold." Xu Jing said that all the professional characteristics recommended by Suntech are three sentences, simple and easy to test, quick to obtain certificates, high in gold, and wide in employment. For the major that the students are looking for, the salesperson should say that this is the easiest and best test of all majors, even if the major has to take a high number that is

Education and training institution Suntech has been exposed to false propaganda three ways to start Xinhuanet

difficult and entangle Not to sign up."

**First increase the price and then preferentially "intercept and kill" the students**

For customers who are struggling to sign up for registration, Suntech's salesmen also have their own tricks.

"First raise the course price by 1,000 yuan, and then tell the students that there is now a 1,000 yuan discount. After today, you won't be able to sign up." Gao Jing (a pseudonym), the director of a sales department of Suntech, offered help to his staff. The course was sold at the original price.

Gao Jingzhi's move is just one of Suntech's various interception techniques. "Interception is the reason why students pay now", as defined in the Suntech training PPT.

In the training materials, there is also such a model sentence: "Hello, I am the project manager of the Beijing headquarters who is responsible for reservations. The reason why I called you is because I saw that a teacher called me before. The registration quota and 1,000 yuan bursary you reserved for the first half of 2018 will expire on a certain month and certain day."

Gao Jing said that the reserved student registration quota and the expiration of the 1,000 yuan bursary are all interceptions. For example, the original price of 7899 yuan course, the sales staff will first raise the price to 8899 yuan, and then tell the students to pay before 12 o'clock tonight to register, you can get a 1,000 yuan discount.

Similarly, the sales staff will also tell the students that the registration deadline is 12 o'clock tonight. If the deadline is missed, the students will not be able to register. For trainees who have passed the so-called registration deadline, the sales staff will change their narrative to say that there are several re-enrollment places.

Li Meng (pseudonym), a student from Suntech in Dongguan, Guangdong, suffered a similar "flicker." In early March 2017, Li Meng received a call from the Suntech organization saying, "School celebration, registration within three days, tuition can be discounted." At that time, Li Meng did not sign up. A few days later, he received a call from the Suntech organization again. Excuses. Li Meng asked the other party, "Isn't it three days? It's already passed." The other party said that Guangdong had applied for a few more places. But one day after the incident, Li Meng received a call from the other party again, saying that the last day was a discount.

The training materials show that in addition to the time interception and quota interception, there is also a policy interception. "The policy is our guess. Add a

es"　　International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi　　　Client　　　search for　　　Next
Order demand weak
Channel

student has a local household registration, tell him that he must apply for the exam now. The local exam may be more difficult next year; if the student is The foreign household registration tells him that he may return to his hometown to apply for the exam next year.

In addition, Gao Jing told her salesperson, "The discounts during the school celebration and the deadline for the opening ceremony are also commonly used interceptions."

At a training meeting for new salespersons, a newly hired salesperson said, "I can't pretend to be an identity without reason, and I can't say anything about interception." The trainer encouraged him to "must be firm and calm."

**Those who did not sign up become the object of sales practice**

The training materials show that Suntech still has a database called "High Seas", which is all the database of students who have not registered or contacted for various reasons.

"The data of the trainees that (the elderly) don't want fall into the high seas, and the newcomers will first hit this database. If you don't understand any problems, if you can't talk about them, you can practice with them." Wang Xue said during the new employee training.

The reporter operated the dialing system and found that any salesperson can retrieve data from the department's "high seas" to make calls. Each piece of data contains the student's phone number and basic information. The first call for a large amount of data was in 2016 or 2017.

During the operation, the telemarketer can receive 30 pieces of data at a time. The remarks showed that among the phone numbers collected by reporters, at least they were called two or three times, and as many as 10 times. Three of the data were dialed 60, 69, and 88 times, with a time span of 7 months, 4 months, and 8 months, respectively.

"Suntech's organization calls me two or three calls every day, until the call is answered, and wakes up the child." Li Yun (pseudonym) is a breastfeeding mother who is very busy with children. Since the end of March, she has consulted with Suntech's I have received dozens of calls from Suntech institutions for self-examination related issues.

"It is clear that I don't need it, and the other party is still entangled, asking me why I don't need it, and even accusing me of not being motivated. On the phone, I said that the child was woken up and crying, but the other party was still entangled." Li Yun said.

Education and training institution Suntech has been exposed to false propaganda three ways to start augmented

es"    International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi     Client     search for     **Next**
Order demand weake

Channel

Some netizens said that Suntech had harassed him for three consecutive years.

In the database, even if some of the students' data noted "harassed" and "don't call anymore", his data still exists in the "high seas" and was repeatedly called by latecomers from Suntech's organization to practice "speaking skills". ".

**Education and training institutions frequently involve false propaganda**

The students reported that Suntech was involved in false propaganda and other issues, which was not unique to a certain education and training institution.

In December 2017, two education and training institutions in Beijing—Beijing Giant Times Education Consulting Co., Ltd. and New Ideas Training School were successively exposed to the news of "boss running away".

Part of the trainees who signed up for these two training institutions believed in the false promise of not having to pass the exam, and paid a fee ranging from thousands to tens of thousands of yuan. However, after the exam, they could not find the results from Xuexin.com, nor could they contact the training institution. Get in touch with the teacher.

In fact, in recent years, the Giant Era and New Ideas have been accused of being "sorrowful" for publicizing that they do not "examine" and are difficult to refund. The new idea is that the enrollment qualification was cancelled by the education department due to illegal school running and chaotic teaching management. Another online education institution called Chaosheng Education has also been exposed to false propaganda about its cooperative relationship with well-known universities. After charging 9,500 yuan and 12,500 yuan for students to apply for college and undergraduate tuition, they also fooled students with fake student status on the copycat Xuexin website.

"Many institutions in the academic continuing education industry have problems with false propaganda." Xiong Bingqi, deputy dean of the 21st Century Education Research Institute, said that some institutions promote continuing education as a diploma equivalent to full-time education, which is suspected of false propaganda; another type of training The organization deliberately confuses the policy, claiming that there are special channels and means to pass the exam.

Xiong Bingqi said that to change this status quo, government departments need to increase the information disclosure of related policies. Candidates are also required to understand various self-examination policies, identify false propaganda by training institutions, and government departments must strengthen supervision and strengthen penalties for false propaganda.

Education and training institution in Beijing has been exposed to false propaganda; three ways to start an institution

recent years, education and training disputes have increased sharply. Fundamentally, many private training institutions are registered in the form of enterprises. Propaganda and engaging in teaching and training business have led to chaos. Zhang Xinnian expressed the hope that this phenomenon will attract the attention of relevant departments such as education, industry and commerce, and conduct special inspections and rectifications. If it constitutes illegal schooling, they will be resolutely investigated and investigated for administrative responsibility. If a crime is suspected, they will be transferred to public security organs in accordance with the law and criminal responsibility , To ensure the orderly and healthy development of the private education industry. (Beijing News Investigative Reporter)



Follow Xinhuanet

Wechat

Weibo

Qzone

【Correction】 Editor in charge: Li Tong

## News Review

0

comment

Your point of view is only for you, please speak in a civilized manner. Spread rumors and slander others

log in        registered

no comment yet



### Continue towards the future, hello my "2021"

6 months ago



### Guanshan Macaque "Winter Canteen" is open for dinner!

6 months ago



### @大学生's vacation is safe, have you got it yet?

6 months before winter vacation



### Can't bear the "pain" in order not to cut love. This consciousness must have!

6 months ago

Education and training institutions in United China has been exposed to false propaganda, three ways to start agriculture...

es" | International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi | Client | search for

Next
Order demand weake

Channel


waste" guide

6 months ago



### 3-year-old cute baby hits 110 for help, super cute dialogue exposed

Police, phone, uncle, parents, Ganzhou, contact, mother, one side, Longnan



### ["Flying" China] "Shangougou" turned into a demonstration village for rural governance

Tieling, Chaijiapuzi Village, National Rural Governance Demonstration Village,



### The "black copper walking silver" hidden in the ancient town of Banqiao in western Yunnan

Yunnan, Baoshan, black copper goes silver   6 months ago

### Retrograde! Adversity! Counterattack! Express brother Yu Yangyang bought 2 more cars



Express brother, retrograde, counterattack   2020-12-29



### One side of the lake and the sea, Fuzhou, this high-value highway is open to traffic

Scenic coastal road, opened to traffic, travel card   6 months ago

load more

recommend

news

Finance

International

Net review

image

society

Rule of law

Dazzle video


Zhengzhou Air Show closes


Five swans "walk around

hot word

Turnkey projects

Specific severely dishonest per

six people | Ocean One

Deformed children

People's Heroes Monument

---

Beautiful spring scenery in Tibet Yani | Busy farming in late spring | The most delicious taste in the world is | The flock trading market

阅读下一篇   **Order demand weakened, manufacturing PMI fell slightly in April**

| Current affairs | local | Rule of law | High-level | personnel | theory | International | military | Interview | Hong Kong and Macau | Taiwan | Chinese | Finance | car | Real estate | education | Technology | synergy |

Thinker | Net review | image

fashion | Lottery

7/22/2021 Education and training institution Suntech has been exposed to false propaganda, three ways to start-Xinhuanet

Case 1:19-cv-03744-RML Document 56-3 Filed 07/23/21 Page 13 of 13 PageID #: 1327

es" International Jazz Day: All-Star Jazz Concert Held in Russia Chinese Musi

Client

search for

Next
Order demand weake

Road
Channel

Follow us

About Xinhua News Agency    Company's official website    Contact us    I want to link    Copyright statement    Legal counsel    Advertising Service    Technical Service C

Copyright © 2000-2021 XINHUANET.com All Rights Reserved.
Production unit: Xinhuanet Co., Ltd. Copyright: Xinhuanet Co., Ltd.