UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,<br><br>Defendants. | No. 1:19-CV-03744-LDH-RML |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

PLEASE TAKE NOTICE that Lead Plaintiff David Horowitz ("Lead Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable LaShann DeArcy Hall, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, Courtroom 4H North, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the

1

Settlement; and (4) scheduling a Settlement Fairness Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Lead Plaintiff's motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based on this Notice of Unopposed Motion, the Stipulation and all exhibits attached thereto, Lead Plaintiff's supporting Memorandum of Law, and the Declaration of Brian B. Alexander and the exhibits attached thereto, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion. Accordingly, Lead Plaintiff requests that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated:  May 8, 2023

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Brian B. Alexander*
Phillip Kim
Brian B. Alexander
Jing Chen
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
         balexander@rosenlegal.com
         jchen@rosenlegal.com

*Counsel for Lead Plaintiff and the Proposed Settlement Class*