**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,<br><br>Defendants. | No. 1:19-CV-03744-LDH-RML |

**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT <u>AND ESTABLISHING NOTICE PROCEDURES</u>**

I, Brian B. Alexander, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a Counsel at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff David Horowitz ("Lead Plaintiff") in this action. I make this declaration in support of Lead Plaintiff's Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of Yahoo Finance's historical price record of Sunlands Technology Group's ADS from March 26, 2018 to June 27, 2019. On August 31, 2021, Sunlands conducted a 1-to-12.5 reverse split that reduced the number of outstanding ADSs trading in the market. Accordingly, to calculate the price that each ADSs was trading at during the relevant period, it is necessary to divide the prices in Exhibit 1 by 12.5. This document is publicly available at:

https://finance.yahoo.com/quote/STG/history?period1=1521849600&period2=1561680000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2022 Review and Analysis.*

4.      Attached as Exhibit 3 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*.

Executed this 8th day of May, 2023, in New York, NY.

*/s/ Brian B. Alexander*
Brian B. Alexander

1