**Davis Polk**

Edmund Polubinski
+1 212 450 4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

June 26, 2023

Re: *Horowitz v. Sunlands Technologies Group, et al.*, 19-CV-03744

The Honorable Robert M. Levy
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Levy:

We represent Defendant Sunlands Technologies Group ("Sunlands") and the individual defendants in the above-referenced action.  On June 14, 2023, the Court entered a docket order granting Plaintiff's motion for preliminary approval of the settlement of the action.

The parties respectfully request that the Court sign and enter the enclosed proposed order regarding preliminary approval of the settlement.  The proposed order, which is substantially similar to the proposed order submitted with Plaintiff's motion for preliminary approval of the settlement (ECF No. 61-1), addresses a number of deadlines and other matters related to the settlement notice and approval process.  In addition, because certain of Sunlands' insurance carriers have indicated they require a signed order to process funding, a signed preliminary approval order would facilitate the timely funding of the proposed settlement.

We are available at the Court's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

*/s/ Edmund Polubinski*
Edmund Polubinski


Enclosure

cc: All parties of record via ECF