**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-CV-03744-RML |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND**
**AWARD TO LEAD PLAINTIFF**

PLEASE TAKE NOTICE that, pursuant to the Order Granting Motion for Preliminary Approval of Class Action Settlement, on September 27, 2023 at 2:00 p.m., before the Honorable Robert M. Levy, United States Magistrate Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, Courtroom 11-B (South), Lead Plaintiff David Horowitz, will and hereby does move the Court for entry of an Order awarding attorneys' fees in the amount of one-third of the $6,200,000 Settlement Amount plus interest, reimbursement of litigation expenses, and an Award to Lead Plaintiff.[1]

This motion is based on this Notice of Motion; the Memorandum of Law in Support thereof; the Declaration of Brian B. Alexander in Support of the Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

A proposed order is submitted herewith.

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation of Settlement dated May 8, 2023 (Dkt. No. 61).

Dated: August 30, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Brian B. Alexander*
Phillip Kim
Brian B. Alexander
Jing Chen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        balexaner@rosenlegal.com
        jchen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian B. Alexander*
Brian B. Alexander