**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,<br><br>      Defendants. | No. 1:19-CV-03744-RML |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF**
**EXPENSES, AND AWARD TO PLAINTIFFS**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff David Horowitz ("Lead Plaintiff") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and Award to Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated May 8, 2023 (the "Stipulation") (Dkt. No. 61); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on September 27, 2023, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.    Lead Counsel is awarded one-third of the Settlement Fund or $2,066,666 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.    Lead Counsel shall be awarded expenses in the amount of $34,762.10, with interest, as described above.

3.    Lead Plaintiff shall be awarded $10,000 as reimbursement for his lost time and expenses in connection with their prosecution of the Action.

1

4.    Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated:_____, 2023                    _____
                                               HON. ROBERT M. LEVY
                                               UNITED STATES MAGISTRATE JUDGE

2