# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | Case No: 1:19-CV-03744-LDH-RML |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five-hundred twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.    Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated June 14, 2023 and June 28, 2023 (*see* Dkt. Nos. 61-1 and 67-1, the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator and Escrow Agent to supervise and administer the notice procedure as well as processing of

claims in connection with the Settlement of the above-captioned action.[1]  I submit this declaration in order to provide the Court and the Parties information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

### MAILING OF POSTCARD NOTICE

3.    To provide actual notice to those persons and entities that purchased the publicly traded American Depository Shares ("ADSs") of Sunlands Technology Group ("Sunlands") pursuant or traceable to the registration statement and related prospectus issued in connection with the March 2018 initial public stock offering (the "Sunlands IPO Offering Documents"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class.  A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

4.    SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Long Notice and Claim Form") for the DTC to publish on its Legal Notice System ("LENS") on June 27, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. Attached as **Exhibit B** is a copy of the Long Notice and Claim Form.

5.    As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated May 8, 2023 (Dkt. No. 61, the "Stipulation").

party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 837 banks and brokerage companies ("Nominee Account Holders"), as well as 1,419 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On June 27, 2023, SCS caused a letter to be mailed or e-mailed to the 2,256 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the link to the Long Notice and Claim Form to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly mail Postcard Notice or email the link to the Long Notice and Claim Form directly to them. A copy of the letter sent to these nominees is attached as **Exhibit C.**

6.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to one organization identified in the transfer records that were provided to SCS. This record reflect the entity that purchased Sunland ADSs for their own account, or for the account(s) of their client, pursuant or traceable to the Sunlands IPO Offering Documents. The transfer record mailing was completed on July 3, 2023. Following this mailing, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, and SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers. Two nominees notified SCS that they mailed a total of 27 Postcard Notices to their customers. To date, 1,735 Postcard Notices have been mailed to potential Settlement Class Members.

3

7.    Additionally, SCS was also notified by one of the nominees that they emailed 216 of their customers to notify them of this settlement and provide direct links to the Long Notice and Claim Form on the settlement website.

8.    In total 1,951 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Claim Form.

9.    Out of the 1,735 Postcard Notices mailed, 48 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for three, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 45 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 12 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

10.    Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business* Daily on July 3, 2023, as shown in the confirmations of publication attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

11.    SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a copy of the Long Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBSITE

12.    On June 27, 2023, SCS established a webpage on its website at www.strategicclaims.net/Sunlands/. The webpage is accessible 24 hours a day, 7 days a week.

The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

13.    The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than September 6, 2023.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

14.    According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to the Plaintiff must be submitted to Lead Counsel and Counsel for the Defendants, as well as filed with the Clerk of the Court, no later than September 6, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of August 2023, in Media, Pennsylvania.


Josephine Bravata
Josephine Bravata

5

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

Sunlands Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

Case No. 1:19-CV-03744-LDH-RML
Pending in the United States District Court
for the Eastern District of New York

EXHIBIT A

The United States District Court for the Eastern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against Sunlands Technology Group ("Sunlands"), certain of Sunlands current and former officers and directors, and the underwriters of Sunlands's March 2018 initial public offering of American Depository Shares ("ADSs"), in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public about Sunlands's marketing, growth, installment payment program, and refund policies in the registration statement and related prospectus issued in connection with Sunlands' March 2018 initial public stock offering (the "Sunlands IPO Offering Documents"). Defendants deny any wrongdoing.

You received this notice because you may have purchased publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents. The Settlement provides that in exchange for the dismissal and release of claims against Defendants, a fund consisting of $6,200,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who suffered damages and timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights, and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/Sunlands/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Sunlands Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/Sunlands/. PROOFS OF CLAIM ARE DUE BY AUGUST 28, 2023, and must be *EITHER* mailed to: SUNLANDS SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063, *OR* submitted electronically at www.strategicclaims.net/Sunlands/. If you do not want to be legally bound by the Settlement, you must exclude yourself by September 6, 2023. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by September 6, 2023. The Notice explains how to exclude yourself or object.

The Court will hold a hearing in this case on September 27, 2023 at 2:00 p.m., at 225 Cadman Plaza East, Courtroom 11-B South, Brooklyn, NY 11201, to consider whether to approve the Settlement, the Plan of Allocation and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $80,000 in expenses, and awards to Plaintiff, of $10,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,<br><br>     Defendants. | Case No: 1:19-CV-03744-LDH-RML |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased the publicly-traded American Depository Shares ("ADSs" or "shares") of Sunlands Technology Group ("Sunlands") pursuant or traceable to the registration statement and related prospectus issued in connection with Sunlands' March 2018 initial public stock offering (the "Sunlands IPO Offering Documents"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide six million and two-hundred thousand dollars ($6,200,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorney's fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents.
- The Settlement represents an estimated average recovery of $0.161 per publicly-traded damaged Sunlands ADS, per Plaintiff's estimate of 38,390,635 damaged ADSs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold publicly-traded Sunlands' ADSs, the purchase and sales prices, and the total number and amount of claims filed.
- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one- third of the Settlement Fund ($2,066,666) plus interest, reimbursement of no more than $80,000 in litigation expenses, and a case contribution award to Plaintiff not to exceed $10,000. Collectively, the attorney's fees and expenses and award to Plaintiff are estimated not to exceed an average of $0.056 per publicly-traded Sunlands share damaged during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Amount.
- The average approximate recovery, after deduction of attorney's fees and expenses approved by the Court, is $0.105 per publicly-traded Sunlands share damaged during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Sunlands ADSs, the purchase and sales prices, and the total number and amount of claims filed.

1

- The Settlement resolves the Action concerning whether Sunlands, Tongbo Liu, Yipeng Li, Jianhong Yin, Lu Lu, Michael Minhong Yu, Yang Wang, Goldman Sachs (Asia) L.L.C., Credit Suisse Securities (USA) LLC, and J.P. Morgan Securities LLC ("Defendants") violated the federal securities laws by making false and misleading statements about Sunlands's marketing, growth, installment payment program, and refund policies in the Sunlands IPO Offering Documents. Defendants have denied and continue to deny all allegations of wrongdoing, fault, liability or damage. Defendants have also denied, among other things, the allegations that Plaintiff or the Settlement Class have suffered damages or that Plaintiff or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against it in the Action are without merit.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to any recovery. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **August 28, 2023**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **September 6, 2023.** This is the only way you can ever be part of any other lawsuit against the Defendants or other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **September 6, 2023,** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement no later than **September 18, 2023** at the hearing on **September 27, 2023**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

2

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| Claims Administrator | or | Lead Counsel |
|---|---|---|
| Sunlands Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: (866) 274-4004 Fax: (610) 565-7985 info@strategicclaims.net | | Brian B. Alexander THE ROSEN LAW FIRM, P.A. 275 Madison Ave, 40th Floor New York, NY 10016 Tel: (212) 686-1060 Fax: (212) 202-3827 balexander@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated May 8, 2023 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.    Why did I get this Notice?**

You or someone in your family may have purchased publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents.

**2.    What is this lawsuit about?**

The case is known as *Horowitz v. Sunlands Technology Group, et al.*, Case No. 1:19-CV-03744-LDH-RML (the "Action"). The Court in charge of the case is the United States District Court for the Eastern District of New York.

The Action involves allegations that Defendants made materially false and misleading statements to the public. Specifically, the Complaint alleges that Defendants violated the federal securities laws by making false and misleading statements about Sunlands's marketing, growth, installment payment program, and refund policies in the Sunlands IPO Offering Documents. Defendants have denied and continue to deny all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Plaintiff or any other Settlement Class Member.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiff, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

3

**4.      Why is there a Settlement?**

Plaintiff and Defendants do not agree regarding the merits of Plaintiff's allegations or the average amount of damages per share, if any, that would be recoverable if Plaintiff were to prevail at trial on each claim. The issues on which Plaintiff and Defendants disagree include, but are not limited to: (1) whether Defendants made any allegedly materially false or misleading statements; (2) whether Plaintiff's claims are barred by the statute of limitations; (3) the causes of the loss in the value of Sunlands ADSs; and (4) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiff or Defendants. Instead, Plaintiff and Defendants have agreed to settle the case. Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Even if Plaintiff were to win at trial, and also prevail on any on appeal, Plaintiff might not be able to collect some or any of the judgment he is awarded.

**5.      How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents, subject to the exclusions in Question 6 below.

**6.      Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (1) Defendants; (2) the officers, directors, and affiliates of Sunlands at all relevant times; (3) Sunlands employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Sunlands ADSs through any such plan(s); (4) any entity in which Defendants have or had a majority ownership interest; (5) immediate family members of any excluded person; and (6) the legal representatives, heirs, successors, or assigns of any excluded person or entity. Also excluded from the Settlement Class are those Persons who submit valid and timely a request for exclusion as described below in the response to Question 11.

**7.      I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/Sunlands/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.      What does the Settlement provide?**

**a.      What is the Settlement Fund?**

The proposed Settlement provides for Defendants and/or their insurers to pay six million, two hundred thousand dollars ($6,200,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Sunlands ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and to Plaintiff.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator ("Authorized Claimants") pursuant to the terms of the Settlement Stipulation or by order of the Court in accordance with the Proposed Plan of Allocation below. The Proposed Plan of Allocation reflects the damages to investors set forth in Section 11 of the Securities Act.

### PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Sunlands/.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**:  The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

5

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

For ADSs purchased **pursuant or traceable to the IPO** between March 23, 2018[1] and September 18, 2018[2], inclusive, the Recognized Loss shall be calculated as follows:

    A.  For shares sold between March 23, 2018 and June 27, 2019[3], inclusive,  the Recognized Loss shall be the lesser of:
      i.    The purchase price per share (not to exceed the $11.50 per share IPO price) less the sale price per share; or
      ii.   $9.10 per share[4].

    B.  For shares held as of the close of trading on June 27, 2019, the Recognized Loss shall be the purchase price per share (not to exceed the $11.50 per share IPO price) less $2.40 per share[5].

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Sunlands ADSs shall not be deemed a purchase, acquisition or sale of Sunlands shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase. Only publicly traded ADSs are eligible purchases. Shares purchased after September 18, 2018 are not eligible purchases since shares are no longer traceable to the IPO.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order.  Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions and sales of Sunlands ADSs during the time period between March 23, 2018 and June 27, 2019, inclusive.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court.  Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund.

**9.    How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/Sunlands/. Read the instructions carefully, fill out the form,

---

[1] The date of the IPO.

[2] Sunlands ADSs were traceable to the Sunlands IPO Offering Documents through September 18, 2018 and no longer traceable after September 18, 2018.

[3] The filing date of the initial suit.

[4] $9.10 per share is the difference between the $11.50 per share IPO price and the $2.40 per share price of Sunlands ADSs at the close of trading on June 27, 2019, the filing date of the initial suit.

[5] This is the closing price per share on June 27, 2019.

and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Sunlands/ **by 11:59 p.m. EST on August 28, 2023**; or (2) by mailing the Proof of Claim and Release Form together with all documentation requested in the form, **postmarked no later than August 28, 2023**, to:

Sunlands Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant. Please contact the Claims Administrator if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim and Release Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

**10.    What am I giving up by receiving a payment and staying in the Class?**

**Unless you exclude yourself from the Settlement Class by the September 6, 2023, deadline,** you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit against) Defendants and all Released Parties from any and all claims which arise out of, are based upon or relate in any way to the purchase of Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, sale or ownership of Sunlands ADSs traceable to the Sunlands IPO Offering Documents. The specific terms of the release are included in the Settlement Stipulation.

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Horowitz v. Sunlands Technology Group, et al.*, Case No. 1:19-CV-03744-LDH-RML (E.D.N.Y)" and (B) states the date, number of shares, and dollar amount of each purchase of publicly-traded Sunlands ADSs you made that was pursuant or traceable to the Sunlands IPO Offering Documents. To be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase of publicly-traded Sunlands ADSs you made that was pursuant or traceable to the Sunlands IPO Offering Documents and, if applicable, each sale transaction of Sunlands ADSs up until and including June 27, 2019; and (ii) demonstrating your status as a beneficial owner of the Sunlands ADS. Any such request for exclusion must be signed and submitted

7

by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than September 6, 2023**, to the Claims Administrator at the following address:

Sunlands Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Defendants or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in this Notice to exclude yourself, you give up any right to sue Defendants or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorney's fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($2,066,666) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $80,000, and an award to Plaintiff not to exceed $10,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiff, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Horowitz v. Sunlands Technology Group, et al.*, Case No. 1:19-CV-03744-LDH-RML (E.D.N.Y). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases of publicly-traded Sunlands ADSs you made that were pursuant or traceable to the Sunlands IPO Offering Documents (to demonstrate you are a Settlement Class Member) as well as any sale(s) transaction; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has

8

filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted and served on the Parties by September 18, 2023) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than September 6, 2023**:

| Clerk of the Court United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201 | Phillip Kim Brian B. Alexander The Rosen Law Firm, P.A. 275 Madison Ave 40th Floor New York, NY 10016  *Lead Counsel* | Edmund Polubinski III Nikolaus J. Williams Davis Polk & Wardwell LLP 450 Lexington Avenue New York, NY 10017  *Counsel for the Sunlands Defendants*  Douglas H. Flaum Gabrielle Lisa Gould Goodwin Proctor LLP 620 Eighth Avenue New York, NY 10018  *Counsel for the Underwriter Defendants* |
|---|---|---|

**16.   What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.   When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **September 27, 2023, at 2:00 p.m.**, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 11-B South, Brooklyn, NY 11201. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct the Claims Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

**18.   Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

### SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If you purchased Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address and last known address of each person or organization for whom or which you purchased publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents; (b) request the link to the Long Notice and Proof of Claim and Release Form and, within ten (10) days after receiving the link, email the Long Notice and Proof of Claim and Release Form link to the email address of each beneficial purchaser/owner of publicly-traded Sunlands ADS; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of the publicly-traded Sunlands ADS. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.03 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.03 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.03 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

DATED:  JUNE 14, 2023                                  BY ORDER OF THE UNITED STATES
                                                        DISTRICT COURT FOR THE
                                                        EASTERN DISTRICT OF NEW YORK

10

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  August 28, 2023**

IF YOU PURCHASED PUBLICLY-TRADED AMERICAN DEPOSITORY SHARES ("ADSs") OF SUNLANDS TECHNOLOGY GROUP ("SUNLANDS") PURSUANT OR TRACEABLE TO THE REGISTRATION STATEMENT AND RELATED PROSPECTUS ISSUED IN CONNECTION WITH SUNLANDS' MARCH 2018 INITIAL PUBLIC STOCK OFFERING (THE "SUNLANDS IPO OFFERING DOCUMENTS") YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (1) DEFENDANTS; (2) THE OFFICERS, DIRECTORS, AND AFFILIATES OF SUNLANDS AT ALL RELEVANT TIMES; (3) SUNLANDS EMPLOYEE RETIREMENT OR BENEFIT PLAN(S) AND THEIR PARTICIPANTS OR BENEFICIARIES TO THE EXTENT THEY PURCHASED OR ACQUIRED SUNLANDS ADSs THROUGH ANY SUCH PLAN(S); (4) ANY ENTITY IN WHICH DEFENDANTS HAVE OR HAD A MAJORITY OWNERSHIP INTEREST; (5) IMMEDIATE FAMILY MEMBERS OF ANY EXCLUDED PERSON; (6) THE LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, OR ASSIGNS OF ANY EXCLUDED PERSON OR ENTITY; AND (7) PERSONS WHO SUBMIT A VALID AND TIMELY REQUEST FOR EXCLUSION IN ACCORDANCE WITH THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") TO BE ELIGIBLE TO SHARE IN THE SETTLEMENT BENEFITS. **YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS CLAIM FORM BY 11:59 P.M. EST ON AUGUST 28, 2023 AT WWW.STRATEGICCLAIMS.NET/SUNLANDS/.**

**IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS CLAIM FORM, YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN AUGUST 28, 2023,** TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Sunlands Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
info@strategicclaims.net

**SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR.** DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED.

YOUR FAILURE TO SUBMIT YOUR CLAIM BY AUGUST 28, 2023, WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE COURT'S ORDER AND FINAL JUDGMENT UNLESS YOU EXCLUDE YOURSELF. SUBMISSION OF A CLAIM FORM DOES NOT GUARANTEE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

11

## CLAIMANT'S STATEMENT

1. I (we) purchased publicly-traded ADSs of Sunlands pursuant or traceable to the Sunlands IPO Offering Documents. (Do not submit this Proof of Claim and Release Form if you did not purchase Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form ("Claim Form"). I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase of Sunlands ADSs, and each sale, if any, of such ADSs. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of publicly-traded Sunlands ADSs listed below in support of my (our) claim. (If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker or tax advisor because these documents are necessary to prove and process your claim. **YOUR FAILURE TO SUBMIT COPIES OF OFFICIAL DOCUMENTS EVIDENCING YOUR PURCHASES AND/OR SALES WILL CAUSE THE CLAIMS ADMINISTRATOR TO REJECT YOUR CLAIM**.)

6. I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to calculate your Recognized Loss efficiently and reliably. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where it could affect your Recognized Loss, information concerning transactions in any derivative securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him,

12

her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated May 8, 2023 ("Settlement Stipulation").

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. I acknowledge that "Released Parties" has the meaning laid out in the Settlement Stipulation.

10. I acknowledge that "Released Claims" has the meaning laid out in the Settlement Stipulation.

11. I acknowledge that "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form for each Settlement Class Member, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/Sunlands/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

13

SUNLANDS

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN SUNLANDS ADSs

**Purchases/Acquisitions:**

A. Separately list each and every purchase of publicly-traded Sunlands ADSs between March 23, 2018, and June 27, 2019, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date[6] (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

[6] "Trade Date" refers to the date the trade was initiated not the settlement date.

14

**Sales:**

B. Separately list each and every sale of publicly-traded Sunlands ADSs between March 23, 2018 and June 27, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

C. State the total number of shares of publicly-traded Sunlands ADSs held at the close of trading on June 27, 2019 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of New York with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of publicly-traded Sunlands ADSs pursuant or traceable to the Sunlands IPO Offering Documents and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

15

SUNLANDS

**NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN AUGUST 28, 2023 AND MUST BE MAILED TO:**

Sunlands Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by August 28, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll-free at 866-274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form. Please notify the Claims Administrator of any change of address.

SUNLANDS

**REMINDER CHECKLIST**

o  Please be sure to sign this Claim Form on page 16. If this Claim Form is submitted on behalf of joint claimants, each claimant must sign.

o  Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o  Do NOT use highlighter on the Claim Form or any supporting documents.

o  If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

17

Sunlands Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT C**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net          FAX: (610) 565-7985

June 27, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS AND ENTITIES THAT PURCHASED PUBLICLY-TRADED AMERICAN DEPOSITORY SHARES ("ADSs") OF SUNLANDS TECHNOLOGY GROUP ("SUNLANDS") PURSUANT OR TRACEABLE TO THE REGISTATION STATEMENT AND RELATED PROSPECTUS ISSUED IN CONNECTION WITH SUNLANDS' MARCH 2018 INITIAL PUBLIC STOCK OFFERING[1].

Excluded from the Settlement Class are: (1) Defendants; (2) the officers, directors, and affiliates of Sunlands at all relevant times; (3) Sunlands employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Sunlands ADSs through any such plan(s); (4) any entity in which Defendants have or had a majority ownership interest; (5) immediate family members of any excluded person; and (6) the legal representatives, heirs, successors, or assigns, of any excluded person or entity.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Sunlands Securities Litigation*<br>Case No: 1:19-CV-03744-LDH-RML<br>Claim Filing Deadline: August 28, 2023<br>Exclusion Deadline: September 6, 2023<br>Objection Deadline: September 6, 2023<br>Settlement Fairness Hearing: September 27, 2023 | Cusip Number: 86740P108<br>Ticker Symbol: NYSE:STG |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the Long Notice and Claim Form and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per emailed link to the Long Notice and Claim Form sent** OR
- **$0.03 per name, address, and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Long Notice and Claim Form and all the important documents are available on our website at www.strategicclaims.net/Sunlands/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Sunlands Securities Litigation

---

[1] The ADSs purchased pursuant or traceable to the IPO is between March 23, 2018 through and including September 18, 2018.

EXHIBIT D



Josephine Bravata <jbravata@strategicclaims.net>

---

## GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA

1 message

---

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                    Mon, Jul 3, 2023 at 9:01 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of the Sunlands Technology Group American Depository Shares – STG

**Cross time: 07/03/23 09:00 AM ET: Eastern Time - View release on GlobeNewswire.com**

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

---

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

**AFFIDAVIT**

**STATE OF NEW JERSEY**                    )
                                           ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

JUL-03-2023;

ADVERTISER: Sunlands Technology Group;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
 13   day of   February     2023

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
7/18/2023
STATE OF NEW JERSEY

Case 1:19-cv-03744-RML     Document 71-2     Filed 08/30/23     Page 30 of 30 PageID #: 1714

# FUTURES

INVESTORS.COM



**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated,
Plaintiff,
v.
SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC,
Defendants.

Case No: 1:19-CV-03744-LDH-RML

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO:  ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITORY SHARES ("ADSs") OF SUNLANDS TECHNOLOGY GROUP ("SUNLANDS") PURSUANT TO OR TRACEABLE TO THE REGISTRATION STATEMENT AND RELATED PROSPECTUS ISSUED IN CONNECTION WITH SUNLANDS' MARCH 2018 INITIAL PUBLIC STOCK OFFERING (THE "SUNLANDS IPO OFFERING DOCUMENTS").**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on September 27, 2023, at 2:00 p.m. before the Honorable Robert M. Levy, United States Magistrate Judge for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 11-B South, Brooklyn, NY 11201, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $6,200,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $80,000, and a service payment of no more than $10,000 to Plaintiff, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated May 8, 2023 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means.

If you purchased ADSs of Sunlands pursuant or traceable to the Sunlands IPO Offering Documents, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in publicly-traded Sunlands ADSs. If you need assistance obtaining a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may write to, call, or contact the Claims Administrator: Sunlands Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Claim Form online at www.strategicclaims.net/Sunlands/. If you are a member of the Settlement Class, to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than August 28, 2023 to the Claims Administrator, establishing that you are entitled to share in the recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than September 6, 2023, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than September 6, 2023, by each of the following:

| Clerk of the Court | Phillip Kim | Edmund Polubinski III | Douglas H. Flaum |
|---|---|---|---|
| United States District Court | Brian B. Alexander | Nikolaus J. Williams | Gabrielle Lisa Gould |
| Eastern District of New York | The Rosen Law Firm, P.A. | Davis Polk & Wardwell LLP | Goodwin Procter LLP |
| 225 Cadman Plaza East | 275 Madison Ave | 450 Lexington Avenue | 620 Eighth Avenue |
| Brooklyn, NY 11201 | 40th Floor | New York, NY 10017 | New York, NY 10018 |
| | New York, NY 10016 | **Counsel for the Sunlands** | **Counsel for the** |
| | **Lead Counsel** | **Defendants** | **Underwriter Defendants** |

If you have any questions about the Settlement, you may call or write to Lead Counsel:
Brian B. Alexander
THE ROSEN LAW FIRM, P.A.
275 Madison Ave, 40th Floor, New York, NY 10016
Tel: (212) 686-1060, balexander@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**
DATED: JUNE 14, 2023
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

©2023 Investor's Business Daily, LLC. All rights reserved.