# EXHIBIT 5

Case 1:19-cv-03744-RML Document 71-5 Filed 08/30/23 Page 2 of 18 PageID #: 1746

**Finance Home**  **Watchlists**  **My Portfolio**  **Crypto**  **Yahoo Finance Plus**  **News**  **Screeners**  **Markets**  **Videos**  **···**       Upgrade now

## Sunlands Technology Group (STG)
NYSE - NYSE Delayed Price. Currency in USD

Follow    👥 Visitors trend  2W ↑  10W ↑  9M ↑       Quote Lookup

**6.38** 0.00 (0.00%)    **6.26** -0.12 (-1.88%)
At close: May 5 04:00PM EDT       After hours: May 5, 06:47PM EDT

Summary   Company Insights y+   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

Time Period: **Mar 23, 2018 - Jun 27, 2019** ⌄     Show: **Historical Prices** ⌄     Frequency: **Daily** ⌄

Apply

Currency in USD                                              ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jun 27, 2019 | 28.48 | 30.99 | 28.13 | 30.00 | 30.00 | 976 |
| Jun 26, 2019 | 28.75 | 28.75 | 27.42 | 28.50 | 28.50 | 544 |
| Jun 25, 2019 | 28.75 | 28.79 | 28.45 | 28.50 | 28.50 | 608 |
| Jun 24, 2019 | 29.38 | 29.38 | 28.63 | 29.38 | 29.38 | 400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**yahoo!** finance
**What's a strong buy today?**
Get expert stock picks built on data
Try 14 days free*

Case 1:19-cv-03744-RML   Document 71-5   Filed 08/30/23   Page 2 of 18 PageID #: 1747

| **Finance Home** | **Watchlists** | **My Portfolio** | **Crypto** | **Yahoo Finance Plus** | **News** | **Screeners** | **Markets** | **Videos** | **...** | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|---|

| Jun 21, 2019 | 28.74 | 29.38 | 27.50 | 29.38 | 29.38 | 824 |
|---|---|---|---|---|---|---|
| Jun 20, 2019 | 28.63 | 31.00 | 27.63 | 29.38 | 29.38 | 1,256 |
| Jun 19, 2019 | 26.50 | 28.63 | 26.50 | 28.63 | 28.63 | 1,072 |
| Jun 18, 2019 | 26.38 | 28.63 | 25.13 | 25.88 | 25.88 | 1,672 |
| Jun 17, 2019 | 25.88 | 26.63 | 25.75 | 25.75 | 25.75 | 720 |
| Jun 14, 2019 | 26.13 | 27.13 | 25.25 | 25.75 | 25.75 | 2,064 |
| Jun 13, 2019 | 27.50 | 27.50 | 26.25 | 26.25 | 26.25 | 864 |
| Jun 12, 2019 | 28.13 | 29.13 | 26.88 | 27.88 | 27.88 | 1,496 |
| Jun 11, 2019 | 31.25 | 31.88 | 28.13 | 28.25 | 28.25 | 2,280 |
| Jun 10, 2019 | 31.50 | 32.88 | 31.25 | 31.25 | 31.25 | 1,456 |
| Jun 07, 2019 | 33.00 | 33.13 | 31.88 | 31.88 | 31.88 | 2,600 |
| Jun 06, 2019 | 32.85 | 33.00 | 32.69 | 32.69 | 32.69 | 120 |
| Jun 05, 2019 | 32.84 | 33.00 | 32.25 | 32.63 | 32.63 | 808 |
| Jun 04, 2019 | 33.71 | 33.75 | 33.00 | 33.00 | 33.00 | 688 |
| Jun 03, 2019 | 34.13 | 34.13 | 32.88 | 33.75 | 33.75 | 544 |
| May 31, 2019 | 35.25 | 35.25 | 33.25 | 33.50 | 33.50 | 1,856 |
| May 30, 2019 | 35.00 | 35.63 | 34.75 | 35.50 | 35.50 | 648 |
| May 29, 2019 | 34.38 | 34.38 | 33.50 | 34.38 | 34.38 | 1,232 |
| May 28, 2019 | 33.75 | 36.88 | 33.75 | 36.75 | 36.75 | 1,088 |
| May 24, 2019 | 35.50 | 36.88 | 35.50 | 36.00 | 36.00 | 1,320 |

## NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **FEDU**<br>Four Seasons Education (Cayman) Inc. | 9.58 | -1.22 | -11.30% |
| **BEDU**<br>Bright Scholar Education Holdings Limited | 1.9850 | +0.0350 | +1.79% |
| **TEDU**<br>Tarena International, Inc. | 3.4800 | +0.0400 | +1.16% |
| **JT**<br>Jianpu Technology Inc. | 1.4300 | +0.0947 | +7.09% |
| **MOGU**<br>MOGU Inc. | 2.5900 | -0.1400 | -5.13% |

### Similar to STG

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **FEDU**<br>Four Seasons Education (Cayman) Inc. | 9.58 | -1.22 | -11.30% |
| **VTRU**<br>Vitru Limited | 12.98 | +0.18 | +1.41% |
| **DAO**<br>Youdao, Inc. | 6.53 | +0.41 | +6.70% |
| **GEHI**<br>Gravitas Education Holdings, Inc. | 14.60 | +0.91 | +6.65% |
| **LINC**<br>Lincoln Educational Services Corporation | 5.73 | -0.06 | -1.04% |

### Financials ›

Case 1:19-cv-03744-RML    Document 71-5    Filed 08/30/23    Page 4 of 18 PageID #: 1748

| Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ••• | Upgrade now |

| | | | | | | |
|---|---|---|---|---|---|---|
| May 23, 2019 | 34.38 | 36.13 | 33.00 | 35.00 | 35.00 | 3,544 |
| May 22, 2019 | 34.00 | 36.88 | 34.00 | 36.75 | 36.75 | 1,432 |
| May 21, 2019 | 34.38 | 36.06 | 34.38 | 34.63 | 34.63 | 1,064 |
| May 20, 2019 | 35.67 | 36.25 | 34.88 | 35.00 | 35.00 | 1,328 |
| May 17, 2019 | 37.13 | 37.50 | 35.88 | 36.00 | 36.00 | 2,248 |
| May 16, 2019 | 36.50 | 38.13 | 36.50 | 37.13 | 37.13 | 1,544 |
| May 15, 2019 | 35.63 | 37.38 | 35.63 | 36.50 | 36.50 | 2,432 |
| May 14, 2019 | 37.38 | 37.38 | 35.84 | 36.50 | 36.50 | 3,760 |
| May 13, 2019 | 35.88 | 37.38 | 35.38 | 37.38 | 37.38 | 1,336 |
| May 10, 2019 | 35.75 | 38.25 | 35.75 | 36.25 | 36.25 | 4,336 |
| May 09, 2019 | 35.63 | 37.50 | 35.25 | 36.25 | 36.25 | 1,584 |
| May 08, 2019 | 36.13 | 37.50 | 36.13 | 36.88 | 36.88 | 1,448 |
| May 07, 2019 | 37.13 | 37.50 | 36.00 | 36.88 | 36.88 | 2,048 |
| May 06, 2019 | 37.25 | 37.39 | 35.44 | 36.75 | 36.75 | 1,888 |
| May 03, 2019 | 38.00 | 38.13 | 37.25 | 37.50 | 37.50 | 1,728 |
| May 02, 2019 | 38.38 | 39.38 | 36.88 | 36.88 | 36.88 | 4,552 |
| May 01, 2019 | 37.50 | 38.38 | 36.76 | 38.25 | 38.25 | 1,248 |
| Apr 30, 2019 | 37.13 | 37.75 | 36.75 | 37.13 | 37.13 | 2,104 |
| Apr 29, 2019 | 37.25 | 37.75 | 37.00 | 37.00 | 37.00 | 3,912 |
| Apr 26, 2019 | 37.88 | 38.09 | 36.50 | 36.75 | 36.75 | 3,656 |



25th ANNIVERSARY SALE

**Up to FREE airfare & $25 deposit**

All-inclusive European river voyages
No children. No casinos.



PRICE & BUILD

**Recommendation Trends** ›



Strong Buy
Buy
Hold
Underperform
Sell

Case 1:19-cv-03744-RML   Document 71-5   Filed 08/30/23   Page 5 of 18 PageID #: 1749

**Finance Home**   **Watchlists**   **My Portfolio**   **Crypto**   **Yahoo Finance Plus**   **News**   **Screeners**   **Markets**   **Videos**   **⋯**   Upgrade now

| | | | | | | |
|---|---|---|---|---|---|---|
| Apr 25, 2019 | 38.25 | 38.38 | 36.38 | 37.88 | 37.88 | 2,032 |
| Apr 24, 2019 | 39.25 | 39.38 | 37.75 | 38.13 | 38.13 | 3,456 |
| Apr 23, 2019 | 37.25 | 39.25 | 37.25 | 39.00 | 39.00 | 3,672 |
| Apr 22, 2019 | 39.13 | 39.13 | 37.00 | 37.00 | 37.00 | 5,632 |
| Apr 18, 2019 | 41.25 | 41.50 | 39.38 | 39.38 | 39.38 | 2,752 |
| Apr 17, 2019 | 44.88 | 45.00 | 41.14 | 41.38 | 41.38 | 4,144 |
| Apr 16, 2019 | 42.50 | 47.13 | 42.10 | 44.19 | 44.19 | 3,496 |
| Apr 15, 2019 | 43.13 | 44.38 | 41.38 | 42.25 | 42.25 | 1,080 |
| Apr 12, 2019 | 44.00 | 44.00 | 42.38 | 42.75 | 42.75 | 1,144 |
| Apr 11, 2019 | 43.13 | 45.25 | 41.75 | 43.75 | 43.75 | 3,312 |
| Apr 10, 2019 | 43.13 | 45.38 | 42.50 | 43.25 | 43.25 | 1,704 |
| Apr 09, 2019 | 43.79 | 44.19 | 41.63 | 43.00 | 43.00 | 2,040 |
| Apr 08, 2019 | 41.25 | 45.88 | 41.25 | 43.13 | 43.13 | 3,448 |
| Apr 05, 2019 | 45.13 | 46.00 | 36.38 | 41.13 | 41.13 | 8,504 |
| Apr 04, 2019 | 44.63 | 47.13 | 44.50 | 45.50 | 45.50 | 1,560 |
| Apr 03, 2019 | 47.13 | 47.50 | 43.13 | 43.75 | 43.75 | 1,800 |
| Apr 02, 2019 | 45.50 | 48.25 | 45.50 | 45.88 | 45.88 | 3,016 |
| Apr 01, 2019 | 45.88 | 47.50 | 45.31 | 46.38 | 46.38 | 1,304 |
| Mar 29, 2019 | 45.75 | 47.38 | 44.56 | 45.00 | 45.00 | 4,328 |
| Mar 28, 2019 | 46.25 | 47.50 | 43.00 | 44.75 | 44.75 | 4,456 |

**4**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

## Upgrades & Downgrades  ›

| Downgrade | Credit Suisse: Neutral to Underperform | 5/29/2019 |
|---|---|---|
| Downgrade | Goldman Sachs: Buy to Neutral | 1/29/2019 |
| Initiated | Credit Suisse: to Outperform | 6/22/2018 |

## Company Profile  ›

Building 4-6
Chaolai Science Park
No. 36, Chuangyuan
Road Chaoyang District
Beijing 100012
China
86 10 5241 3738
https://www.sunlands.com
Sector(s): **Consumer Defensive**
Industry: **Education & Training Services**
Full Time Employees: **2,318**

Sunlands Technology Group, through its subsidiaries, provides online education services through online and mobile platforms in the People's Republic of China. It offers various degree- and diploma-oriented post-secondary courses, including preparation courses for the self-taught higher education examination (STE) for

Case 1:19-cv-03744-RML  Document 71-5  Filed 08/30/23  Page 6 of 18 PageID #: 1750

**Finance Home**      **Watchlists**      **My Portfolio**      **Crypto**      **Yahoo Finance Plus**      **News**      **Screeners**      **Markets**      **Videos**      ···              Upgrade now

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 27, 2019 | 50.13 | 50.75 | 45.25 | 45.25 | 45.25 | 3,192 |
| Mar 26, 2019 | 50.50 | 51.88 | 48.75 | 49.38 | 49.38 | 2,992 |
| Mar 25, 2019 | 50.63 | 53.00 | 49.50 | 49.50 | 49.50 | 2,832 |
| Mar 22, 2019 | 54.00 | 54.00 | 51.25 | 51.25 | 51.25 | 3,456 |
| Mar 21, 2019 | 51.38 | 53.75 | 51.26 | 53.75 | 53.75 | 2,864 |
| Mar 20, 2019 | 51.25 | 53.38 | 51.25 | 52.86 | 52.86 | 2,008 |
| Mar 19, 2019 | 54.00 | 54.25 | 52.13 | 52.13 | 52.13 | 2,984 |
| Mar 18, 2019 | 51.91 | 54.88 | 51.91 | 52.13 | 52.13 | 1,984 |
| Mar 15, 2019 | 53.13 | 55.63 | 52.75 | 53.00 | 53.00 | 3,176 |
| Mar 14, 2019 | 56.50 | 56.88 | 51.88 | 53.13 | 53.13 | 4,648 |
| Mar 13, 2019 | 52.78 | 57.50 | 52.78 | 57.50 | 57.50 | 3,744 |
| Mar 12, 2019 | 51.63 | 54.25 | 51.63 | 52.50 | 52.50 | 2,840 |
| Mar 11, 2019 | 50.38 | 53.75 | 50.38 | 52.13 | 52.13 | 3,024 |
| Mar 08, 2019 | 54.63 | 54.63 | 51.00 | 51.50 | 51.50 | 5,240 |
| Mar 07, 2019 | 55.13 | 55.63 | 53.75 | 54.75 | 54.75 | 3,544 |
| Mar 06, 2019 | 52.63 | 54.38 | 52.25 | 53.63 | 53.63 | 2,504 |
| Mar 05, 2019 | 53.00 | 55.63 | 51.50 | 53.00 | 53.00 | 5,112 |
| Mar 04, 2019 | 50.25 | 53.38 | 50.00 | 52.13 | 52.13 | 6,424 |
| Mar 01, 2019 | 55.25 | 56.00 | 49.00 | 50.00 | 50.00 | 7,176 |
| Feb 28, 2019 | 53.50 | 55.19 | 52.75 | 55.00 | 55.00 | 2,528 |

degrees, as well as for the entrance examinations of Master of Business Administration programs. The company's STE courses include Chinese language and literature, law, pre-school education, marketing, English, human resource management, business administration, business management, modern corporate governance, financial management, advertising, accounting, administrative management, computer information management, finance, chain operation management, and visual communication and design and production. It also provides professional certification preparation courses in various industries and professions, such as accounting, human resources, teaching, and finance. In addition, the company offers education services through online and mobile platforms to adult students, pursuing post-secondary, and professional educations. The company was formerly known as Sunlands Online Education Group and changed its name to Sunlands Technology Group in August 2018. Sunlands Technology Group was founded in 2003 and is headquartered in Beijing, the People's Republic of China.

More about Sunlands Technology Group

Case 1:19-cv-03744-RML Document 71-5 Filed 08/30/23 Page 7 of 18 PageID #: 1751

| Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb 27, 2019 | 52.13 | 53.88 | 51.75 | 53.13 | 53.13 | 2,440 |
| Feb 26, 2019 | 49.38 | 54.88 | 49.38 | 52.25 | 52.25 | 6,520 |
| Feb 25, 2019 | 61.25 | 64.38 | 44.50 | 50.63 | 50.63 | 32,336 |
| Feb 22, 2019 | 67.38 | 68.38 | 61.00 | 61.13 | 61.13 | 3,792 |
| Feb 21, 2019 | 62.90 | 65.63 | 62.63 | 65.63 | 65.63 | 1,464 |
| Feb 20, 2019 | 62.13 | 64.75 | 62.13 | 63.63 | 63.63 | 912 |
| Feb 19, 2019 | 64.75 | 67.50 | 62.50 | 62.50 | 62.50 | 2,224 |
| Feb 15, 2019 | 64.38 | 66.22 | 63.13 | 65.75 | 65.75 | 1,920 |
| Feb 14, 2019 | 65.88 | 67.38 | 62.63 | 62.63 | 62.63 | 1,992 |
| Feb 13, 2019 | 66.46 | 67.63 | 65.00 | 65.00 | 65.00 | 1,888 |
| Feb 12, 2019 | 68.75 | 68.75 | 66.25 | 66.25 | 66.25 | 2,528 |
| Feb 11, 2019 | 68.88 | 68.88 | 66.59 | 67.50 | 67.50 | 1,976 |
| Feb 08, 2019 | 67.50 | 69.38 | 66.38 | 68.13 | 68.13 | 1,840 |
| Feb 07, 2019 | 68.00 | 68.00 | 66.00 | 66.88 | 66.88 | 1,632 |
| Feb 06, 2019 | 69.38 | 69.38 | 66.63 | 66.63 | 66.63 | 1,568 |
| Feb 05, 2019 | 68.00 | 69.50 | 67.50 | 69.38 | 69.38 | 1,704 |
| Feb 04, 2019 | 69.25 | 69.88 | 66.38 | 68.74 | 68.74 | 2,016 |
| Feb 01, 2019 | 68.88 | 69.38 | 67.13 | 68.13 | 68.13 | 864 |
| Jan 31, 2019 | 63.88 | 68.75 | 63.65 | 68.75 | 68.75 | 2,552 |
| Jan 30, 2019 | 67.50 | 69.13 | 63.75 | 65.63 | 65.63 | 4,000 |

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

Case 1:19-cv-03744-RML   Document 71-5   Filed 08/30/23   Page 8 of 18 PageID #: 1752

| Jan 29, 2019 | 68.50 | 71.25 | 66.75 | 68.75 | 68.75 | 2,096 |
| Jan 28, 2019 | 67.50 | 70.00 | 65.13 | 70.00 | 70.00 | 2,248 |
| Jan 25, 2019 | 65.00 | 68.75 | 65.00 | 68.38 | 68.38 | 3,200 |
| Jan 24, 2019 | 58.50 | 65.00 | 55.75 | 65.00 | 65.00 | 4,464 |
| Jan 23, 2019 | 54.19 | 57.50 | 53.88 | 57.50 | 57.50 | 2,440 |
| Jan 22, 2019 | 52.38 | 54.79 | 51.50 | 53.88 | 53.88 | 3,248 |
| Jan 18, 2019 | 49.75 | 53.75 | 49.75 | 53.63 | 53.63 | 4,520 |
| Jan 17, 2019 | 49.38 | 50.00 | 48.75 | 48.75 | 48.75 | 2,536 |
| Jan 16, 2019 | 48.38 | 49.38 | 47.50 | 49.38 | 49.38 | 1,256 |
| Jan 15, 2019 | 46.38 | 48.75 | 46.38 | 48.25 | 48.25 | 3,056 |
| Jan 14, 2019 | 48.00 | 49.50 | 45.38 | 45.38 | 45.38 | 2,600 |
| Jan 11, 2019 | 48.25 | 49.38 | 45.75 | 49.38 | 49.38 | 8,672 |
| Jan 10, 2019 | 48.00 | 48.25 | 46.00 | 48.25 | 48.25 | 3,216 |
| Jan 09, 2019 | 46.75 | 47.76 | 45.75 | 47.50 | 47.50 | 3,000 |
| Jan 08, 2019 | 46.25 | 47.00 | 45.25 | 46.63 | 46.63 | 3,792 |
| Jan 07, 2019 | 45.00 | 47.25 | 43.00 | 46.75 | 46.75 | 6,024 |
| Jan 04, 2019 | 44.00 | 44.75 | 41.75 | 44.38 | 44.38 | 2,904 |
| Jan 03, 2019 | 40.63 | 43.75 | 37.88 | 43.63 | 43.63 | 6,592 |
| Jan 02, 2019 | 37.88 | 41.25 | 37.50 | 41.13 | 41.13 | 2,720 |
| Dec 31, 2018 | 36.25 | 39.50 | 35.38 | 38.00 | 38.00 | 5,488 |

Case 1:19-cv-03744-RML Document 71-5 Filed 08/30/23 Page 9 of 18 PageID #: 1753

| Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ••• | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|---|

| Dec 28, 2018 | 36.25 | 38.50 | 34.75 | 38.13 | 38.13 | 6,168 |
|---|---|---|---|---|---|---|
| Dec 27, 2018 | 34.25 | 38.06 | 33.55 | 36.88 | 36.88 | 10,560 |
| Dec 26, 2018 | 33.75 | 35.50 | 32.21 | 35.38 | 35.38 | 4,880 |
| Dec 24, 2018 | 29.75 | 33.75 | 29.75 | 33.75 | 33.75 | 6,152 |
| Dec 21, 2018 | 29.75 | 33.75 | 28.25 | 30.00 | 30.00 | 7,656 |
| Dec 20, 2018 | 30.88 | 30.88 | 28.13 | 28.25 | 28.25 | 4,856 |
| Dec 19, 2018 | 31.25 | 32.65 | 30.13 | 31.13 | 31.13 | 5,080 |
| Dec 18, 2018 | 33.76 | 34.25 | 31.25 | 31.25 | 31.25 | 3,120 |
| Dec 17, 2018 | 37.25 | 37.75 | 33.13 | 33.25 | 33.25 | 4,080 |
| Dec 14, 2018 | 40.91 | 41.01 | 37.25 | 37.25 | 37.25 | 2,832 |
| Dec 13, 2018 | 41.38 | 42.67 | 41.00 | 41.75 | 41.75 | 4,736 |
| Dec 12, 2018 | 42.50 | 43.63 | 40.63 | 40.63 | 40.63 | 4,800 |
| Dec 11, 2018 | 44.50 | 45.60 | 41.75 | 41.88 | 41.88 | 3,704 |
| Dec 10, 2018 | 47.51 | 47.51 | 40.13 | 41.00 | 41.00 | 3,976 |
| Dec 07, 2018 | 47.63 | 47.63 | 45.88 | 47.25 | 47.25 | 4,464 |
| Dec 06, 2018 | 46.88 | 47.63 | 45.63 | 47.63 | 47.63 | 6,296 |
| Dec 04, 2018 | 49.00 | 51.13 | 47.25 | 47.26 | 47.26 | 2,872 |
| Dec 03, 2018 | 51.50 | 52.00 | 47.13 | 48.00 | 48.00 | 4,480 |
| Nov 30, 2018 | 50.88 | 50.88 | 47.50 | 49.63 | 49.63 | 3,656 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**Finance Home**   **Watchlists**   **My Portfolio**   **Crypto**   **Yahoo Finance Plus**   **News**   **Screeners**   **Markets**   **Videos**   **...**          Upgrade now

| Nov 29, 2018 | 48.63 | 52.40 | 47.88 | 50.88 | 50.88 | 4,872 |
| Nov 28, 2018 | 47.38 | 49.38 | 47.38 | 48.88 | 48.88 | 4,496 |
| Nov 27, 2018 | 48.13 | 50.50 | 47.25 | 47.38 | 47.38 | 5,360 |
| Nov 26, 2018 | 47.50 | 49.88 | 47.25 | 48.13 | 48.13 | 3,832 |
| Nov 23, 2018 | 50.00 | 50.00 | 44.63 | 47.25 | 47.25 | 7,568 |
| Nov 21, 2018 | 47.88 | 51.88 | 47.63 | 50.00 | 50.00 | 4,520 |
| Nov 20, 2018 | 46.25 | 47.75 | 44.38 | 47.25 | 47.25 | 4,016 |
| Nov 19, 2018 | 48.00 | 49.75 | 47.25 | 47.25 | 47.25 | 4,704 |
| Nov 16, 2018 | 52.75 | 53.01 | 46.38 | 48.00 | 48.00 | 3,808 |
| Nov 15, 2018 | 52.13 | 56.25 | 52.00 | 53.75 | 53.75 | 6,016 |
| Nov 14, 2018 | 50.88 | 55.50 | 49.50 | 52.50 | 52.50 | 8,032 |
| Nov 13, 2018 | 50.00 | 54.75 | 47.00 | 50.88 | 50.88 | 8,736 |
| Nov 12, 2018 | 50.50 | 50.50 | 49.00 | 49.63 | 49.63 | 2,384 |
| Nov 09, 2018 | 55.63 | 55.63 | 51.25 | 51.25 | 51.25 | 3,896 |
| Nov 08, 2018 | 56.11 | 57.13 | 54.13 | 56.88 | 56.88 | 2,640 |
| Nov 07, 2018 | 56.13 | 57.50 | 55.00 | 55.00 | 55.00 | 5,912 |
| Nov 06, 2018 | 55.38 | 56.50 | 55.00 | 55.00 | 55.00 | 3,408 |
| Nov 05, 2018 | 55.63 | 56.63 | 55.00 | 55.63 | 55.63 | 4,640 |
| Nov 02, 2018 | 56.63 | 57.63 | 55.00 | 55.63 | 55.63 | 5,000 |
| Nov 01, 2018 | 52.13 | 58.25 | 52.13 | 56.25 | 56.25 | 8,128 |

Case 1:19-cv-03744-RML Document 71-5 Filed 09/30/23 Page 11 of 18 PageID #: 1755

| **Finance Home** | **Watchlists** | **My Portfolio** | **Crypto** | **Yahoo Finance Plus** | **News** | **Screeners** | **Markets** | **Videos** | ••• | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|---|

| Oct 31, 2018 | 54.00 | 55.63 | 51.25 | 51.25 | 51.25 | 5,384 |
|---|---|---|---|---|---|---|
| Oct 30, 2018 | 53.38 | 55.17 | 53.38 | 53.38 | 53.38 | 3,408 |
| Oct 29, 2018 | 57.63 | 58.63 | 51.38 | 52.88 | 52.88 | 5,528 |
| Oct 26, 2018 | 56.75 | 60.94 | 56.75 | 58.63 | 58.63 | 3,240 |
| Oct 25, 2018 | 57.50 | 60.25 | 57.00 | 57.00 | 57.00 | 4,664 |
| Oct 24, 2018 | 59.88 | 62.50 | 58.00 | 59.13 | 59.13 | 8,088 |
| Oct 23, 2018 | 60.13 | 62.50 | 58.75 | 59.63 | 59.63 | 10,240 |
| Oct 22, 2018 | 62.63 | 63.50 | 61.00 | 62.00 | 62.00 | 4,176 |
| Oct 19, 2018 | 62.50 | 64.00 | 60.13 | 60.88 | 60.88 | 4,016 |
| Oct 18, 2018 | 62.00 | 63.13 | 60.63 | 62.00 | 62.00 | 2,608 |
| Oct 17, 2018 | 60.63 | 62.50 | 59.38 | 61.50 | 61.50 | 23,456 |
| Oct 16, 2018 | 61.25 | 62.50 | 59.25 | 61.00 | 61.00 | 22,072 |
| Oct 15, 2018 | 60.63 | 62.50 | 58.75 | 60.13 | 60.13 | 13,224 |
| Oct 12, 2018 | 63.50 | 65.63 | 61.88 | 61.88 | 61.88 | 2,680 |
| Oct 11, 2018 | 63.13 | 64.25 | 58.38 | 63.75 | 63.75 | 3,848 |
| Oct 10, 2018 | 67.50 | 68.50 | 58.75 | 62.50 | 62.50 | 4,528 |
| Oct 09, 2018 | 56.88 | 67.50 | 56.88 | 66.88 | 66.88 | 13,792 |
| Oct 08, 2018 | 67.63 | 68.75 | 52.25 | 55.00 | 55.00 | 15,640 |
| Oct 05, 2018 | 69.50 | 71.13 | 68.25 | 68.25 | 68.25 | 1,136 |
| Oct 04, 2018 | 68.75 | 73.00 | 67.13 | 69.75 | 69.75 | 2,992 |

Case 1:19-cv-03744-RML   Document 71-5   Filed 09/30/23   Page 12 of 18 PageID #: 1756

| Oct 03, 2018 | 68.63 | 72.63 | 67.63 | 69.38 | 69.38 | 4,168 |
| Oct 02, 2018 | 70.00 | 72.63 | 66.50 | 67.50 | 67.50 | 4,440 |
| Oct 01, 2018 | 77.50 | 78.50 | 69.38 | 69.63 | 69.63 | 4,216 |
| Sep 28, 2018 | 75.56 | 76.88 | 72.50 | 75.63 | 75.63 | 4,240 |
| Sep 27, 2018 | 75.13 | 78.19 | 75.13 | 76.25 | 76.25 | 4,352 |
| Sep 26, 2018 | 79.38 | 79.75 | 75.13 | 75.13 | 75.13 | 4,072 |
| Sep 25, 2018 | 77.13 | 81.00 | 77.13 | 78.38 | 78.38 | 3,768 |
| Sep 24, 2018 | 80.00 | 81.63 | 76.75 | 76.75 | 76.75 | 3,904 |
| Sep 21, 2018 | 85.00 | 85.00 | 78.38 | 80.00 | 80.00 | 6,144 |
| Sep 20, 2018 | 86.88 | 86.88 | 83.38 | 83.75 | 83.75 | 4,728 |
| Sep 19, 2018 | 81.75 | 85.38 | 79.34 | 85.38 | 85.38 | 1,488 |
| Sep 18, 2018 | 81.00 | 81.00 | 78.38 | 80.13 | 80.13 | 1,088 |
| Sep 17, 2018 | 77.63 | 81.63 | 77.63 | 81.00 | 81.00 | 2,784 |
| Sep 14, 2018 | 83.25 | 83.50 | 77.75 | 78.13 | 78.13 | 9,096 |
| Sep 13, 2018 | 78.75 | 82.00 | 78.75 | 81.25 | 81.25 | 8,968 |
| Sep 12, 2018 | 77.88 | 80.75 | 77.51 | 78.38 | 78.38 | 6,504 |
| Sep 11, 2018 | 75.63 | 78.75 | 73.38 | 78.75 | 78.75 | 4,856 |
| Sep 10, 2018 | 74.50 | 75.00 | 72.00 | 73.75 | 73.75 | 4,256 |
| Sep 07, 2018 | 73.13 | 75.13 | 70.75 | 75.13 | 75.13 | 4,512 |
| Sep 06, 2018 | 77.13 | 77.45 | 72.88 | 73.88 | 73.88 | 6,144 |

Case 1:19-cv-03744-RML   Document 71-5   Filed 09/30/23   Page 13 of 18 PageID #: 1757

**Finance Home**   **Watchlists**   **My Portfolio**   **Crypto**   **Yahoo Finance Plus**   **News**   **Screeners**   **Markets**   **Videos**   •••   Upgrade now

| Sep 05, 2018 | 83.50 | 83.50 | 76.63 | 76.63 | 76.63 | 5,248 |
| Sep 04, 2018 | 79.00 | 88.50 | 79.00 | 80.50 | 80.50 | 9,296 |
| Aug 31, 2018 | 80.75 | 81.00 | 78.13 | 79.75 | 79.75 | 3,712 |
| Aug 30, 2018 | 83.13 | 83.13 | 78.88 | 79.38 | 79.38 | 6,616 |
| Aug 29, 2018 | 81.75 | 83.32 | 77.63 | 82.50 | 82.50 | 7,648 |
| Aug 28, 2018 | 74.88 | 97.00 | 69.88 | 77.00 | 77.00 | 54,152 |
| Aug 27, 2018 | 68.25 | 98.38 | 65.13 | 76.25 | 76.25 | 80,960 |
| Aug 24, 2018 | 68.63 | 69.13 | 63.38 | 67.63 | 67.63 | 19,624 |
| Aug 23, 2018 | 70.25 | 72.13 | 69.00 | 70.00 | 70.00 | 5,952 |
| Aug 22, 2018 | 71.25 | 71.25 | 68.13 | 71.00 | 71.00 | 9,520 |
| Aug 21, 2018 | 68.38 | 71.63 | 65.00 | 71.50 | 71.50 | 15,936 |
| Aug 20, 2018 | 66.63 | 69.63 | 66.38 | 67.75 | 67.75 | 15,408 |
| Aug 17, 2018 | 75.75 | 75.75 | 63.13 | 64.13 | 64.13 | 19,088 |
| Aug 16, 2018 | 72.63 | 76.88 | 72.63 | 76.75 | 76.75 | 6,672 |
| Aug 15, 2018 | 74.71 | 74.74 | 70.00 | 70.88 | 70.88 | 5,688 |
| Aug 14, 2018 | 78.50 | 78.71 | 72.88 | 75.00 | 75.00 | 11,688 |
| Aug 13, 2018 | 78.75 | 79.75 | 75.89 | 78.50 | 78.50 | 5,288 |
| Aug 10, 2018 | 79.38 | 84.24 | 79.13 | 81.38 | 81.38 | 23,488 |
| Aug 09, 2018 | 77.10 | 82.13 | 75.88 | 78.88 | 78.88 | 5,528 |
| Aug 08, 2018 | 76.38 | 77.50 | 75.00 | 76.38 | 76.38 | 3,216 |

Case 1:19-cv-03744-RML    Document 71-5    Filed 09/30/23    Page 14 of 18 PageID #: 1758

| Aug 07, 2018 | 75.63 | 76.75 | 75.13 | 76.75 | 76.75 | 2,560 |
| Aug 06, 2018 | 76.75 | 76.88 | 73.75 | 75.63 | 75.63 | 3,368 |
| Aug 03, 2018 | 78.47 | 78.88 | 75.29 | 77.50 | 77.50 | 3,528 |
| Aug 02, 2018 | 74.63 | 79.88 | 74.25 | 78.13 | 78.13 | 3,360 |
| Aug 01, 2018 | 74.50 | 76.13 | 73.63 | 76.13 | 76.13 | 3,200 |
| Jul 31, 2018 | 73.25 | 78.00 | 72.38 | 74.50 | 74.50 | 11,488 |
| Jul 30, 2018 | 79.00 | 79.75 | 72.13 | 73.75 | 73.75 | 32,656 |
| Jul 27, 2018 | 74.88 | 83.00 | 74.00 | 79.75 | 79.75 | 26,496 |
| Jul 26, 2018 | 82.50 | 82.50 | 74.38 | 75.13 | 75.13 | 36,208 |
| Jul 25, 2018 | 89.95 | 90.13 | 76.50 | 81.25 | 81.25 | 58,184 |
| Jul 24, 2018 | 92.63 | 93.63 | 87.88 | 89.25 | 89.25 | 9,256 |
| Jul 23, 2018 | 97.13 | 97.38 | 91.63 | 92.25 | 92.25 | 8,176 |
| Jul 20, 2018 | 97.88 | 99.13 | 96.25 | 96.50 | 96.50 | 5,064 |
| Jul 19, 2018 | 101.88 | 102.00 | 97.69 | 98.13 | 98.13 | 7,376 |
| Jul 18, 2018 | 108.88 | 110.75 | 101.25 | 103.13 | 103.13 | 14,768 |
| Jul 17, 2018 | 108.38 | 110.06 | 106.25 | 110.00 | 110.00 | 44,384 |
| Jul 16, 2018 | 105.50 | 107.00 | 101.13 | 106.50 | 106.50 | 6,176 |
| Jul 13, 2018 | 98.00 | 105.63 | 97.50 | 105.63 | 105.63 | 7,872 |
| Jul 12, 2018 | 95.75 | 99.50 | 95.00 | 99.00 | 99.00 | 4,000 |
| Jul 11, 2018 | 98.00 | 100.00 | 95.13 | 96.00 | 96.00 | 4,616 |

Case 1:19-cv-03744-RML   Document 71-5   Filed 09/30/23   Page 15 of 18 PageID #: 1759

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jul 10, 2018 | 99.50 | 100.88 | 95.38 | 99.13 | 99.13 | 6,952 |
| Jul 09, 2018 | 101.75 | 102.00 | 94.88 | 100.13 | 100.13 | 12,120 |
| Jul 06, 2018 | 103.25 | 103.75 | 97.63 | 102.13 | 102.13 | 8,960 |
| Jul 05, 2018 | 108.25 | 108.40 | 102.63 | 104.13 | 104.13 | 9,640 |
| Jul 03, 2018 | 111.00 | 112.00 | 107.63 | 108.75 | 108.75 | 5,552 |
| Jul 02, 2018 | 110.25 | 113.00 | 110.00 | 111.50 | 111.50 | 6,760 |
| Jun 29, 2018 | 113.75 | 115.75 | 110.50 | 111.38 | 111.38 | 3,376 |
| Jun 28, 2018 | 113.88 | 115.50 | 113.13 | 114.13 | 114.13 | 2,560 |
| Jun 27, 2018 | 113.75 | 116.50 | 113.38 | 113.63 | 113.63 | 6,696 |
| Jun 26, 2018 | 113.50 | 115.75 | 112.00 | 114.13 | 114.13 | 20,512 |
| Jun 25, 2018 | 113.63 | 115.38 | 110.25 | 114.38 | 114.38 | 10,584 |
| Jun 22, 2018 | 115.88 | 115.88 | 112.50 | 113.75 | 113.75 | 4,664 |
| Jun 21, 2018 | 114.13 | 114.13 | 111.00 | 111.38 | 111.38 | 11,240 |
| Jun 20, 2018 | 112.63 | 116.25 | 112.63 | 113.63 | 113.63 | 2,280 |
| Jun 19, 2018 | 111.38 | 123.38 | 110.75 | 113.13 | 113.13 | 24,872 |
| Jun 18, 2018 | 113.75 | 113.75 | 111.00 | 112.50 | 112.50 | 13,680 |
| Jun 15, 2018 | 113.13 | 116.25 | 111.38 | 111.75 | 111.75 | 9,864 |
| Jun 14, 2018 | 117.89 | 121.75 | 114.25 | 114.25 | 114.25 | 17,400 |
| Jun 13, 2018 | 124.00 | 124.18 | 116.00 | 117.00 | 117.00 | 9,392 |
| Jun 12, 2018 | 126.11 | 126.13 | 122.63 | 123.25 | 123.25 | 6,456 |

Case 1:19-cv-03744-RML   Document 71-5   Filed 09/30/23   Page 16 of 18 PageID #: 1760

| Jun 11, 2018 | 127.13 | 131.25 | 120.00 | 124.88 | 124.88 | 15,568 |
| Jun 08, 2018 | 127.38 | 129.38 | 124.00 | 125.00 | 125.00 | 3,320 |
| Jun 07, 2018 | 126.88 | 131.25 | 125.50 | 128.13 | 128.13 | 8,320 |
| Jun 06, 2018 | 123.88 | 129.75 | 123.38 | 127.63 | 127.63 | 7,792 |
| Jun 05, 2018 | 126.25 | 127.00 | 123.13 | 125.00 | 125.00 | 5,048 |
| Jun 04, 2018 | 131.25 | 131.25 | 126.00 | 127.13 | 127.13 | 2,824 |
| Jun 01, 2018 | 120.25 | 131.25 | 118.50 | 131.00 | 131.00 | 25,096 |
| May 31, 2018 | 117.38 | 120.50 | 116.50 | 119.13 | 119.13 | 8,120 |
| May 30, 2018 | 118.50 | 120.00 | 115.91 | 118.13 | 118.13 | 37,584 |
| May 29, 2018 | 121.38 | 121.38 | 117.50 | 117.63 | 117.63 | 30,480 |
| May 25, 2018 | 121.50 | 122.25 | 120.13 | 121.13 | 121.13 | 9,344 |
| May 24, 2018 | 128.38 | 128.38 | 120.19 | 121.75 | 121.75 | 16,448 |
| May 23, 2018 | 130.75 | 130.75 | 124.00 | 125.13 | 125.13 | 15,288 |
| May 22, 2018 | 124.88 | 132.50 | 121.25 | 131.88 | 131.88 | 36,424 |
| May 21, 2018 | 123.88 | 126.00 | 114.34 | 124.88 | 124.88 | 9,800 |
| May 18, 2018 | 129.75 | 129.75 | 125.13 | 126.13 | 126.13 | 8,368 |
| May 17, 2018 | 127.63 | 130.25 | 124.13 | 128.75 | 128.75 | 18,176 |
| May 16, 2018 | 131.00 | 132.50 | 125.00 | 128.50 | 128.50 | 18,872 |
| May 15, 2018 | 125.13 | 130.00 | 123.75 | 130.00 | 130.00 | 5,488 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Case 1:19-cv-03744-RML   Document 71-5   Filed 09/30/23   Page 17 of 18 PageID #: 1761

**Finance Home**    **Watchlists**    **My Portfolio**    **Crypto**    **Yahoo Finance Plus**    **News**    **Screeners**    **Markets**    **Videos**    **...**    Upgrade now

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| May 14, 2018 | 138.88 | 138.88 | 123.75 | 124.50 | 124.50 | 20,696 |
| May 11, 2018 | 134.63 | 142.50 | 122.51 | 137.63 | 137.63 | 13,896 |
| May 10, 2018 | 130.75 | 141.63 | 130.75 | 136.00 | 136.00 | 32,464 |
| May 09, 2018 | 124.13 | 131.50 | 121.88 | 131.50 | 131.50 | 23,328 |
| May 08, 2018 | 124.75 | 127.13 | 120.13 | 124.88 | 124.88 | 16,272 |
| May 07, 2018 | 120.00 | 124.75 | 117.50 | 124.75 | 124.75 | 20,416 |
| May 04, 2018 | 112.13 | 114.63 | 108.38 | 114.38 | 114.38 | 34,808 |
| May 03, 2018 | 115.63 | 116.63 | 106.25 | 112.38 | 112.38 | 29,128 |
| May 02, 2018 | 119.88 | 120.75 | 110.00 | 115.13 | 115.13 | 49,000 |
| May 01, 2018 | 112.50 | 122.50 | 112.50 | 122.50 | 122.50 | 40,736 |
| Apr 30, 2018 | 103.38 | 112.00 | 102.82 | 111.50 | 111.50 | 34,216 |
| Apr 27, 2018 | 99.75 | 101.93 | 99.55 | 101.63 | 101.63 | 2,840 |
| Apr 26, 2018 | 98.75 | 101.25 | 98.13 | 100.00 | 100.00 | 17,824 |
| Apr 25, 2018 | 96.63 | 101.13 | 96.63 | 98.63 | 98.63 | 50,032 |
| Apr 24, 2018 | 99.13 | 101.00 | 97.50 | 97.63 | 97.63 | 21,720 |
| Apr 23, 2018 | 100.88 | 100.88 | 96.25 | 98.13 | 98.13 | 14,088 |
| Apr 20, 2018 | 96.88 | 103.63 | 96.88 | 100.13 | 100.13 | 26,864 |
| Apr 19, 2018 | 98.50 | 98.63 | 93.75 | 97.25 | 97.25 | 29,376 |
| Apr 18, 2018 | 97.75 | 100.00 | 93.75 | 100.00 | 100.00 | 60,920 |
| Apr 17, 2018 | 90.00 | 95.75 | 88.38 | 94.25 | 94.25 | 41,576 |

| Apr 16, 2018 | 91.75 | 93.00 | 85.00 | 89.25 | 89.25 | 30,392 |
| Apr 13, 2018 | 90.13 | 96.13 | 89.88 | 91.63 | 91.63 | 24,920 |
| Apr 12, 2018 | 96.88 | 98.25 | 91.63 | 92.38 | 92.38 | 25,992 |
| Apr 11, 2018 | 98.25 | 100.38 | 97.25 | 97.75 | 97.75 | 59,920 |
| Apr 10, 2018 | 99.88 | 102.50 | 98.88 | 98.88 | 98.88 | 39,920 |
| Apr 09, 2018 | 100.00 | 105.00 | 97.63 | 100.00 | 100.00 | 33,648 |
| Apr 06, 2018 | 101.00 | 102.22 | 98.75 | 100.00 | 100.00 | 10,880 |
| Apr 05, 2018 | 102.88 | 105.88 | 100.00 | 101.38 | 101.38 | 29,992 |
| Apr 04, 2018 | 105.88 | 105.88 | 98.50 | 102.63 | 102.63 | 63,336 |
| Apr 03, 2018 | 104.00 | 104.88 | 94.00 | 104.50 | 104.50 | 162,088 |
| Apr 02, 2018 | 106.38 | 108.75 | 88.90 | 91.88 | 91.88 | 184,328 |
| Mar 29, 2018 | 119.25 | 119.50 | 103.13 | 103.75 | 103.75 | 92,136 |
| Mar 28, 2018 | 132.75 | 132.75 | 119.50 | 119.63 | 119.63 | 225,456 |
| Mar 27, 2018 | 139.38 | 140.63 | 131.88 | 133.63 | 133.63 | 34,264 |
| Mar 26, 2018 | 141.38 | 151.88 | 136.25 | 137.50 | 137.50 | 148,320 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.