# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

**FORM 20-F**

**(Mark One)**

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934

**OR**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2022.**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**OR**

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**Date of event requiring this shell company report**

For the transition period from _____ to _____.

**Commission file number: 001-38423**

# Sunlands Technology Group

(Exact name of Registrant as specified in its charter)

**N/A**

**(Translation of Registrant's name into English)**

**Cayman Islands**

**(Jurisdiction of incorporation or organization)**

**Building 4-6, Chaolai Science Park,**
**No. 36 Chuangyuan Road, Chaoyang District**
**Beijing, 100012, the People's Republic of China**

(Address of principal executive offices)

**Lu Lv, Chief Financial Officer**
**Building 4-6, Chaolai Science Park,**
**No. 36 Chuangyuan Road, Chaoyang District,**
**Beijing, 100012, the People's Republic of China**
**+86-10-52413738**

**E-mail: lvlu@sunlands.com**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| American depositary shares, each two ADSs represent one Class A ordinary share* | STG | The New York Stock Exchange |
| Class A ordinary shares, par value US$0.00005 per share** | | |

\*   Effective from August 31, 2021, the ratio of ADSs representing the Class A ordinary shares changed from each 25 ADSs representing one Class A ordinary share to each two ADSs representing one Class A ordinary share.

\*\*   Not for trading, but only in connection with the listing of the American depositary shares on the New York Stock Exchange.

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**

**[None]**
**(Title of Class)**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**

**[None]**
**(Title of Class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

6,926,440 ordinary shares, comprised of (i) 2,618,698 Class A ordinary shares (excluding 5,200 Class A ordinary shares issued to our depositary bank for bulk issuance of ADSs reserved for future issuances upon the exercise or vesting of awards under our share incentive plans), par value $0.00005 per share; (ii) 826,389 Class B ordinary shares, par value $0.00005 per share and (iii) 3,481,353 Class C ordinary shares, par value $0.00005 per share, as of December 31, 2022.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or an emerging growth company. See definition of "accelerated filer," "large accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer ☐ | Accelerated Filer ☐ | Non-accelerated Filer |
|---|---|---|
| | | ☒ |
| | ☒ | Emerging growth company |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards † provided pursuant to Section 13(a) of the Exchange Act. ☒

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

☒ U.S. GAAP ☐ International Financial Reporting Standards as issued by the International Accounting Standards Board ☐ Other

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Section 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. Yes ☐ No ☐

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| Introduction |  | 1 |
| Forward-Looking Information |  | 2 |
|  |  |  |
| **Part I** |  | 3 |
| Item 1. | Identity of Directors, Senior Management and Advisers | 3 |
| Item 2. | Offer Statistics and Expected Timetable | 3 |
| Item 3. | Key Information | 3 |
| Item 4. | Information on the Company | 55 |
| Item 4A. | Unresolved Staff Comments | 82 |
| Item 5. | Operating and Financial Review and Prospects | 82 |
| Item 6. | Directors, Senior Management and Employees | 96 |
| Item 7. | Major Shareholders and Related Party Transactions | 103 |
| Item 8. | Financial Information | 103 |
| Item 9. | The Offer and Listing | 104 |
| Item 10. | Additional Information | 105 |
| Item 11. | Quantitative and Qualitative Disclosures about Market Risk | 112 |
| Item 12. | Description of Securities other than Equity Securities | 112 |
|  |  |  |
| **Part II** |  | 115 |
| Item 13. | Defaults, Dividend Arrearages and Delinquencies | 115 |
| Item 14. | Material Modifications to the Rights of Security Holders and Use of Proceeds | 115 |
| Item 15. | Controls and Procedures | 115 |
| Item 16. | [Reserved] | 116 |
| Item 16.A. | Audit Committee Financial Expert | 116 |
| Item 16.B. | Code of Ethics | 116 |
| Item 16.C. | Principal Accountant Fees and Services | 116 |
| Item 16.D. | Exemptions from the Listing Standards for Audit Committees | 117 |
| Item 16.E. | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 117 |
| Item 16.F. | Change in Registrant's Certifying Accountant | 117 |
| Item 16.G. | Corporate Governance | 117 |
| Item 16.H. | Mine Safety Disclosure | 118 |
| Item 16.I. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections. | 118 |
| Item 16.J | Insider Trading Policies | 118 |
|  |  |  |
| **Part III** |  | 119 |
| Item 17. | Financial Statements | 119 |
| Item 18. | Financial Statements | 119 |
| Item 19. | Exhibits | 119 |

**SIGNATURES**

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

Sunlands Technology Group

By:  /s/ Lu Lv

Name:    Lu Lv

Title:    Chief Financial Officer

Date: April 25, 2023

122

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| CONTENTS | PAGE(S) |
|---|---|
| REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM | F-2 |
| CONSOLIDATED BALANCE SHEETS AS OF DECEMBER 31, 2021 AND 2022 | F-3 |
| CONSOLIDATED STATEMENTS OF OPERATIONS FOR THE YEARS ENDED DECEMBER 31, 2020, 2021 AND 2022 | F-4 |
| CONSOLIDATED STATEMENTS OF COMPREHENSIVE (LOSS)/INCOME FOR THE YEARS ENDED DECEMBER 31, 2020, 2021 AND 2022 | F-5 |
| CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' DEFICIT FOR THE YEARS ENDED DECEMBER 31, 2020, 2021 AND 2022 | F-6 |
| CONSOLIDATED STATEMENTS OF CASH FLOWS FOR THE YEARS ENDED DECEMBER 31, 2020, 2021 AND 2022 | F-7 |
| NOTES TO CONSOLIDATED FINANCIAL STATEMENTS | F-8 |
| ADDITIONAL INFORMATION - FINANCIAL STATEMENT SCHEDULE I | F-34 |

## CONSOLIDATED BALANCE SHEETS
### (Amounts in thousands, except for share and per share data, or otherwise noted)

|  | As of December 31, | | |
|---|---|---|---|
|  | 2021 RMB | 2022 RMB | 2022 US$ (Note 2) |
| **ASSETS** | | | |
| Current assets | | | |
| Cash and cash equivalents | 626,715 | 753,642 | 109,268 |
| Restricted cash | 50,008 | 3,762 | 545 |
| Short-term investments | 184,159 | 70,542 | 10,228 |
| Prepaid expenses and other current assets | 176,349 | 98,272 | 14,248 |
| Deferred costs, current | 89,353 | 42,886 | 6,218 |
| Total current assets | 1,126,584 | 969,104 | 140,507 |
| Non-current assets | | | |
| Property and equipment, net | 857,648 | 813,783 | 117,987 |
| Intangible assets, net | 2,761 | 1,509 | 219 |
| Right-of-use assets | 362,335 | 274,643 | 39,819 |
| Deferred costs, non-current | 109,020 | 78,839 | 11,431 |
| Long-term investments | 54,844 | 73,513 | 10,658 |
| Deferred tax assets | 39,265 | 26,799 | 3,885 |
| Other non-current assets | 40,163 | 37,880 | 5,492 |
| Total non-current assets | 1,466,036 | 1,306,966 | 189,491 |
| TOTAL ASSETS | 2,592,620 | 2,276,070 | 329,998 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | | |
| **LIABILITIES** | | | |
| Current liabilities | | | |
| Accrued expenses and other current liabilities (including accrued expenses and other current liabilities of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 197,467 and RMB 191,172 as of December 31, 2021 and 2022, respectively) | 586,043 | 436,339 | 63,263 |
| Deferred revenue, current (including deferred revenue, current of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 295,958 and RMB 374,208 as of December 31, 2021 and 2022, respectively) | 1,266,948 | 986,086 | 142,969 |
| Lease liabilities, current (including lease liabilities, current of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 8,366 and RMB 17,065 as of December 31, 2021 and 2022, respectively) | 14,310 | 17,065 | 2,474 |
| Long-term debt, current portion | 38,654 | 38,654 | 5,604 |
| Total current liabilities | 1,905,955 | 1,478,144 | 214,310 |
| Non-current liabilities | | | |
| Deferred revenue, non-current (including deferred revenue, non-current of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 257,071 and RMB 251,080 as of December 31, 2021 and 2022, respectively) | 1,081,231 | 704,860 | 102,195 |
| Lease liabilities, non-current (including lease liabilities, non-current of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 318,598 and RMB 316,844 as of December 31, 2021 and 2022, respectively) | 404,133 | 316,844 | 45,938 |
| Deferred tax liabilities (including deferred tax liabilities of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 2,312 | | | |

and RMB 1,122

| | | | |
|---|---|---|---|
| as of December 31, 2021 and 2022, respectively) | 21,782 | 5,984 | 868 |

Other non-current liabilities (including other non-current liabilities of the consolidated VIEs without recourse to Sunlands Technology Group of RMB 963 and RMB 1,063 as

| | | | |
|---|---|---|---|
| of December 31, 2021 and 2022, respectively) | 11,698 | 6,770 | 982 |
| Long-term debt, non-current portion | 181,973 | 143,319 | 20,779 |
| Total non-current liabilities | 1,700,817 | 1,177,777 | 170,762 |
| TOTAL LIABILITIES | 3,606,772 | 2,655,921 | 385,072 |

COMMITMENTS AND CONTINGENCIES (Note 20)

SHAREHOLDERS' DEFICIT

Class A ordinary shares (par value of US$ 0.00005, 796,062,195 shares authorized; 2,085,939 and 2,982,516 shares issued as of December 31, 2021 and 2022, respectively; 1,839,553 and 2,618,698 shares outstanding as of December 31, 2021 and 2022, respectively)

| | | | |
|---|---|---|---|
| | 1 | 1 | — |

Class B ordinary shares (par value of US$ 0.00005, 826,389 shares authorized; 826,389 and 826,389 shares issued and outstanding as of December 31, 2021 and 2022, respectively)

| | | | |
|---|---|---|---|
| | — | — | — |

Class C ordinary shares (par value of US$ 0.00005, 203,111,416 shares authorized; 4,002,930 and 3,481,353 shares issued and outstanding as of December 31, 2021 and 2022, respectively)

| | | | |
|---|---|---|---|
| | 1 | 1 | — |
| Treasury stock | — | — | — |
| Additional paid-in capital | 2,364,313 | 2,309,740 | 334,881 |
| Accumulated other comprehensive income | 82,532 | 127,885 | 18,541 |
| Accumulated deficit | (3,456,073) | (2,812,114) | (407,718) |
| Total Sunlands Technology Group shareholders' deficit | (1,009,226) | (374,487) | (54,296) |
| Non-controlling interest | (4,926) | (5,364) | (778) |
| TOTAL SHAREHOLDERS' DEFICIT | (1,014,152) | (379,851) | (55,074) |
| TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT | 2,592,620 | 2,276,070 | 329,998 |

The accompanying notes are an integral part of the consolidated financial statements.

F-3