# EXHIBIT 11

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | No. 2:17-cv-01387-JCC <br><br> **DECLARATION OF LAURENCE ROSEN** <br><br> Jury Trial Demanded |

I, Laurence Rosen, declare:

1.     I am the managing partner of the Rosen Law Firm, P.A., Attorneys for Class Representatives in the above-captioned action. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     I submit this declaration in support of the Motions by Class Representatives Johanna Choy, Jo-Ann Offutt, and Raymond Harris ("Class Representatives") for an award of attorneys' fees, reimbursement of expenses, and Award to Plaintiffs, filed concurrently herewith. This declaration demonstrates why the Settlement is fair, reasonable, and adequate and should be approved by the Court, and why the requests for attorneys' fees, reimbursement of expenses, and Award to Plaintiffs are reasonable and should be approved by the Court.

3.     Rosen Law has been involved in this Action since its inception in August 2017 and continuing throughout all other aspects of this Action.

PRAESIDIO CONSUMER LAW PLLC.

4. Rosen Law rendered the following legal services in connection with the prosecution of this Action: (a) conducted an extensive factual investigation, which included the review of publicly available documents about Zillow Group, Inc. ("Zillow") and the individual defendants; (b) filed a motion for appointment of lead plaintiff and lead counsel; (c) consulted with a private investigator relating to the allegations in this Action; (d) consulted with a damages expert; (g) researched, drafted and filed the Consolidated Amended Complaint for Violations of the Federal Securities Laws ("First Amended Complaint"); (h) opposed Defendants motion to dismiss the First Amended Complaint; (i) drafted the Second Amended Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint"); (j) opposed Defendants' motion to dismiss the Second Amended Complaint; (k) conducted extensive factual and expert discovery; (l) filed a motion for class certification;  (m) participated in two mediations; (n) negotiated an agreement on the terms of a settlement; (o) negotiated the written settlement documents; (p) presented those settlement terms to this Court by way of a motion for preliminary approval of the proposed settlement; and (q) oversaw the provision of Notice to the proposed Settlement Class and monitored the work of the Claims Administrator.

5. My firm's work will not end with the filing of the instant motion for attorneys' fees, reimbursement of expenses, and award to Plaintiffs; or the Court's approval of the Settlement. My firm will spend more time and resources drafting and filing motion for final approval, and drafting and filing the replies in support of these motions, preparing for and appearing at the Settlement Hearing scheduled for August 8, 2023, assisting Settlement Class Members with their claims, overseeing and supervising the claims process and distribution of the Settlement Fund to Settlement Class Members, and responding to Settlement Class Members' inquiries.

STERN DEC ISO MOTION FOR FEES AND EXPENSES
APPROVAL - 2

PRAESIDIO CONSUMER LAW PLLC.

6. The chart below is a summary of time expended by the attorneys and professional staff of Rosen Law on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. My firm's rates are set based on periodic analysis of rates used by firms performing comparable work and that have been approved by courts.

| Attorney | Years in Practice | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|---|
| Laurence Rosen (P) | 33 | 126.75 | $1,075.00 | $136,256.25 |
| Jacob Goldberg (P) | 30 | 88.9 | $1,025.00 | $91,122.50 |
| Phillip Kim (P) | 20 | 24.6 | $1,025.00 | $25,215.00 |
| Jonathan Stern (P) | 14 | 2971.9 | $875.00 | $2,600,412.50 |
| Jonathan Horne (P) | 12 | 18.7 | $875.00 | $16,362.50 |
| Gonen Haklay (C) | 27 | 18 | $850.00 | $15,300.00 |
| Brian Alexander (C) | 14 | 6.7 | $800.00 | $5,360.00 |
| Erica Stone (C) | 9 | 28 | $800.00 | $22,400.00 |
| Mary Jane Fait (C) | n/a | 10.5 | $850.00 | $8,925.00 |
| Brent Lapointe (A) | 12 | 2.57 | $750.00 | $1,927.50 |
| Joshua Baker (A) | 9 | 34.1 | $725.00 | $24,722.50 |
| Michael Cohen (A) | 8 | 26.5 | $700.00 | $18,550.00 |
| Zachary Halper (A) | 8 | 5.2 | $700.00 | $3,640.00 |
| Ryan Hedrick (A) | 3 | 16.94 | $550.00 | $9,317.00 |
| Zachary Stanco (PL) | n/a | 3.6 | $275.00 | $990.00 |
| Jingjing Lin (PL) | n/a | 1.7 | $275.00 | $467.50 |
| Colin George (LCC) | 14 | 103.2 | $875.00 | $90,300.00 |
| Diane Danois (SA) | n/a | 361.2 | $400.00 | $144,480.00 |
| Sandy Smith (SA) | n/a | 338 | $400.00 | $135,200.00 |
| Debbie Goodman (SA) | n/a | 465.7 | $400.00 | $186,280.00 |
| Jaime Gordon (LC) | n/a | 879 | $375.00 | $329,625.00 |
| Frank Kalamajka (SA) | n/a | 310.5 | $400.00 | $124,200.00 |
| David Pumo (SA) | n/a | 152 | $400.00 | $60,800.00 |
| Kathleen Langan (SA) | n/a | 318.01 | $400.00 | $127,204.00 |
| Bob Meyer (SA) | n/a | 17.5 | $400.00 | $7,000.00 |
| James Steinwinder (SA) | n/a | 124 | $400.00 | $49,600.00 |
| Howard Crumit (SA) | n/a | 152 | $400.00 | $60,800.00 |
| Ryan Heffner (SA) | n/a | 136.5 | $400.00 | $54,600.00 |

| | | | | |
|---|---|---|---|---|
| Lisa Matthews (SA) | n/a | 96.4 | $400.00 | $38,560.00 |
| Michael Altmann (SA) | n/a | 132.75 | $400.00 | $53,100.00 |
| Burch Tipton (SA) | n/a | 151.5 | $400.00 | $60,600.00 |
| John Broderick (SA) | n/a | 135 | $400.00 | $54,000.00 |
| John Bates (SA) | n/a | 157.39 | $400.00 | $62,956.00 |
| Tracey Nehmad (SA) | n/a | 141.5 | $400.00 | $56,600.00 |
| Christopher Crase (SA) | n/a | 94.11 | $400.00 | $37,644.00 |
| Kelsey Sudhoff (SA) | n/a | 160 | $400.00 | $64,000.00 |
| Benjamin A Minikwu (SA) | n/a | 152 | $400.00 | $60,800.00 |
| Yvette Stuart-Pressley (SA) | n/a | 127.4 | $400.00 | $50,960.00 |
| Arlette Woguem (SA) | n/a | 156 | $400.00 | $62,400.00 |
| Christian Bowling (SA) | n/a | 106.6 | $400.00 | $42,640.00 |
| David Felderman (SA) | n/a | 73.1 | $400.00 | $29,240.00 |
| Yuedan Liu (SA) | n/a | 139.2 | $400.00 | $55,680.00 |
| Jonathan Martinez (SA) | n/a | 140 | $400.00 | $56,000.00 |
| Eugene Sunday(SA) | n/a | 56.5 | $400.00 | $22,600.00 |
| Kimberly Snyder (SA) | n/a | 82 | $400.00 | $32,800.00 |
| Laurie Landsittel (SA) | n/a | 128.4 | $400.00 | $51,360.00 |
| Amy Morello (SA) | n/a | 120 | $400.00 | $48,000.00 |
| Brandt Henslee (SA) | n/a | 141.25 | $400.00 | $56,500.00 |
| John Champion (SA) | n/a | 129.5 | $400.00 | $51,800.00 |
| Total | | 9362.87 | | **$5,399,297.25** |

P-Partner; C-Counsel; A-Associate; SA-Staff Attorney; LC-Law Clerk; LCC-Local Co-counsel

7.     Since the beginning of this Action, my firm has performed a total of 9362.87 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $5,399,297.25.

8.     Rosen Law expended a total of $1,156,603.86 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

STERN DEC ISO MOTION FOR FEES AND EXPENSES
APPROVAL - 4

PRAESIDIO CONSUMER LAW PLLC.

| Category | Amount |
|---|---|
| Expert Fees | $971,775.72 |
| Investigator Fees | $30,924.60 |
| Online Legal Research and Document Retrieval Fees | $14,719.26 |
| Discovery Database Hosting Fees | $65,129.53 |
| Court Filing, Courtesy Copy, and Court Messenger Fees | $1,594.53 |
| Pro Hac Vice and Certificate of Good Standing Fees | $231 |
| Court Reporter, Deposition, Videographer and Transcript Fees | $30,883.10 |
| Mediation Fees | $27,500 |
| Postage and FedEx Fees | $1,242.73 |
| Service of Process Fees | $530.20 |
| Press Releases and Notice to Class Members | $3,134 |
| Travel/Transportation/Hotels/Meals* | $8,938.86 |
| **TOTAL EXPENSES** | **$1,156,603.86** |

*Includes anticipated expenses associated with attending the Settlement Hearing on August 8, 2023.

9.      The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

July 11, 2023

/s/ Laurence Rosen
Laurence Rosen

STERN DEC ISO MOTION FOR FEES AND EXPENSES
APPROVAL - 5

PRAESIDIO CONSUMER LAW PLLC.