# EXHIBIT 14

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>     Defendants. | Case No: 2:21-cv-13543MAH |

## [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Lead Counsel") has petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Keyla D. Bell ("Lead Plaintiff") and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Lead Plaintiff, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated November 4, 2022 (the "Stipulation") (ECF No. 36); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Hearing on April 5, 2023, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel is hereby awarded attorneys' fees totaling one-third of the Settlement Amount ($750,000) plus reimbursement of out-of-pocket litigation expenses in the amount of $33,376.08, together with interest earned thereon at the rate earned by the Settlement Fund until paid. The Court finds that the amount of fees and expenses awarded is fair and reasonable.

1

2.      Lead Plaintiff shall be awarded $5,000, as reimbursement for her lost time and expenses in connection with the prosecution of this Action.

3.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

Dated: ___4/5___, 2023

_____
HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE