**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HOROWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNLANDS TECHNOLOGY GROUP, TONGBO LIU, YIPENG LI, JIANHONG YIN A/K/A PENG OU, LU LU, MICHAEL MINHONG YU, YANG WANG, GAONENG JI, SAM HANHUI SUN, XIAOCHUAN WANG, GOLDMAN SACHS (ASIA) L.L.C., CREDIT SUISSE SECURITIES (USA) LLC, AND J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | Case No: 1:19-CV-03744-RML |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and twenty-five (525) class action cases since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein, and if called on to testify I could and would do so to the best of my ability.

2.      Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated June 14, 2023 and June 28, 2023 (*see* Dkt. Nos. 61-1 and 67-1, the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator and Escrow Agent to supervise and administer the notice procedure as well as processing of claims in

1

connection with the Settlement in the above-captioned Action.[1]  This supplemental declaration is to provide updated information regarding the notification process.

### UPDATE ON MAILING OF THE POSTCARD NOTICE

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 30, 2023 (*see* Dkt. No. 71-2, the "Initial Mailing Declaration"), 1,735 Postcard Notices were mailed to potential Settlement Class Members or nominees.  Since the Initial Mailing Declaration was filed, no additional Postcard Notices were mailed. To date, a total of 1,735 Postcard Notices have been requested by, and mailed to, potential Settlement Class Members or nominees.

4.      Additionally, as noted in the Initial Mailing Declaration, SCS was notified by one nominee that it 216 of their clients to notify them of this settlement and provided a direct link to the Long Notice and Claim Form on the settlement website. SCS has not been notified that any further such emails have been sent since the Initial Mailing Declaration was filed.

5.      Since the Initial Mailing Declaration was filed, an additional six Postcard Notices were returned as undeliverable. These six Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses; one updated address was located; and a Postcard Notice was re-mailed to the updated address.

### UPDATE ON TOLL-FREE PHONE LINE

6.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated May 8, 2023 (*see* Dkt. No. 61, the "Stipulation").

Settlement and/or request a Long Notice and Claim Form. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBSITE**

7.      The Initial Mailing Declaration also noted that on June 27, 2023, SCS established a page on its website at www.strategicclaims.net/Sunlands/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents. To date, the webpage has received 2,154 pageviews from 595 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they would be received no later than September 6, 2023.  SCS has been monitoring all mail delivered for this case.  To date, SCS has not received any requests for exclusion.

9.      According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to the Plaintiff must have been submitted to Lead Counsel and Counsel for the Defendants, as well as filed with the Clerk of the Court, no later than September 6, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed.

**CLAIM FORM FILING STATUS**

10.    To date, SCS has received 616 claims.  The Long Notice, the Postcard Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that the claims filing deadline was postmarked or submitted by August 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of September 2023, in Media, Pennsylvania.

Josephine Bravata

4